LEGISLATIVE COUNSEL
Therese M. Terlaje
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facsimile: 472-3525

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

FILED
DISTRICT COURT OF GUAM
OCT 28 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc, et al., <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, et al. <br><br> Defendants. | Civil Case No. CIV-00046 <br><br> (removed from the Superior Court of Guam Civil Case No. CV1111-04 <br><br> **ENTRY OF APPEARANCE** |

COMES NOW *I Mina' Bente Siete Na Liheslaturan Guåhan*, by and through its attorney, Legislative Counsel Therese M. Terlaje, and hereby enters its appearance in the above-captioned matter. *I Mina' Bente Siete Na Liheslaturan Guåhan* formally requests notice of any filings, notices, or proceedings in this matter.

Respectfully submitted this 28th day of October 2004.

OFFICE OF THE LEGISLATIVE COUNSEL
*MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

THERESE M. TERLAJE
On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*