LEGISLATIVE COUNSEL
Therese M. Terlaje
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facsimile: 472-3525

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

FILED
DISTRICT COURT OF GUAM
OCT 28 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc, et al., | Civil Case No. CIV-00046 |
| Plaintiff, | (removed from the Superior Court of Guam Civil Case No. CV1111-04) |
| vs. | **OBJECTION TO *PROPOSED* STIPULATION AND ORDER FOR PREMINARY INJUNCTION** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

COMES NOW *I Mina' Bente Siete Na Liheslaturan Guåhan*, by and through its attorney, Legislative Counsel Therese M. Terlaje, and hereby files its objection to the proposed Amended Stipulation and Order For Preliminary Injunction, signed by the Plaintiff and the Attorney General, and received by this office via facsimile around 9:30 a.m. today.

Respectfully submitted this 28th day of October 2004.

OFFICE OF THE LEGISLATIVE COUNSEL
MINA' BENTE SIETE NA LIHESLATURAN
GUÅHAN

_____
THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*