| | |
|---|---|
| 1 | LEGISLATIVE COUNSEL |
| | Therese M. Terlaje |
| 2 | 155 Hesler Place |
| | Hagåtña, Guam 96910 |
| 3 | Telephone: 472-3253 Facisimile: 472-3525 |
| 4 | On behalf of |
| | *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN* |

```
                    FILED
            DISTRICT COURT OF GUAM
                OCT 28 2004
              MARY L. M. MORAN
               CLERK OF COURT
```

④

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc, et al., | Civil Case No. CIV-00046 |
| Plaintiff, | (removed from the Superior Court of Guam Civil Case No. CV1111-04) |
| vs. | |
| | **CERTIFICATE OF SERVICE** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

I certify that on October 28, 2004, I caused the forgoing Entry of Appearance and the Objection to Proposed Stipulation and Order to be served on the following individuals:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Maine Corps Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
BankPacific Bldg, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

Joaquin C. Arriola, Jr., Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 28th day of October 2004.

**OFFICE OF THE LEGISLATIVE COUNSEL
MINA' BENTE SIETE NA LIHESLATURAN
GUÅHAN**

_____
THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*