Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiffs Jay Merrill,
on his own behalf and on behalf of all other
similarly situated voters desirous of casting a
vote in favor of Proposal A at a fair and legal election



## IN THE DISTRICT COURT

## OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his individual capacity and in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO GERALD A. TAITANO, IN HIS INDIVIDUAL CAPACITY ONLY**<br>[Fed.R.Civ.P. 41(a)(1)(i)] |

Plaintiffs hereby dismiss their claims against Defendant Gerald A. Taitano in his individual capacity only, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

//

//

ORIGINAL

Notice of Dismissal Without Prejudice as to Gerald A. Taitano,
In His Individual Capacity Only [Fed.R.Civ.P. 41(a)(1)(i)]
*Merrill v. the Guam Election Commission, et al.*
CIVIL CASE NO. CIV04-00046
Page 2

This notice of dismissal shall not affect Plaintiffs' claims against any other named defendant in any capacity.

DOOLEY ROBERTS & FOWLER LLP

Dated: October 27, 2004                By: _____
**THOMAS L. ROBERTS**
Attorneys for Plaintiffs Jay Merrill and on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election