SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**RODNEY J. JACOB, ESQ.**
**MICHAEL A. PANGELINAN, ESQ.**
**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
OCT 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., | CIVIL CASE NO. 04-00046 |
| Plaintiffs, | (Superior Court of Guam Civil Case No. CV1111-04) |
| -v- | |
| THE GUAM ELECTION COMMISSION, et. al. | **ENTRY OF APPEARANCE** |
| Defendants. | |

The Office of the Governor of Guam and the law offices of Calvo and Clark, LLP hereby enter their appearance through the undersigned counsel on behalf of Defendant Felix P. Camacho, Governor of Guam.

Dated this 28th day of October, 2004.

         OFFICE OF THE GOVERNOR OF GUAM
         CALVO AND CLARK, LLP
         Attorneys at Law

    By: _____
        MICHAEL A. PANGELINAN

1