LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777
Attorneys at Law

FILED
DISTRICT COURT OF GUAM
OCT 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his individual capacity and in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM, <br><br> Defendants. | DISTRICT COURT CASE NO. 04-00046 <br> SUPERIOR COURT CASE NO. CV1111-04 <br><br> **ENTRY OF APPEARANCE** |

The Law Offices of Cesar C. Cabot, P.C., by and through Cesar C. Cabot, Esq., hereby enters its appearance as counsel for the Guam Election Commission and Gerald A. Taitano in his official capacity and individually.

Respectfully submitted this 28th day of October, 2004.

LAW OFFICES OF CESAR C. CABOT, P.C.
Attorneys for the Guam Election Commission
and Gerald A. Taitano.

By: _____
CESAR C. CABOT

P047213.CCC

ORIGINAL

Case 1:04-cv-00046   Document 9   Filed 10/29/2004   Page 1 of 1