LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777
Attorneys at Law



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., | DISTRICT COURT CASE NO. 04-00046 |
| Plaintiff, | SUPERIOR COURT CASE NO. CV1111-04 |
| vs. | **OBJECTION TO PRELIMINARY INJUNCTION STIPULATION** |
| THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his individual capacity and in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM, | |
| Defendants. | |

The Guam Election Commission ("GEC") and Gerald A. Taitano in his official capacity and individually, hereby object to the entry of the stipulated preliminary injunction entered into by Plaintiffs and the Attorney General of Guam. The GEC and Gerald A. Taitano have not consented to this preliminary injunction. If Plaintiffs wishes to seek a preliminary injunction, a noticed motion should be filed.

**ORIGINAL**

Respectfully submitted this 28th day of October, 2004.

                                              LAW OFFICES OF CESAR C. CABOT, P.C.
                                              Attorneys for the Guam Election Commission
                                              and Gerald A. Taitano.

By: _____
            CESAR C. CABOT

P047212.CCC

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777

2