

IN THE DISTRICT COURT OF GUAM

JAY MERRILL, etc., et. al., ) DISTRICT COURT CASE NO. 04-00046
                                          ) SUPERIOR COURT CASE NO.
                    Plaintiff, ) CV1111-04
                                          )
               vs. ) **CERTIFICATE OF SERVICE**
                                          )
THE GUAM ELECTION COMMISSION; )
GERALD A. TAITANO, in his individual )
capacity and in his capacity as the )
Executive Director of THE GUAM )
ELECTION COMMISSION, I MINA' )
BENTE SIETE NA LIHESLATURAN )
GUAHAN (The 27th Guam Legislature); )
FELIX P. CAMACHO, in his official )
capacity as the GOVERNOR OF GUAM, )
                                            )
                  Defendants. )

    I certify that on October 29, 2004, I caused the forgoing Entry of Appearance and Objection to Preliminary Injunction Stipulation, served on the following individuals:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr. Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Marytr Street
Hagatna, Guam 96910

Therese M. Terlaje, Esq.
Legal Office
Guam Legislature Building
Hagatna, Guam 96910

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

ORIGINAL

Rodney J. Jacob, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive
Tamuning, Guam 96913

Dated this 29th day of October, 2004.

_____
CESAR C. CABOT

P047216.CCC

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777
Attorneys at Law