FILED
DISTRICT COURT OF GUAM

NOV - 1 2004

MARY L. M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, ETC., et al., | CIVIL CASE NO. 04-00046 |
| Plaintiffs, | |
| vs. | NOTICE OF ENTRY |
| THE GUAM ELECTION COMMISSION, et al. | OF ORDER |
| Defendants. | |

Notice is hereby given that the Order filed October 29, 2004, on the above entitled matter was entered on the docket on the 29th day of October, 2004.

Dated this 1st day of November, 2004.

MARY L.M. MORAN
Clerk of Court

By : Virginia T. Kilgore
Deputy Clerk