DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

FILED
DISTRICT COURT OF GUAM
NOV 10 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br>**NOTICE OF DEPOSITION**<br><br>Deponent: Gerald A. Taitano<br>Date: Thursday, November 18, 2004<br>Time: 1:00 p.m. |

To: Defendant The Guam Election Commission; Gerald A. Taitano
And Their Attorney of Record, Cesar C. Cabot, Esq.

Defendant I Mina' Bente Siete Na Liheslaturan Guahan
(The 27th Guam Legislature)
And Its Attorneys of Record, Therese M. Terlaje, Esq.

Defendant Felix P. Camacho, Governor of Guam
And His Attorneys of Record, Shannon J. Taitano, Esq.
And the Law Offices of Calvo & Clark

Defendants, through the Office of the Attorney General

PLEASE TAKE NOTICE that on Thursday, the 18th day of November 2004 at the hour of

1:00 pm, at the law offices of Dooley Roberts & Fowler LLP, Suite 201 Orlean Pacific Plaza, 865

ORIGINAL

South Marine Drive, Tamuning, Guam 96913, Plaintiff Jay Merrill, through his attorneys of record, Dooley Roberts & Fowler LLP, by Thomas L. Roberts, Esq., will take the deposition of Defendant **Gerald A. Taitano**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 10th day of November 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**THOMAS L. ROBERTS**
Attorneys for Plaintiff Jay Merrill

## CERTIFICATE OF SERVICE

I, **THOMAS L. ROBERTS**, hereby declare that on November 10th, 2004, I caused a copy of Plaintiff Jay Merrill's Notice of Deposition of Defendant Gerald A. Taitano to be served upon the following:

> Cesar C. Cabot, Esq.
> 2nd Floor, BankPacific Building
> 825 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Therese M. Terlaje, Esq.
> Post Office Box 864
> Hagatna, Guam 96932
>
> Shannon J. Taitano, Esq.
> Office of the Governor
> Post Office Box 2674
> Hagatna, Guam 96932
>
> Calvo & Clark
> 655 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Office of the Attorney General
> Suite 2-200E, Guam Judicial Center
> 120 West O'Brien Drive
> Hagåtña, Guam 96910

Dated this 10th day of November 2004.

_____
**THOMAS L. ROBERTS**