SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al.,<br><br>Plaintiff,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00046<br><br>(Superior Court of Guam<br>Civil Case No. CV1111-04)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of Defendant Felix P. Camacho, Governor of Guam's **Objection To The Attorney General's Motion to Strike The Appearances and Objections of the Governor and Legislature**, were served via Hand Delivery on November 12, 2004, to the following:

> Thomas L. Roberts, Esq.
> **DOOLEY, ROBERTS & FOWLER, LLP**
> Suite 201, Orlean Pacific Plaza
> 865 South Marine Drive
> Tamuning, Guam 96913

*CIVIL CASE NO. 04-00046*
T041112.382-0009-2.CT(COS)

1

Cesar C. Cabot, Esq.
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
**OFFICE OF THE LEGISLATIVE COUNSEL**
155 Hesler Place
Hagatña, Guam 96910

Office of the Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatña, Guam 96910

Joaquin C. Arriola, Jr., Esq.
**ARRIOLA, COWAN AND ARRIOLA**
Suite 201, C&A Professional Building
259 Martyr Street
Hagatña, Guam 96910

Dated this 12th day of November, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN