LEGISLATIVE COUNSEL
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*
Therese M. Terlaje
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facisimile: 472-3525

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

**FILED**
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc, et al., | Civil Case No. CIV04-00046 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

I certify that on November 12, 2004, I caused the forgoing OPPOSITION TO AG'S MOTION TO STRIKE APPEARANCE OF LEGISLATIVE COUNSEL AND TO STRIKE OBJECTION TO PROPOSED STIPULATION AND ORDER FOR PRELIMINARY INJUNCTION to be served on the following individuals:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Maine Corps Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
BankPacific Bldg, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

-1-

Joaquin C. Arriola, Jr., Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910


Dated this 12th day of November, 2004.


**OFFICE OF THE LEGISLATIVE COUNSEL
MINA' BENTE SIETE NA LIHESLATURAN
GUÅHAN**

THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*