SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| JAY MERRILL, et. al., <br><br> Plaintiffs, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> (Superior Court of Guam <br> Civil Case No. CV1111-04) <br><br> **NOTICE OF ERRATA** |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that Calvo and Clark hereby files this Notice of Errata |
| 3 | to the Governor of Guam's November 12, 2004 brief titled "OBJECTION TO THE ATTORNEY |
| 4 | GENERAL'S MOTION TO STRIKE THE APPEARANCES AND OBJECTIONS OF THE |
| 5 | |
| 6 | GOVERNOR AND LEGISLATURE." This errata corrects the caption of this brief to state its |
| 7 | correct title: "<u>OPPOSITION</u> TO THE ATTORNEY GENERAL'S MOTION TO STRIKE THE |
| 8 | APPEARANCES AND OBJECTIONS OF THE GOVERNOR AND LEGISLATURE." |
| 9 | (underline added). |
| 10 | Dated this 15th day of November, 2004. |

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
**DANIEL M. BENJAMIN**