SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

**RODNEY J. JACOB, ESQ.**
**MICHAEL A. PANGELINAN, ESQ.**
**CALVO AND CLARK, LLP**
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., <br><br> Plaintiff, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> (Superior Court of Guam <br> Civil Case No. CV1111-04) <br><br><br> **CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that true and correct copies of Defendant Felix P. Camacho, Governor of Guam's (1) **Notice of Errata**, and (2) **Opposition To The Attorney General's Motion to Strike The Appearances and Objections of the Governor and Legislature**, were served via Hand Delivery on November 12, 2004, to the following:

Thomas L. Roberts, Esq.
**DOOLEY, ROBERTS & FOWLER, LLP**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Cesar C. Cabot, Esq.
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
**OFFICE OF THE LEGISLATIVE COUNSEL**
155 Hesler Place
Hagatña, Guam 96910

Office of the Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatña, Guam 96910

Joaquin C. Arriola, Jr., Esq.
**ARRIOLA, COWAN AND ARRIOLA**
Suite 201, C&A Professional Building
259 Martyr Street
Hagatña, Guam 96910

Dated this 15th day of November, 2004.

> OFFICE OF THE GOVERNOR OF GUAM
> CALVO AND CLARK, LLP
> Attorneys at Law
>
> By: _____
> MICHAEL A. PANGELINAN

**CERTIFICATE OF SERVICE**            2
*CIVIL CASE NO. 04-00046*