DAVID W. HOPKINS, ESQ.
LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 646-0777



Attorneys for Guam Election Commission
and Gerald A. Taitano

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone:(671) 646-2001 ● Facsimile: (671) 646-0777

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., | CIVIL CASE NO. 04-00046 |
| Plaintiff, | |
| v. | **NOTICE OF EX PARTE APPLICATION ON MOTION FOR PROTECTIVE ORDER** |
| THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his individual capacity and in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM, | |
| Defendants. | |

TO:    Plaintiff Jay Merrill and his Attorney of Record, Dooley Roberts & Fowler LLP

Defendant I Mina' Bente Siete Na Liheslaturan Guahan
(The 27th Guam Legislature)
and its Attorneys of Record, Therese M. Terlaje, Esq.

//

Page 1 of 2

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777

Defendant Felix P. Camacho, Governor of Guam
and his Attorneys of Record, Shannon J. Taitano, Esq.
and the Law Offices of Calvo & Clark

Defendants, through the Office of the Attorney General

NOTICE IS HEREBY GIVEN that on _____, at the hour of

_____.m., Defendants the Guam Election Commission ("GEC") and Gerald A. Taitano

("Mr. Taitano") will bring this Ex Parte Application before the Court.

Concurrently with this Ex Parte Application, the GEC and Mr. Taitano has filed a Motion

for Protective Order ("Motion"). It is important and urgent that the Ex Parte Application and

Motion be heard as soon as possible because Plaintiff herein noticed the deposition of Mr. Taitano

on November 18, 2004, as more particularly shown in the supporting Memorandum of Points and

Authorities filed herein.

This Ex Parte Application is supported by the pleadings previously filed in this case and by

the record before this Court. Further grounds are also set forth in the Motion filed concurrently

herewith, the Memorandum of Points and Authorities in support of said Motion, and the documents

on file herein all being incorporated herein by this reference. This Ex Parte Application is further

supported by the Declaration of David W. Hopkins filed contemporaneously herewith.

Dated this _15th_ day of November, 2004.

> LAW OFFICES OF CESAR C. CABOT, P.C.
> Attorneys for Defendants Guam Election
> Commission and Gerald A. Taitano
>
> By: _David W Hopkins_
> DAVID W. HOPKINS

DWH:lq
P043509

Page 2 of 2