DAVID W. HOPKINS, ESQ.
LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 646-0777



DISTRICT COURT OF GUAM
FILED
NOV 15 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendants Guam Election Commission
and Gerald A. Taitano

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., )<br><br>Plaintiff, )<br><br>v. )<br><br>THE GUAM ELECTION COMMISSION; )<br>GERALD A. TAITANO, in his individual )<br>capacity and in his capacity as the )<br>Executive Director of THE GUAM )<br>ELECTION COMMISSION, I MINA' )<br>BENTE SIETE NA LIHESLATURAN )<br>GUAHAN (The 27th Guam Legislature); )<br>FELIX P. CAMACHO, in his official )<br>capacity as the GOVERNOR OF GUAM, )<br><br>Defendants. )<br>_____ ) | CIVIL CASE NO. 04-00046<br><br><br><br>**DECLARATION OF<br>DAVID W. HOPKINS IN<br>SUPPORT OF EX PARTE<br>APPLICATION ON MOTION<br>FOR PROTECTIVE ORDER** |

I, DAVID W. HOPKINS, do hereby declare as follows:

1.      I am over the age of eighteen (18) years and competent to make this Declaration.

I have personal knowledge of the matters stated herein and would be competent to testify thereto

Page 1 of 3

ORIGINAL

at any proceedings.

2.    I am admitted to practice before this Court and an attorney of the Law Offices of Cesar C. Cabot, P.C., Counsel of Record herein for the Guam Election Commission ("GEC") and Gerald A. Taitano ("Mr. Taitano"). I hereby certify that I had a telephone conversation with counsel for Plaintiff, Thomas L. Robert, Esq., on November 8, 2004, in an effort to resolve the dispute without court action and was unable to do so. We did reach agreement to continue the deposition of Mr. Taitano from November 16, 2004, to November 18, 2004, in order to allow the GEC and Mr. Taitano to make an application for a protective order.

3.    I have made a good faith effort to advise counsel for all other parties of the substance of the GEC's and Mr. Taitano's Ex Parte Application on Motion for Protective Order ("Ex Parte Application"). A copy of my letter advising counsel for all other parties of the substance of the Ex Parte Application is attached hereto as Exhibit "A" and incorporated herein by this reference. Copies of all documents relating to the Ex Parte Application and underlying Motion have been or will be served upon counsel for all other parties after filing with this Court. The date and time the Court will consider the Ex Parte Application is not yet known. However, as soon as such information is made available to my office we will advise counsel for all other parties.

4.    It is expected that counsel for Plaintiff will oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court. It is expected that the Law Offices of Calvo & Clark will not oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court. It is expected that Shannon J. Taitano, Esq., will not oppose the Ex

Case 1:04-cv-00046    Document 27    Filed 11/15/2004    Page 2 of 10

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777
Attorneys at Law

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777

Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court. It is expected that Therese M. Terlaje, Esq., will not oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court. It is expected that the Office of the Attorney General will not oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court.

5.     It is important and urgent that the Ex Parte Application and underlying Motion be heard as soon as possible because Plaintiff has noticed the deposition of Mr. Taitano on November 18, 2004, as more particularly described in the accompanying memorandum of points and authorities.

6.     This Declaration is made in compliance with FRCP 26(c) and Local Rule 7.1(j)(1).

I declare under penalty of perjury under the laws of the United States and Guam that the foregoing is true and correct.

Dated this _15th_ day of November, 2004.

_David W. Hopkins_
DAVID W. HOPKINS

DWH:lq
P043505

Page 3 of 3

ATTORNEYS:

Cesar C. Cabot

David W. Hopkins

Of Counsel
Raymond C. Wagner

**Law Offices of**
# CESAR C. CABOT, P.C.
**A Professional Law Corporation**
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777
E-mail: mail@cabotlaw.com

November 12, 2004

**VIA FACSIMILE NO.:  (671) 646-1223**
Thomas L. Roberts, Esq.
DOOLEY ROBERTS & FOWLER LLP

**VIA FACSIMILE NO.:  (671) 472-3525**
Therese M. Terlaje, Esq.

**VIA FACSIMILE NO.:  (671) 477-4826**
Shannon Joy Taitano, Esq.

**VIA FACSIMILE NO.:  (671) 646-9403**
Michael A. Pangelinan, Esq.
CALVO & CLARK, LLP

**VIA FACSIMILE NO.:  (671) 472-2493**
Rob Weinberg, Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL

       **Re:    Merrill, etc., et al. v. GEC, et al., CV04-00046**

Dear Counsel:

       The Guam Election Commission ("GEC") and Gerald A. Taitano ("Mr. Taitano") will be filing an Ex Parte Application on Motion for Protective Order no later than 11:30 a.m., on Monday, November 15, 2004. Pursuant to Local Rule 7.1(j), please be advised that we will be submitting an ex parte application and declaration in support of the proposed order granting the protective order requested in the motion. The requested protective order would stay the deposition of Mr. Taitano pending determination of proper legal representation for the GEC and Mr. Taitano. We do not know when the ex parte application will be heard by the Court, but we will advise your office as soon as we know. Unless we have already discussed otherwise or we hear from you, we will assume that you oppose the application and wish to be present when the matter is presented to the Court.

