DAVID W. HOPKINS, ESQ.
LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 646-0777



Attorneys for Guam Election Commission
and Gerald A. Taitano

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE GUAM ELECTION COMMISSION; ) <br> GERALD A. TAITANO, in his individual ) <br> capacity and in his capacity as the ) <br> Executive Director of THE GUAM ) <br> ELECTION COMMISSION, I MINA' ) <br> BENTE SIETE NA LIHESLATURAN ) <br> GUAHAN (The 27th Guam Legislature); ) <br> FELIX P. CAMACHO, in his official ) <br> capacity as the GOVERNOR OF GUAM, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. 04-00046 <br><br> **CERTIFICATE OF SERVICE** |

I, DAVID W. HOPKINS, do hereby certify that I have caused copies of the following:

(1) Motion for Protective Order [FRCP 26(c)]; (2) Guam Election Commission's and Gerald A.

Taitano's Memorandum of Points and Authorities in Support of Motion for Protective Order; (3)

Declaration of David W. Hopkins in Support of Ex Parte Application on Motion for Protective

Page 1 of 2

Order; (4) Notice of Ex Parte Application on Motion for Protective Order; and (5) [Proposed]

Order Granting Motion for Protective Order

to be personally served upon the following:

Thomas L. Roberts, Esq.
DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

I Mina' Bente Siete Na Liheslaturan Guahan
(The 27th Guam Legislature)
Therese M. Terlaje, Esq.
155 Hesler Place
Hagatna, Guam 96910

Felix P. Camacho, Governor of Guam
Shannon J. Taitano, Esq.
Governor Ricardo J. Bordallo Complex
Adelup, Guam 96910; and
CALVO & CLARK
655 South Marine Corps Drive
Tamuning, Guam 96913

Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 15th day of November, 2004.

_____
DAVID W. HOPKINS

DWH:lq
P043510