LEGISLATIVE COUNSEL
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*
Therese M. Terlaje
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facisimile: 472-3525

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc, et al., ) | Civil Case No. CIV04-00046 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF MOTION TO REMAND** |
| ) | |
| THE GUAM ELECTION COMMISSION, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

 *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*, Defendant herein, through its attorney of record, Legislative Counsel Therese M. Terlaje, moves the court to remand these proceedings back to the Superior Court of Guam. Defendant Guam Legislature did not join in the removal of this matter, contrary to the allegations of the Attorney General of Guam as contained in its Notice of Removal and accompanying documents. Failure to obtain the consent of the Guam Legislature to the removal violates 48 USC §1446 and necessitates the remand of this action to the Superior Court of Guam for all matters affecting Defendant Guam Legislature. The issues as they affect the Guam Legislature remain proper to be determined by the courts of Guam.

ORIGINAL

-1-

*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN's* Motion is based on the accompanying Memorandum of Points and Authorities, 28 U.S.C. §1441, §1446 and §1447, and the record on file. Oral argument is not requested.

Respectfully submitted this 22nd day of November, 2004.

**OFFICE OF THE LEGISLATIVE COUNSEL**
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*


THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*