LEGISLATIVE COUNSEL
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*
Therese M. Terlaje
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facsimile: 472-3525

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al., | Civil Case No. CIV04-00046 |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF LEGISLATIVE COUNSEL IN SUPPORT OF MOTION TO REMAND** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

GUAM, USA )

I, Therese M. Terlaje, being first duly sworn, depose and say:

1. I represent the co-defendant, *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*, in the above-entitled action.

2. On October 26, 2004, I was served with a Complaint by plaintiff, by personal service at my Law Office at 194 Hernan Cortes Avenue, Suite 214, Hagatna, Guam, 96910. The Speaker of the Legislature was served on October 21, 2004.

3. The Office of the Attorney General of Guam has never requested either orally or in writing, for *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN* 's consent to

join in the petition for removal of the above-entitled action to this Court, filed by the Office of the Attorney General on October 26, 2004.

4. On behalf of *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*, I do not join in or consent to such petition for removal of the above-entitled action hereto.

    a. Because the interpretation of local statutes and relief sought in this matter are appropiate to be determined by the courts of Guam.

    b. For the reasons set forth in the MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT *I MINA' BENTE SIETE NA LIHESLATURAN'S* MOTION TO REMAND.

Subscribed and sworn to before me on November 22nd, 2004.

**OFFICE OF THE LEGISLATIVE COUNSEL**
**MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN**

_____
THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*