| | |
|---|---|
| LEGISLATIVE COUNSEL | **FILED** |
| *I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN* | DISTRICT COURT OF GUAM |
| Therese M. Terlaje | NOV 22 2004 |
| 155 Hesler Place | MARY L. M. MORAN |
| Hagåtña, Guam 96910 | CLERK OF COURT |
| Telephone: 472-3253 Facsimile: 472-3525 | |

On behalf of
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAY MERRILL, etc., et. al.,, | Civil Case No. CIV04-00046 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

I certify that on November 22, 2004, I caused the foregoing **MOTION TO REMAND, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT *I MINA BENTE SIETE NA LIHESLATURAN'S MOTION TO REMAND* and AFFIDAVIT OF LEGISLATIVE COUNSEL IN SUPPORT OF MOTION TO REMAND** to be served on the following individuals:

Thomas L. Roberts
DOOLEY, ROBERTS & FOWLER, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
BankPacific Bldg., 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
OFFICE OF THE GOVERNOR
Adelup, Guam 96910

Joaquin C. Arriola, Jr., Esq.
ARRIOLA, COWAN & ARRIOLA
Ste. 201, C&A Professional Building
259 Martyr Street
Hagatna, Guam 96910

Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 22nd day of November, 2004.

**OFFICE OF THE LEGISLATIVE COUNSEL**
**MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN**

_____
THERESE M. TERLAJE
*On behalf of*
*I MINA' BENTE SIETE NA LIHESLATURAN GUÅHAN*

FILED
DISTRICT COURT OF GUAM
NOV 22 2004
MARY L. M. MORAN
CLERK OF COURT