1  **SHANNON TAITANO, ESQ.**
   **OFFICE OF THE GOVERNOR OF GUAM**
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-4826

5  **RODNEY J. JACOB, ESQ.**
   **MICHAEL A. PANGELINAN, ESQ.**
6  **CALVO AND CLARK, LLP**
7  Attorneys at Law
   655 South Marine Drive, Suite 202
8  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
9  Facsimile:    (671) 646-9403

10  Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

35

11              IN THE UNITED STATES DISTRICT COURT

12                      DISTRICT OF GUAM

13

14  JAY MERRILL, etc., et. al.,          | CIVIL CASE NO. 04-00046

15                      Plaintiff,       | (Superior Court of Guam
                                         | Civil Case No. CV1111-04)
16              -v-

17  THE GUAM ELECTION COMMISSION, et. al. | **CERTIFICATE OF SERVICE**

18                      Defendants.

19

20      The undersigned hereby certifies that a true and correct copy of Defendant Felix P.

21  Camacho, Governor of Guam's **Supplemental Opposition To Motion to Strike**, was served via

22  Hand Delivery on November 23, 2004, to the following:

23              Thomas L. Roberts, Esq.
                **DOOLEY, ROBERTS & FOWLER, LLP**
24              Suite 201, Orlean Pacific Plaza
                865 South Marine Drive
25              Tamuning, Guam 96913

26

27

28

DC041115.382-0009-2A1.COS                    1

Cesar C. Cabot, Esq.
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
**OFFICE OF THE LEGISLATIVE COUNSEL**
155 Hesler Place
Hagatña, Guam 96910

Office of the Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatña, Guam 96910

Joaquin C. Arriola, Jr., Esq.
**ARRIOLA, COWAN AND ARRIOLA**
Suite 201, C&A Professional Building
259 Martyr Street
Hagatña, Guam 96910

Dated this 23rd day of November, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
**RODNEY J. JACOB**

**CERTIFICATE OF SERVICE**
*CIVIL CASE NO. 04-00046*

2