DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

FILED
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br><br>vs.<br><br>The Guam Election Commission; Gerald A. Taitano, and in his capacity as the Executive Director of The Guam Election Commission, I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature); Felix P. Camacho, in his official capacity as the Governor Of Guam.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br>**DECLARATION OF JAY MERRILL** |

I, JAY MERRILL, do hereby declare as follows:

1. I am the Plaintiff in the above-referenced civil action.

2. I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3. I have reviewed the allegations set forth in ¶¶ 1 through 5 and ¶¶ 12 through 30 of the amended complaint and they are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of November, 2004, in Hagåtña, Guam.

_____ 11/23/04
JAY MERRILL