DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



FILED
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, <br><br> Plaintiffs, <br> vs. <br><br> The Guam Election Commission; Gerald A. Taitano, and in his capacity as the Executive Director of The Guam Election Commission, I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature); Felix P. Camacho, in his official capacity as the Governor Of Guam. <br><br> Defendants. | CIVIL CASE NO. CIV04-00046 <br><br><br><br> **DECLARATION OF PAUL M. McDONALD** |

I, PAUL M. McDONALD, do hereby declare as follows:

1. I am the Mayor of Agana Heights.

2. I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3. The Friday before the Tuesday, November 2, 2004 election, my office received a thick envelope from the Guam Election Commission. In the ordinary course of business, the envelope was not opened until after election day, which was a holiday. The envelope contained a copy of Proposal A. Proposal A was not posted at the Agana Heights Mayor's office before or

during the November 2, 2004 election. There were no complete copies of Proposal A available to any registered voters at the Agana Heights Mayor's office before or during the November 2, 2004 election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of November, 2004, in Hagåtña, Guam.

PAUL M. McDONALD