DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone:   (671) 646-1222
Facsimile:   (671) 646-1223

```
                                               FILED
                                       DISTRICT COURT OF GUAM
          IN THE DISTRICT COURT OF GUAM      NOV 23 2004
                 TERRITORY OF GUAM           MARY L. M. MORAN
                                              CLERK OF COURT
```

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, | ) CIVIL CASE NO. CIV04-00046 ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) **DECLARATION OF PETER S. AGUON** |
| The Guam Election Commission; Gerald A. Taitano, and in his capacity as the Executive Director of The Guam Election Commission, I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature); Felix P. Camacho, in his official capacity as the Governor Of Guam. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

I, PETER S. AGUON, do hereby declare as follows:

1.   I am the Mayor of Barrigada.

2.   I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3.   The Guam Election Commission, the Executive Director of the Guam Election Commission, and the Legislature did not supply the Barrigada Mayor's office with a complete copy of Proposal A before or during the November 2, 2004 election. A complete copy of Proposal A was not posted at the Barrigada Mayor's office before or during the November 2,

ORIGINAL

*Declaration of Peter S. Aguon*
*Merrill v. the Guam Election Commission, et al.*
Civil Case No. CIV04-00046
Page 2


2004 election. There were no complete copies of Proposal A available to any registered voters at the Barrigada Mayor's office before or during the November 2, 2004 election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of November, 2004, in Hagåtña, Guam.

_____
**PETER S. AGUON**