DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

**FILED**
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br>vs.<br><br>The Guam Election Commission; Gerald A. Taitano, and in his capacity as the Executive Director of The Guam Election Commission, I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature); Felix P. Camacho, in his official capacity as the Governor Of Guam.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br><br><br>**DECLARATION OF NONITO C. BLAS** |

I, NONITO C. BLAS, do hereby declare as follows:

1. I am the Mayor of Mangilao.

2. I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3. The Guam Election Commission, the Executive Director of the Guam Election Commission, and the Legislature did not supply the Mangilao Mayor's office with a complete copy of Proposal A before or during the November 2, 2004 election. A complete copy of

ORIGINAL

Proposal A was not posted at the Mangilao Mayor's office before or during the November 2, 2004 election. There were no complete copies of Proposal A available to any registered voters at the Mangilao Mayor's office before or during the November 2, 2004 election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of November, 2004, in Hagåtña, Guam.

_____
**NONITO C. BLAS**