DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br>vs.<br><br>The Guam Election Commission; Gerald A. Taitano, in his capacity as the Executive Director of The Guam Election Commission, I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature); Felix P. Camacho, in his official capacity as the Governor Of Guam.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br><br><br><br>**DECLARATION OF CHRISTINA A. MARTINEZ** |

I, CHRISTINA A. MARTINEZ, do hereby declare as follows:

1.   I am an employee of the Law Offices of Dooley Roberts & Fowler LLP.

2.   I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3.   I have reviewed all copies of the Pacific Daily News and the Marianas Variety published on Guam between October 25, 2004 and November 3, 2004. There is no notice

*Declaration of Christina A. Martinez*
*Merrill v. the Guam Election Commission, et al.*
Civil Case No. CIV04-00046
Page 2

published in any of these newspapers from the Guam Election Commission or any other person or entity concerning the availability of copies of Proposal A at any village Mayor's office..

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of November, 2004, in Hagåtña, Guam.

_____
**CHRISTINA A. MARTINEZ**