DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br>vs.<br><br>THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM.<br><br>Defendants. | CIVIL CASE NO. CIV04-00046<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **THOMAS L. ROBERTS**, hereby declare that on November 23, 2004, I caused a copy of the following documents:

1. Notice of Motion and Motion for Summary Judgment;

2. Memorandum of Points and Authorities In Support of Motion for Summary Judgment;

3. Declaration of Thomas L. Roberts;

4. Declaration of Nonito C. Blas;

5. Declaration of Peter S. Aguon;

6. Declaration of Concepcion B. Dueñas;

Certificate of Service
*Merrill v. the Guam Election Commission, et al.*
Civil Case No. CIV04-00046
Page 2

7. Declaration of Paul M. McDonald;

8. Declaration of Christina A. Martinez; and

9. (Proposed) Order Granting Summary Judgment and Compelling a Special Election on Proposal A, the Guam Casino Gaming Control Commission Act

to be to be served upon the following:

> Cesar C. Cabot, Esq.
> 2nd Floor, BankPacific Building
> 825 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Therese M. Terlaje, Esq.
> Post Office Box 864
> Hagatna, Guam 96932
>
> Shannon J. Taitano, Esq.
> Office of the Governor
> Post Office Box 2674
> Hagatna, Guam 96932
>
> Calvo & Clark
> 655 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Office of the Attorney General
> Suite 2-200E, Guam Judicial Center
> 120 West O'Brien Drive
> Hagåtña, Guam 96910

Dated this 23rd day of November 2004.

**THOMAS L. ROBERTS**