

Douglas B. Moylan
Attorney General of Guam
Robert M. Weinberg
Assistant Attorney General
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

**Attorneys for the Government of Guam**



# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, et al. <br><br> Defendants. | **Civil Case No. 04-00046** <br><br> (removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| JAY MERRILL, etc., et al. <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, et al. <br><br> Defendants. | (removed from the Superior Court of Guam Civil Case No. CV-1111-04) <br><br> **NOTICE OF MOTION AND MOTION BY DEFENDANTS FOR ORDER ISSUING WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM FOR RECORD IN REMOVED ACTIONS** |

PLEASE TAKE NOTICE THAT the defendants in the above-styled consolidated matters hereby move the Court for an Order issuing a writ of certiorari to the Superior Court of Guam.

1

pursuant to 28 U.S.C. § 1447(b), requiring the Superior Court to bring all records and proceedings in the above-referenced Superior Court actions to this Court.

This motion is based upon this notice, the memorandum of points and authorities filed herewith, and the complete files and records in this action.

Respectfully submitted this 29th day of November, 2004.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
ROBERT M. WEINBERG
Assistant Attorney General
For All Defendants

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party(ies) with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid and properly addressed to:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
Cesar Cabot, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
  For Guam Election Commission
  & Gerald Taitano in his official capacity

Shannon Taitano, Esq.
Office of the Governor of Guam
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
  For Governor of Guam

Michael A. Pangelinan, Esq.
Rodney J. Jacob, Esq.
Calvo and Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
  For Governor of Guam

Therese Terlaje', Esq.
155 Helser Place
Hagåtña, Guam 969102
  For *I Mina' Bente Siete Na Liheslaturan Guåhan*, Legislature of Guam

3

| | |
|---|---|
| 1 | Joaquin C. Arriola, Jr., Esq. |
| 2 | Arriola, Cowan & Arriola |
|   | 259 Martyr Street, Suite 201 |
| 3 | P.O. Box X |
|   | Hagåtña, Guam 96932 |
| 4 | For proposed Intervenor, *Lina'La'Sin Casino* |

this 29th day of November, 2004.

                                              ROBERT M. WEINBERG
                                              Assistant Attorney General