

Douglas B. Moylan
Attorney General of Guam
Robert M. Weinberg
Assistant Attorney General
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

Attorneys for the Government of Guam



# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, | **Civil Case No. 04-00046** |
| Plaintiff, | (removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| vs. | |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |
| JAY MERRILL, etc., et al. | |
| Plaintiff, | (removed from the Superior Court of Guam Civil Case No. CV-1111-04) |
| vs. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER ISSUING WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM FOR RECORD IN REMOVED ACTIONS** |
| THE GUAM ELECTION COMMISSION, et al. | |
| Defendants. | |

DEFENDANTS hereby move this Court pursuant to 28 U.S.C. § 1447(b) for issuance of a writ of certiorari to the Superior Court of Guam, commanding the Superior Court of Guam to

bring to this Court, a true, full and correct copy of all records and proceedings taken and had in such court in the above-entitled actions, on the following grounds:

1. On or about October 18, 2004, an action was commenced in the Superior Court of Guam entitled *Lourdes P. Aguon-Schulte v. Guam Election Commission*, CV-1103-04.

2. On or about October 25, 2004, an action was commenced in the Superior Court of Guam entitled *Jay Merrill v. Guam Election Commission*, CV-1111-04.

3. On or about October 26, 2004, the defendants removed both of the above-entitled actions from the Superior Court of Guam by filing notices of removal in each and by duly notifying plaintiffs of the forgoing removal pursuant to 28 U.S.C. § 1446.

4. On November 23, 2004, this Court *sua sponte* ordered the consolidation of the above-styled matters under Civil Case No. 04-00046.

5. At the suggestion of the Clerk of Court, defendants respectfully request, pursuant to 28 U.S.C. § 1447(b), that this Court issue a writ of certiorari ordering the Superior Court of Guam to produce all of the records in the above-entitled actions. *See* 29A Fed.Proc. L.Ed. § 69:1-7 (West 1998) ("A party seeking removal may be required to file with the clerk of the Federal District Court to which an action has been removed copies of all records and proceedings had in the state court. Alternatively, such material may be secured through the issuance of a writ of certiorari from the District Court to the state court."); W. Schwarzer, A.W. Tashima, J. Wagstaffe, California Practice Guide: Federal Civil Procedure Before Trial, "Removal Jurisdiction" ¶ 2:987 ("Under 28 U.S.C. § 1447(b), the federal court can issue a writ of certiorari ordering the state court to produce all of the records in the case.")

2

Respectfully submitted this 29th day of November, 2004.

                                        OFFICE OF THE ATTORNEY GENERAL
                                        **Douglas B. Moylan, Attorney General**

                                        _/s/ signature_

                                        ROBERT M. WEINBERG
                                        Assistant Attorney General
                                        For All Defendants

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party(ies) with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid and properly addressed to:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
Cesar Cabot, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
 For Guam Election Commission
 & Gerald Taitano in his official capacity

Shannon Taitano, Esq.
Office of the Governor of Guam
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
 For Governor of Guam

Michael A. Pangelinan, Esq.
Rodney J. Jacob, Esq.
Calvo and Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
 For Governor of Guam

Therese Terlaje', Esq.
155 Helser Place
Hagåtña, Guam 969102
 For *I Mina' Bente Siete Na Liheslaturan Guåhan*, Legislature of Guam

4

Joaquin C. Arriola, Jr., Esq.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
P.O. Box X
Hagåtña, Guam 96932
For proposed Intervenor, *Lina'La'Sin Casino*

this 29th day of November, 2004.

_____
ROBERT M. WEINBERG
Assistant Attorney General