DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:     (671) 646-1222
Facsimile:     (671) 646-1223

FILED
DISTRICT COURT OF GUAM

NOV 30 2004

MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| LOURDES P. AGUON-SCHULTE, | ) | CIVIL CASE NO. 04-00045 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| THE GUAM ELECTION COMMISSION, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, | ) | CIVIL CASE NO. 04-00046 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF SERVICE** |
| THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM. | ) | |
| | ) | |
| Defendants. | ) | |

I, Vince Aguon, do hereby declare as follows:

1.      I am an employee of Dooley Roberts & Fowler LLP.

2.     I have personal knowledge of the matters stated herein and if called, could and would testify competently thereto.

3.     On Tuesday, November 23, 2004, I served a copy of the First Amended Complaint for Declaratory Relief and For an Order Compelling a Special Election on the Initiative Measure to Establish the "Guam Casino Gaming Commission Act" ("Proposal A") and the original Summons In a Civil Action on the Office of Cesar Cabot, Esq., counsel for Defendant Gerald A. Taitano, Executive Director, Guam Election Commission.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of November, 2004, in Hagåtña, Guam.

_____
**VINCE AGUON**

# UNITED STATES DISTRICT COURT

District of    GUAM

JAY MERRILL, ETC., ET. AL.,

vs.

THE GUAM ELECTION COMMISSION, GERALD A.
TAITANO, in his official capacity as the
Executive Director of the Guam ....
Election Commission, I MINA' BENTE
SIETE NA LEHESLATURAN GUAHAN (THE 27TH
GUAM LEGISLATURE); FELIX P. CAMACHO,
in his official capacity as the
Governor of Guam,

### SUMMONS IN A CIVIL CASE

CASE NUMBER: CIV04-00046

TO: (Name and address of Defendant)

GERALD A. TAITANO, IN HIS OFFICIAL CAPACITY
AS THE EXECUTIVE DIRECTOR OF THE GUAM ELECTION
COMMISSION

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS L. ROBERTS, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913

an answer to the complaint which is served on you with this summons, within __SIXTY (60)__ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

/s/ Virginia T. Kilgore

(By) DEPUTY CLERK

NOV 23 2004

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11.23.04 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| **VINCE AGUON** | **COURIER** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): ~~OFFICE OF~~ **CESAR CABOT, ESQ., COUNSEL FOR DEFENDANT** ~~GERALD A. TAITANO, EXECUTIVE DIRECTOR, GUAM ELECTION~~ ~~COMMISSION~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **11.24.04**
           Date

*Signature of Server*

SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.