FILED
DISTRICT COURT OF GUAM
DEC -1 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, et al. <br><br> Defendants. | **Civil Case No. 04-00046** <br><br> (removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| JAY MERRILL, etc., et al. <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, et al. <br><br> Defendants. | (removed from the Superior Court of Guam Civil Case No. CV-1111-04) <br><br> **ORDER** |

The Court hereby directs the Office of the Attorney General for the Government of Guam to serve forthwith on the Superior Court of Guam and the Clerk thereof the Writ of Certiorari to the Superior Court of Guam upon issuance by the Clerk of Court.

SO ORDERED this 30th day of November, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
NOV 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM