

**Douglas B. Moylan**
Attorney General of Guam
**Robert M. Weinberg**
Assistant Attorney General
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

**Attorneys for the Government of Guam**


FILED
DISTRICT COURT OF GUAM
DEC - 1 2004
MARY L. M. MORAN
CLERK OF COURT

(57)

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, ) | **Civil Case No. 04-00046** |
| Plaintiff, ) | (removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| vs. ) | |
| THE GUAM ELECTION COMMISSION, ) et al. ) | |
| Defendants. ) | |
| JAY MERRILL, etc., et al. ) | |
| Plaintiff, ) | (removed from the Superior Court of Guam Civil Case No. CV-1111-04) |
| vs. ) | **WRIT OF CERTIORARI TO** ~~SUPERIOUR~~ **COURT OF GUAM** SUPERIOR |
| THE GUAM ELECTION COMMISSION, ) et al. ) | |
| Defendants. ) | |

**TO ALL THE JUDGES OF THE SUPERIOR COURT OF GUAM, GREETINGS:**

WHEREAS, the above-entitled actions were duly removed to this Court by defendants on October 26, 2004, and

6

| | |
|---|---|
| 1 | WHEREAS, by Order of this Court duly made in the above-entitled consolidate actions |
| 2 | on  DEC - 1 2004     that a writ of certiorari should issue to you, you are, therefore, |
| 3 | COMMANDED TO BRING to the District Court of Guam true, full, and complete |
| 4 | copies of the records and proceedings taken and had in the above-entitled actions in the Superior |
| 5 | Court of Guam within 21 days following service, together with this writ, so that the Court may |
| 6 | proceed further thereon and do what of right ought to be done. |
| 7 | Dated this  1st   day of  December    , 2004. |

Mary L. M. Moran
MARY L. M. MORAN
Clerk, District Court of Guam

By Rosita P. San Nicolas
Rosita P. San Nicolas
Chief Deputy Clerk

RECEIVED
NOV 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

7