SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
DEC - 2 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00045<br><br>(Superior Court of Guam<br>Civil Case No. CV1103-04) |
| JAY MERRILL, et. al.,<br><br>Plaintiffs,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00046<br><br>(Superior Court of Guam<br>Civil Case No. CV1111-04)<br><br>**THE GOVERNOR OF GUAM'S ANSWER TO THE COMPLAINT IN *AGUON-SCHULTE V. GUAM ELECTION COMMISSION*** |

COMES NOW Defendant Governor of Guam Felix P. Camacho (the "Governor") and for his Answer to Plaintiff's Complaint ("Complaint") does hereby admit, deny, and allege as follows:

1. As to paragraph 1, the Governor is without knowledge of the facts alleged in paragraph 1 and on that basis denies those allegations.

2. As to paragraph 2, the Governor denies this paragraph on the ground that it is a legal conclusion, and not a factual allegation.

3. As to paragraph 3, the Governor admits the allegations of paragraph 3.

4. As to paragraph 4, the Governor admits the allegations of paragraph 4.

5. As to paragraph 5, the Governor admits the allegations of paragraph 5.

6. As to paragraph 6, the Governor denies this paragraph on the ground that it is a legal conclusion, and not a factual allegation.

7. As to paragraph 7, the Governor admits that Proposal A was on the ballot for the scheduled November 2, 2004 Guam general election. As to each and every other allegation in paragraph 7, the Governor is without knowledge of the facts alleged and on that basis denies those allegations.

8. As to paragraph 8, the Governor is without knowledge of the facts alleged in paragraph 8 and on that basis denies those allegations.

9. As to paragraph 9, the Governor admits that Public Law 27-29 stated that it appropriated $455,290 to the Election Commission. The Governor is without knowledge of the other facts alleged in paragraph 9 and on that basis denies those allegations.

10. As to paragraph 10, the Governor is without knowledge of the facts alleged in paragraph 10 and on that basis denies those allegations.

D041202.382-004-1A1.Answer-Aguon-Schulte  2
Case 1:04-cv-00046   Document 63   Filed 12/02/2004   Page 2 of 7

11. As to paragraph 11, the Governor admits that on or about August 10, 2004 he approved the transfer of $25,000 to the Election Commission "for education purposes (printing of pamphlets and postage) for the Casino Gambling Initiative." The Governor is without knowledge of the other facts alleged in paragraph 11 and on that basis denies those allegations.

12. As to paragraph 12, the Governor admits that the Election Commission mailed Proposal A ballot pamphlets. The Governor is without knowledge of the other facts alleged in paragraph 12 and on that basis denies those allegations.

13. As to paragraph 13, the Governor admits the allegation of paragraph 13.

14. As to paragraph 14, the Governor is without knowledge of the facts alleged in paragraph 14 and on that basis denies those allegations.

15. As to paragraph 15, the Governor denies each and every allegation of paragraph 15.

16. As to paragraph 16, the Governor admits the allegations of paragraph 16.

17. As to paragraph 17, the Governor is without knowledge of the facts alleged in paragraph 17 and on that basis denies those allegations.

18. As to paragraph 18, the Governor is without knowledge of the facts alleged in paragraph 18 and on that basis denies those allegations.

19. As to paragraph 19, the Governor is without knowledge of the facts alleged in paragraph 19 and on that basis denies those allegations.

20. As to paragraph 20, in which Plaintiff restates her previous allegations, the Governor restates each previous response or denial to each previous allegation.

