SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00045 <br><br> (Superior Court of Guam <br> Civil Case No. CV1103-04) |
| JAY MERRILL, et. al., <br><br> Plaintiffs, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> (Superior Court of Guam <br> Civil Case No. CV1111-04) <br><br> **CERTIFICATE OF SERVICE** |

FILED
DISTRICT COURT OF GUAM
DEC - 2 2004
MARY L. M. MORAN
CLERK OF COURT

The undersigned hereby certifies that a true and correct copy of Defendant Felix P. Camacho, Governor of Guam's (1) ***The Governor of Guam's Answer to the First Amended Complaint in Merrill v. Guam Election Commission***, and, (2) ***The Governor of Guam's Answer to the Complaint in Aguon-Schulte v. Guam Election Commission,*** were served via Hand Delivery on December 2, 2004, to the following:

> Thomas L. Roberts, Esq.
> **DOOLEY, ROBERTS & FOWLER, LLP**
> Suite 201, Orlean Pacific Plaza
> 865 South Marine Drive
> Tamuning, Guam 96913
>
> Cesar C. Cabot, Esq.
> BankPacific Building, 2nd Floor
> 825 South Marine Drive
> Tamuning, Guam 96913
>
> Therese M. Terlaje, Esq.
> **OFFICE OF THE LEGISLATIVE COUNSEL**
> 155 Hesler Place
> Hagatña, Guam 96910
>
> Office of the Attorney General of Guam
> Guam Judicial Center, Suite 2-200E
> 120 West O'Brien Drive
> Hagatña, Guam 96910
>
> Joaquin C. Arriola, Jr., Esq.
> **ARRIOLA, COWAN AND ARRIOLA**
> Suite 201, C&A Professional Building
> 259 Martyr Street
> Hagatña, Guam 96910

Dated this 2nd day of December, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
DANIEL M. BENJAMIN

DC041202.382-00091A1.COS-Answers    2

Case 1:04-cv-00046    Document 65    Filed 12/02/2004    Page 2 of 2