FILED
DISTRICT COURT OF GUAM
DEC -2 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THE GUAM ELECTION COMMISSION, *et al.*,<br><br>　　Defendants. | Civil Case No. 04-00045 |
| JAY MERRILL, on his own behalf an on behalf of all other similarly situated voters desirous of casting a vote in favor or Proposal A at a fair and legal election,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>THE GUAM ELECTION COMMISSION, *et al.*,<br><br>　　Defendants. | Civil Case No. 04-00046<br><br>**ORDER** |

Pending in the above cases are various motions consisting of (1) a motion to dismiss for lack of jurisdiction; (2) motions to strike; (3) motions to remand; and (4) a motion for summary judgment. These motions are hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition of each motion.

SO ORDERED this 1st day of December 2004.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　A. WALLACE TASHIMA*
　　　　　　　　　　　　　　　　　　Designated Judge

---

* The Honorable A. Wallace Tashima, Senior Circuit Judge of the United States Court of Appeals for the Ninth Circuit, sitting by designation.