DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:   (671) 646-1222
Facsimile:   (671) 646-1223

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

*Stamped in Error*

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br> vs. <br><br> THE GUAM ELECTION COMMISSION, *et al.*, <br><br> Defendants. | CIVIL CASE NO. ~~04-00045~~ CV 1103-04 <br><br> **FILED** <br> DISTRICT COURT OF GUAM <br> DEC - 2 2004 <br> MARY L. M. MORAN <br> CLERK OF COURT |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, <br><br> Plaintiffs, <br> vs. <br><br> THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM. <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> **STATEMENT OF NON-AGREEMENT ON HEARING DATE ON MOTION FOR SUMMARY JUDGMENT; REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT** |

This Agreement of Hearing Date is submitted pursuant to Local Rules 7.1(b), 7.1(e)(1), and 7.1(e)(2).

1.  I, Thomas L. Roberts, am the attorney for the Plaintiff in this matter. On Tuesday, November 23, 2004, I sent the letter attached hereto as Exhibit A via facsimile to counsel for all

Agreement of Hearing Date
*Aguon-Schulte v. Guam Election Commission, et al.;*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. CIV04-00046
Page 2

other parties, in which I requested them to agree to one of several proposed hearing dates on the pending motion for summary judgment.

2. The attorneys for the opposing parties are:

   a. Cesar C. Cabot, Esq.

   b. Therese M. Terlaje, Esq.

   c. Shannon J. Taitano, Esq.

   d. Michael A. Pangelinan, Esq.

   e. Office of the Attorney General

3. Therese Terlaje, counsel for the Legislature, agreed to a hearing date of December 17, 2004. However, as of today, Thursday, December 2, 2004, no other attorney representing any other party has agreed to any of my proposed hearing dates.

4. I request that oral argument on my pending motion for summary judgment be scheduled by the Court as soon as practicably possible under the Federal Rules of Civil Procedure.

Respectfully submitted this 2nd day of December, 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**THOMAS L. ROBERTS**
Attorneys for Plaintiffs

DOOLEY ROBERTS & FOWLER LLP
ATTORNEYS AT LAW

DAVID W. DOOLEY
THOMAS L. ROBERTS
KEVIN J. FOWLER
JON A. VISOSKY

SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913
TELEPHONE: (671) 646-1222
FACSIMILE: (671) 646-1223
www.GuamLawOffice.com

Of Counsel:
MELINDA C. SWAVELY

Writer's Direct Email:
Roberts@GuamLawOffice.com

November 23, 2004

<u>Via Facsimile</u>

Cesar C. Cabot, Esq.
Law Office of Cesar C. Cabot
2nd Floor, BankPacific Building
825 South Marine Corps Drive
Tamuning, Guam 96913
Facsimile No. 646-0777

Therese M. Terlaje, Esq.
Post Office Box 864
Hagatna, Guam 96932
Facsimile No. 472-8896

Shannon J. Taitano, Esq.
Office of the Governor
Post Office Box 2674
Hagatna, Guam 96932
Facsimile No. 477-4826

Michael A. Pangelinan, Esq.
Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913
Facsimile No. 646-9403

Rob Weinberg, Esq.
Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910
Facsimile No. 472-2493

Re: *Merrill v. Guam Election Commission*; District Court Case No. CIV04-00046

Dear Counsel:

As you know, I have filed a motion for summary judgment. Rule 7.1(e)(2) of the District Court Local Rules ("LR") requires me to file an "Agreement of Hearing Date" if I want to orally argue my motion, which I do. Fridays are "Motion Day" under District Court General Rule ("GR") 10.1. Therefore, I propose an agreed hearing date of Friday, December 17, 2004 at 9:30 a.m., which is the soonest the motion could be argued under LR 7.1(b)'s 21 day notice of hearing requirement. If this is not acceptable, then I propose Thursday, December 23, 2004 at 9:30 a.m. in accordance with GR 10.1, since Friday, December 24, 2004 is a holiday at the District Court. If this is unacceptable, then I propose Thursday, December 30, 2004 at the hour of 9:30 a.m., since Friday, December 31, 2004 is a legal holiday at the District Court. If none of these three

**EXHIBIT A**

proposed hearing dates is acceptable to everyone, I will simply file a blank "Agreement of Hearing Date" with the Court pursuant to LR 7.1(e)(2) along with a notation that the non-moving parties have not agreed on a hearing date.

Please let me know by email this week your preferences. Thanks.

Sincerely,

DOOLEY ROBERTS & FOWLER LLP

Thomas L. Roberts

F:\Documents\TLR (07.04)\C325 CFED\C325 L04 All Counsel.doc

Agreement of Hearing Date
*Aguon-Schulte v. Guam Election Commission, et al.;*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. CIV04-00046
Page 3

## CERTIFICATE OF SERVICE

I, **THOMAS L. ROBERTS**, hereby declare that on December 2nd, 2004, I caused a copy of Plaintiffs' Statement of Non-Agreement on Hearing Date on Motion for Summary Judgment; Request for Oral Argument on Motion for Summary Judgment to be served upon the following:

Cesar C. Cabot, Esq.
2nd Floor, BankPacific Building
825 South Marine Corps Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
Post Office Box 864
Hagatna, Guam 96932

Shannon J. Taitano, Esq.
Office of the Governor
Post Office Box 2674
Hagatna, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 2nd day of December 2004.

**THOMAS L. ROBERTS**

F:\Documents\TLR (07.04)\CFED C325\Pleadings\DCt(Merrill)\C325 - Agreement of Hearing Date 12.02.04.doc