Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone:   (671) 646-1222
Facsimile:   (671) 646-1223

FILED
DISTRICT COURT OF GUAM
DEC - 6 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, | ) CIVIL CASE NO. 04-00045 |
| Plaintiff, | ) |
| vs. | ) |
| THE GUAM ELECTION COMMISSION, *et al.*, | ) |
| Defendants. | ) |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, | ) CIVIL CASE NO. 04-00046 |
| Plaintiffs, | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN** (The 27th Guam Legislature) [Fed.R.Civ.P. 41(a)(1)(i)] |
| vs. | ) |
| THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM. | ) |
| Defendants. | ) |

Plaintiffs hereby dismiss their claims against Defendant I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature), without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Notice Of Dismissal Without Prejudice As To
I Mina' Bente Siete Na Liheslaturan Guahan
(The 27th Guam Legislature)
[Fed.R.Civ.P. 41(A)(1)(I)]
*Aguon-Schulte v. Guam Election Commission, et al.*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. 04-00046
Page 2

This notice of dismissal shall not affect Plaintiffs' claims against any other named Defendant.

DOOLEY ROBERTS & FOWLER LLP

Dated: 12/6/04       By: _____
                          THOMAS L. ROBERTS
                          Attorneys for Plaintiffs

Notice Of Dismissal Without Prejudice As To
I Mina' Bente Siete Na Liheslaturan Guahan
(The 27th Guam Legislature)
[Fed.R.Civ.P. 41(A)(1)(I)]
*Aguon-Schulte v. Guam Election Commission, et al.*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. 04-00046
Page 3

## CERTIFICATE OF SERVICE

I, **THOMAS L. ROBERTS**, hereby declare that on December 6th, 2004, I caused a copy of Plaintiffs' Notice of Dismissal Without Prejudice as to I Mina' Bente Siete Na Liheslaturan Guahan (The 27th Guam Legislature) [Fed.R.Civ.P. 41(a)(1)(i)] to be served upon the following:

Cesar C. Cabot, Esq.
2nd Floor, BankPacific Building
825 South Marine Corps Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
Post Office Box 864
Hagatna, Guam 96932

Shannon J. Taitano, Esq.
Office of the Governor
Post Office Box 2674
Hagatna, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 6th day of December 2004.

_____
THOMAS L. ROBERTS