SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00045<br><br>(Superior Court of Guam<br>Civil Case No. CV1103-04) |
| JAY MERRILL, et. al.,<br><br>Plaintiffs,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00046<br><br>(Superior Court of Guam<br>Civil Case No. CV1111-04)<br><br>**JOINDER IN MOTION TO REMAND** |

The Governor of Guam, Felix P. Camacho, hereby joins in the motion to remand filed by the Legislature of Guam.

The Attorney General unilaterally removed this action without obtaining the Governor's or any other defendants' consent. Because the Attorney General acted without consent from any defendants, removal was improper as stated in the Legislature's brief. *See Lapides v. Bd. of Regents of Univ. Sys. of Ga.*, 535 U.S. 613, 620 (2002) ("removal requires the consent of all defendants") (citing *Chicago, R.I. & P.R. Co. v. Martin*, 178 U.S. 245, 248 (1900)).

Dated this 6th day of December, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
**DANIEL M. BENJAMIN**