

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| LOURDES P. AGUON-SCHULTE, | ) | **Civil Action Case No. 04-00046** |
| Plaintiff, | ) | (removed from the Superior Court of Guam Civil Case No. CV1103-04) |
| vs. | ) | |
| THE GUAM ELECTION COMMISSION, et al., | ) | |
| Defendants. | ) | |
| JAY MERRILL, etc., et al. | ) | (removed from the Superior Court of Guam Civil Case No. CV1111-04) |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| THE GUAM ELECTION COMMISSION, et al | ) | |
| Defendants. | ) | |

I, FRANCISCO M. SANTOS, hereby declare and state as follows:

1. I am the Process Officer for the Attorney General's Office and not an interested party in the above-captioned case.

2. I served a copy of the 1) Writ of Certiorari to Superior Court of Guam, and 2) Order as follows:

| Person Served | Location | Date & Time |
|---|---|---|
| Judge Anita Sukola | Judicial Center Bldg., Hagatna | 12/06/04; 8:27am |
| Judge Steven Unpingco | Judicial Center Bldg., Hagatna | 12/06/04; 8:50am |
| Judge Alberto Lamorena | Judicial Center Bldg., Hagatna | 12/06/04; 9:00am |
| Judge Katherine Maraman | Judicial Center Bldg., Hagatna | 12/06/04; 9:05am |
| Judge Michael Bordallo | Judicial Center Bldg., Hagatna | 12/06/04; 9:05am |
| Judge Elizabeth Barrett-Anderson | Judicial Center Bldg., Hagatna | 12/06/04; 9:05am |

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated: December 7, 2004.

FRANCISCO M. SANTOS
Process Officer

Weinberg:\04cv0046 Dec of Service\ba