       Please feel free to contact me if you have any questions regarding the above matter.

                                        Sincerely,

                                        David W Hopkins

                                        DAVID W. HOPKINS

DWH:lq
L043511

**EXHIBIT**  A

Law Offices
# CESAR C. CABOT, P.C.
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

# TRANSMITTAL SHEET

**TO:**

Thomas L. Roberts, Esq.
**DOOLEY ROBERTS & FOWLER LLP**
(671) 646-1223

Therese M. Terlaje, Esq.
(671) 472-3525

Shannon Joy Taitano, Esq.
(671) 477-4826

Michael A. Pangelinan, Esq.
**CALVO & CLARK, LLP**
(671) 646-9403

Rob Weinberg, Asst. Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
(671) 472-2493

**FROM:**    David W. Hopkins, Esq.

**DATE:**    November 12, 2004

**CLIENT/**
**MATTER:**    Merrill, etc., et al. v. GEC, et al., CV04-00046

**NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:**    2    Page (s)

---

**COMMENTS:**    Attached please find the following:

1.    Letter of the same date.

Thank you for your assistance with this matter.

## Original(s) [ will/<u>will not</u> ] follow.

---

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.

# Confirmation Report — Memory Send

Job number          :   354

Date                :   Nov-12 03:35pm

To                  :   ☎6461223

Number of pages     :   002

Start time          :   Nov-12 03:35pm

End time            :   Nov-12 03:36pm

Pages sent          :   002

Status              :   OK

Job number    : 354          *** SEND SUCCESSFUL ***

---

Law Offices
## CESAR C. CABOT, P.C.
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

### TRANSMITTAL SHEET

**TO:**

Thomas L. Roberts, Esq.
DOOLEY ROBERTS & FOWLER LLP
(671) 646-1223

Shannon Joy Taitano, Esq.
(671) 477-4826

Rob Weinberg, Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
(671) 472-2493

Therese M. Terlaje, Esq.
(671) 472-3525

Michael A. Pangelinan, Esq.
CALVO & CLARK, LLP
(671) 646-9403

**FROM:**   David W. Hopkins, Esq.

**DATE:**   November 12, 2004

**CLIENT/
MATTER:**   Merrill, etc., et al. v. GEC, et al., CV04-00046

**NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:**      2      Page (s)

**COMMENTS:**      Attached please find the following:

1.      Letter of the same date.

Thank you for your assistance with this matter.

### Original(s) [ will/will not ] follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.

Confirmation Report — Memory Send

| | | |
|---|---|---|
| Job number | : | 355 |
| Date | : | Nov-12 03:36pm |
| To | : | ☎4723525 |
| Number of pages | : | 002 |
| Start time | : | Nov-12 03:36pm |
| End time | : | Nov-12 03:37pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number : 355          *** SEND SUCCESSFUL ***

---

Law Offices
## CESAR C. CABOT, P.C.
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

### TRANSMITTAL SHEET

TO:    Thomas L. Roberts, Esq.          Therese M. Terlaje, Esq.
       DOOLEY ROBERTS & FOWLER LLP       (671) 472-3525
       (671) 646-1223

       Shannon Joy Taitano, Esq.         Michael A. Pangelinan, Esq.
       (671) 477-4826                     CALVO & CLARK, LLP
                                          (671) 646-9403
       Rob Weinberg, Asst. Attorney General
       OFFICE OF THE ATTORNEY GENERAL
       (671) 472-2493

FROM:   David W. Hopkins, Esq.

DATE:   November 12, 2004

CLIENT/
MATTER:   Merrill, etc., et al. v. GEC, et al., CV04-00046

NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:    2    Page (s)

---

COMMENTS:      Attached please find the following:

    1.     Letter of the same date.

    Thank you for your assistance with this matter.

### Original(s) [ will/will not ] follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.

# Confirmation Report — Memory Send

Page      : 001
Date & Time: Nov-12-04  03:57pm
Line 1    : +6716460777
Machine ID : LAW OFFICES OF CESAR C CABOT

| | | |
|---|---|---|
| Job number | : | 359 |
| Date | : | Nov-12 03:54pm |
| To | : ☎4774826 |
| Number of pages | : | 002 |
| Start time | : | Nov-12 03:54pm |
| End time | : | Nov-12 03:57pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 359          *** SEND SUCCESSFUL ***

Law Offices
## CESAR C. CABOT, P.C.
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

## TRANSMITTAL SHEET

**TO:**

Thomas L. Roberts, Esq.
**DOOLEY ROBERTS & FOWLER LLP**
(671) 646-1223

Shannon Joy Taitano, Esq.
(671) 477-4826

Rob Weinberg, Asst. Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
(671) 472-2493

Therese M. Terlaje, Esq.
(671) 472-3525

Michael A. Pangelinan, Esq.
**CALVO & CLARK, LLP**
(671) 646-9403

**FROM:**  David W. Hopkins, Esq.

**DATE:**  November 12, 2004

**CLIENT/
MATTER:**  Merrill, etc., et al. v. GEC, et al. CV04-00046

**NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:**     2     Page (s)

**COMMENTS:**     Attached please find the following:

1.     Letter of the same date.

Thank you for your assistance with this matter.

### Original(s) [ will/will not ] follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.

# Confirmation Report — Memory Send

| | | |
|---|---|---|
| Job number | : | 360 |
| Date | : | Nov-12 03:55pm |
| To | : | ☎6469403 |
| Number of pages | : | 002 |
| Start time | : | Nov-12 03:55pm |
| End time | : | Nov-12 03:57pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number      : 360         **\*\*\* SEND SUCCESSFUL \*\*\***

---

Law Offices
## CESAR C. CABOT, P.C.
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

### TRANSMITTAL SHEET

**TO:**

| | |
|---|---|
| Thomas L. Roberts, Esq.<br>DOOLEY ROBERTS & FOWLER LLP<br>(671) 646-1223 | Therese M. Terlaje, Esq.<br>(671) 472-3525 |
| Shannon Joy Taitano, Esq.<br>(671) 477-4826 | Michael A. Pangelinan, Esq.<br>CALVO & CLARK, LLP<br>(671) 646-9403 |
| Rob Weinberg, Asst. Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>(671) 472-2493 | |

**FROM:**  David W. Hopkins, Esq.

**DATE:**  November 12, 2004

**CLIENT/
MATTER:**  Merrill, etc., et al. v. GEC, et al., CV04-00046

**NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:**      2      Page (s)

---

**COMMENTS:**      Attached please find the following:

1.      Letter of the same date.

Thank you for your assistance with this matter.

### Original(s) [ will/will not ] follow.

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege.
It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by
facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee
or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of the communication is strictly
prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message
to us at the above address via U.S. Postal Service.

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.

Confirmation Report — Memory Send

Page     : 001
Date & Time: Nov-12-04  03:45pm
Line 1   : +6716460777
Machine ID : LAW OFFICES OF CESAR C CABOT

| | | |
|---|---|---|
| Job number | : | 358 |
| Date | : | Nov-12 03:37pm |
| To | : | ☎4722493 |
| Number of pages | : | 002 |
| Start time | : | Nov-12 03:44pm |
| End time | : | Nov-12 03:45pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number     : 358          *** SEND SUCCESSFUL ***

Law Offices
**CESAR C. CABOT, P.C.**
A Professional Law Corporation
BankPacific Building, Second Floor ● 825 South Marine Drive ● Tamuning, Guam 96913
TELEPHONE: (671) 646-2001 ● FACSIMILE: (671) 646-0777

### TRANSMITTAL SHEET

**TO:**

Thomas L. Roberts, Esq.
**DOOLEY ROBERTS & FOWLER LLP**
(671) 646-1223

Shannon Joy Taitano, Esq.
(671) 477-4826

Rob Weinberg, Asst. Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
(671) 472-2493

Therese M. Terlaje, Esq.
(671) 472-3525

Michael A. Pangelinan, Esq.
**CALVO & CLARK, LLP**
(671) 646-9403

**FROM:**    David W. Hopkins, Esq.

**DATE:**    November 12, 2004

**CLIENT/
MATTER:**    Merrill, etc., et al. v. GEC, et al., CV04-00046

**NO. OF PAGES INCLUDING THIS TRANSMITTAL SHEET:**     2     Page (s)

**COMMENTS:**     Attached please find the following:

1.     Letter of the same date.

Thank you for your assistance with this matter.

Original(s) [ will/**will not** ] follow.

This information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of this facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

Please contact Linda at (671) 646-2001 if this transmission is incomplete or illegible
Si Yu'us Ma'ase.