21. As to paragraph 21, the Governor denies each and every allegation of paragraph 21.

22. As to paragraph 22, paragraph 22 is a legal conclusion, not a factual allegation. On that basis, it is denied.

23. As to paragraph 23, paragraph 23 is a legal conclusion, not a factual allegation. On that basis, it is denied.

24. As to paragraph 24, paragraph 24 is a legal conclusion, not a factual allegation. On that basis, it is denied.

25. As to paragraph 25, paragraph 25 is a legal conclusion, not a factual allegation. On that basis, it is denied.

26. As to paragraph 26, paragraph 26 is a legal conclusion, not a factual allegation. On that basis, it is denied.

27. As to paragraph 27, paragraph 27 is a legal conclusion, not a factual allegation. On that basis, it is denied.

28. As to paragraph 28, paragraph 28 is a legal conclusion, not a factual allegation. On that basis, it is denied.

29. As to paragraph 29, the Governor is without knowledge as to whether the articles attached as Exhibit 3 are true and correct copies and on that ground denies that allegation. As to all other allegations in paragraph 29, the Governor denies each and every such allegation.

30. As to paragraph 30, the Governor denies each and every allegation of paragraph 30.

31. As to paragraph 31, the Governor denies each and every allegation of paragraph 31.

32. As to paragraph 32, in which Plaintiff restates her previous allegations, the Governor restates each previous response or denial to each previous allegation.

33. As to paragraph 33, the Governor is without knowledge of the facts alleged in paragraph 33 and on that basis denies those allegations.

34. As to paragraph 34, the Governor denies each and every allegation of paragraph 34.

35. As to paragraph 35, paragraph 35 is a legal conclusion, not a factual allegation. On that basis, it is denied.

36. As to paragraph 36, paragraph 36 is a legal conclusion, not a factual allegation. On that basis, it is denied.

37. As to paragraph 37, the Governor denies each and every allegation of paragraph 37.

38. As to paragraph 38, the Governor denies each and every allegation of paragraph 38.

39. As to paragraph 39, in which Plaintiff restates her previous allegations, the Governor restates each previous response or denial to each previous allegation.

40. As to paragraph 40, the Governor denies each and every allegation of paragraph 40.

41. As to paragraph 41, the Governor admits that he has the power to call a special election under certain circumstances and as provided by Guam law. The Governor denies each and every other allegation of paragraph 41.

42. As to paragraph 42, the Governor admits that the Legislature has the power to call a special election under certain circumstances and as provided by Guam law. The Governor denies each and every other allegation of paragraph 42.

43. As to paragraph 43, the Governor admits that he and the Legislature have the ability to request declaratory relief from the Guam Supreme Court under certain

circumstances as provided by law. The Governor denies each and every other allegation of paragraph 43.

44. As to paragraph 44, the Governor is without knowledge of the facts alleged in paragraph 44 and on that basis denies those allegations.

45. As to paragraph 45, paragraph 45 is a legal conclusion, not a factual allegation. On that basis, it is denied.

46. As to paragraph 46, the Governor denies each and every allegation of paragraph 46.

47. As to paragraph 47, the Governor denies each and every allegation of paragraph 47.

48. The Governor denies the entirety of Plaintiffs' Prayer for Relief.

49. The Governor denies each and every other allegation of Plaintiff's Complaint not previously expressly admitted herein.

## FOR AFFIRMATIVE DEFENSES

FOR AFFIRMATIVE DEFENSES, the Governor states that Plaintiff's Complaint is also barred by some or all of the following affirmative defenses:

1. Failure to state a claim upon which relief can be granted.
2. Lack of personal jurisdiction.
3. Lack of subject matter jurisdiction.
4. Sovereign immunity.
5. Qualified immunity.
6. Failure to join an indispensable party.
7. Failure to exhaust administrative remedies.
8. Laches.

9. Unclean hands.

10. Waiver.

11. Estoppel.

12. Lack of good faith and/or bad faith.

13. Insufficiency of service of process.

14. Adequate means of alternative relief exist.

15. The right to writ is not clear and indisputable.

16. Mootness.

17. Ripeness.

18. Substantial compliance

19. Abstention.

20. Lack of the elements for class certification under FRCP 23.

**PRAYER FOR RELIEF**

WHEREFORE, the Governor prays that:

1. Plaintiffs take nothing by this action;

2. A judgment of dismissal in favor of the Governor be entered;

3. The Governor be granted such other relief as is just an appropriate under the circumstances, including reasonable costs and attorneys' fees.

Dated this 2nd day of December, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN