# Pacific Daily News

©2004 Guam Publications, Inc.
NO. 251 HAGÅTÑA, GUAM, OCTOBER 8, 2004
HAFA ADAI, IT'S FRIDAY
A Gannett Newspaper
guampdn.com
75¢ on Guam

Guam PDN.com
Daily News
your SOURCE

rget to vote in
Daily News
y's question

be
oned
the next
ral
on?

Daily News
THE AIR
Get the
est news
o you by the
Daily News
on
FM 95.5

news Monday
Friday
and 9:30 a.m
and 12:30 p.m
5:30 p.m.

91.9 FM
news Monday
Friday
and 5:30 p.m.

terrine
Fiesta, learn
French cui-
n make at

▲ See
story,
Page 34

ulation
n 29
age 18

## Prop A vote hits snag

**By Steve Limtiaco**
*Pacific Daily News*
*slimtiaco@guampdn.com*

Lawmakers or the governor might have to call a special election to decide the casino-gaming issue, according to the attorney general's office, because the Guam Election Commission appears to have made several mistakes in the informational pamphlets that were mailed to voters last week.

Among other things, the Election Commission did not mail a complete copy of the 80-page casino proposal to registered voters, as required by Guam law, according to the attorney general's office.

The decision to send voters a single-page pamphlet appears to have been made unilaterally by commission Executive Director Gerald Taitano, who said he did not ask lawmakers for the money needed to mail the full 80-page document to voters — a potential cost of more than $100,000, according to the commission's legal counsel.

Taitano yesterday afternoon told the Pacific Daily News that the entire casino text was not included in the

▲ See Vote, Page 4

**Election 2004**

**INSIDE**
▲ Editorial: Be informed of all of the effects that legalized gaming will have on Guam. Page 32
▲ At a glance: What's at issue. Page 4

## Honorary fire chief salutes



Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com
**Wish granted:** Xavier Fernandez Reyes salutes Antonio B. Won Pat International Airport Authority Fire Chief Pedro Lizama after the 6-year-old was made the honorary airport fire chief yesterday. The youngster was having his wish granted though the Make-A-Wish Foundation. ▲ See story, Page 2

## Gas prices head skyward again

**By Katie Worth**
*Pacific Daily News*
*kworth@guampdn.com*

Just when residents thought gasoline prices had finally taken a turn for the better, the island has been hit with another increase.

If you happened to go to the pumps yesterday, you probably noticed that Mobil stations were once again charging $2.46 a gallon, after a brief reprieve at $2.41.

Yesterday, an official at Shell Guam Inc. announced the company was going to follow suit as of midnight last night. And although an official at South Pacific Petroleum Corp., which runs the 76 stations, couldn't say whether its prices also would rise, historically the three main gas retailers have moved prices in near synchronization.

All three companies lowered their prices to $2.41 a

▲ See Gas, Page 4

**TO THE POINT**
▲ Gas prices leapt to $2.46 a gallon, after a brief reprieve to $2.41. Mobil Oil's gas prices had risen by yesterday morning, and Shell planned to raise its prices last night.

### THE COST OF GUAM'S GASOLINE



Fuel brands as of yesterday: 76; Shell; Mobil
*Expected to rise again as of last night

REGULAR | PREMIUM | DIESEL
$2.41 / $2.46 | $2.51 / $2.51 / $2.56 | $2.41 / $2.49 / $2.47

NATIONAL AVERAGE
Regular: $1.94
Premium: $2.14
Diesel: $2.08

HIGHEST Hawaii
Regular: $2.35
Premium: $2.54
Diesel: $2.51

LOWEST South Carolina
Regular: $1.82
Premium: $2.03
Diesel: $1.95

## Bookmobile set to roll

The bookmobile starts rolling on Monday, thanks to a public-private partnership between the Guam Public Library System, the first lady's office, Matson Navigation Co. and South Pacific Petroleum Corp. Until repairs began months ago, the bookmobile had been idle for years at the main Hagåtña library branch because of broken air conditioning, a leaking roof and lack of library personnel. The mobile library will bring books to readers in the villages.

**INSIDE**
▲ See story, Page 3





# Vote: Special election may need to be held

▲ Continued from Page 1

pamphlet because lawmakers did not fund it. Later in the afternoon, he acknowledged that he did not ask lawmakers for the money needed to print and mail an 80-page pamphlet, nor did he intend to ask for it.

Taitano said he ruled out the possibility of mailing an 80-page casino proposal to voters because of the potential cost to the government.

Taitano said he did not ask the commission board to vote on the final version of the pamphlet or to approve his decision to leave the complete text out of the pamphlet.

Vice Speaker Frank Aguon Jr., the Legislature's budget chairman, yesterday said the Election Commission asked for only $25,000 in connection with the casino initiative. The governor last month transferred that amount to the commission so the single-page pamphlets could be mailed. Aguon said the $100,000 was not mentioned by the commission in its budget request.

It is too late to correct the alleged pamphlet flaws in time for the Nov. 2 General Election, according to the attorney general's office, because Guam law requires pamphlets to be mailed to registered voters at least 30 days before the question is put before voters.

Election Commission attorney Cesar Cabot yesterday said the commission disagrees with some of the statements made by the attorney general's office but acknowledged that the text of the proposal was intentionally omitted from the pamphlet because of the cost. Leaving it out was an administrative decision made by Taitano, and not by the commission board, Cabot said.

He said as far as the commission is concerned, the casino question still is on the General Election ballot, "until or unless a court of law tells us otherwise."

Jay Merrill, a consultant for Citizens for Economic Diversity, which wrote Proposal A, said it is premature to comment until the attorney general meets with the Election Commission to discuss the issues.

"Obviously, we're distressed at the prospect of having this election delayed or postponed for a long period of time. It's going to create a tremendous disappointment amongst our followers," Merrill said. "We've got 20,000 signatures from folks that say they support what we're doing. It's just amazing that the democratic process could be interrupted this way."

Attorney Jay Arriola, a spokesman for Communities Opposing Prop A, said the group believes the election should be held, but only if the law is followed and voters are given the opportunity to read the casino proposal before they vote on it. He called the commission's alleged failure "inexcusable."

"This is basic rules and procedures that they wrote, that they are all intimately familiar with, and that they were warned they should comply with. I know, because we warned them," Arriola said. "I've never heard of a senator voting on a bill that he didn't read. Likewise, the public should not necessarily vote on an initiative that they haven't read."

The attorney general's office became involved in the issue after it received a complaint about the commission's actions, according to a letter sent to the commission yesterday by Assistant Attorney General Robert Weinberg.

Weinberg said he cannot comment on who filed the complaint, saying it was lodged by "a concerned citizen."

Arriola said COPA did not lodge the complaint. "But it really doesn't matter who did," he said. "Everybody has received this ballot pamphlet. It is woefully inadequate, and something's got to be done. And we certainly appreciate the attorney general's efforts to enforce the law."

The commission's failure to follow Guam law and its own regulations could result in a legal challenge to the casino election, Weinberg said.

"This office believes that the will of the voters and citizens of Guam to determine the merits of Proposal A on November 2, 2004, may have been thwarted," Weinberg wrote.

His letter calls for the commission to meet with the attorney general by Monday in order to address the concerns.

Election Commission attorney Cabot said, "At this juncture, we respectfully do not agree with all of the issues and concerns that are raised by the attorney general. We will look into them very seriously and then we will get back to him."

One of the allegations states that the impartial analysis that was printed on the pamphlet might not have been written by the commission's legal counsel, as required by law. Cabot said he did write that analysis at the time the proposal was first submitted to the Election Commission, so signatures could be gathered.

Cabot called the requirement to print the entire text of the proposal in the pamphlet an "unfunded mandate."

"The code does indicate that a complete copy of the measure is to be submitted to the voters. But here we're talking about 60,000 mailers, containing an initiative measure that is 80 pages in length," Cabot said. "So in order for us to fulfill the letter of the law, it would have cost over $100,000."

When told that Taitano did not request the amount needed to mail an 80-page pamphlet to voters, Cabot said, "I can't speak to that. I'm not aware of what we asked for or didn't ask for in the budget. All that I know is this initiative measure was approved for placement on the ballot back in 2002. So this was an expense that had been expected and anticipated. It's obvious that we can only implement and carry out the rules that have the proper level of funding."

The Election Commission already has printed the General Election ballots, with the casino initiative on the first page. The commission plans to program its electronic voting machines this weekend to ask the casino question, Taitano said.

According to Pacific Daily News files, holding a special election would cost about $200,000. If new pamphlets are needed, it would add another $100,000 to the price tag, not including the $25,000 that already was spent on the possibly flawed pamphlets.

Aguon said if it is determined that the casino question cannot be decided during the Nov. 2 General Election, then lawmakers need to fund a special election, as a last resort, despite the additional cost.

"It's not a question of whether we can afford it," Aguon said. "I think the people's desire, by virtue of the (Prop A) petitions, should be self-explanatory."

### WHAT'S AT ISSUE

Here's what the attorney general's office says is wrong with the Proposal A pamphlet:

**Pamphlet**
▲ The claim: There is no Guam Casino Gaming Control Commission Act in the pamphlet.
▲ What Guam law says: "The Ballot pamphlets shall contain: (a) A complete copy of any measure submitted to the voters by: (1) The Legislature. (2) Initiative or referendum petition. (b) A copy of the specific statutory provision, if any, proposed to be affected." In addition, government regulations state that "the complete text of the initiative measure" must be printed in the ballot pamphlet, immediately after the argument against the measure, followed by the text of any existing laws that would be affected.

**Analysis**
▲ The claim: There is no analysis by the commission as required by law. (According to Assistant Attorney General Robert Weinberg, the text in the pamphlet does not appear to meet the minimum requirements of the law).
▲ What Guam law says: "Whenever any measure qualifies for a place on the ballot, the Election Commission shall prepare an impartial analysis of the measure showing the effect of the measure on the existing law and the operation of the measure. The analysis shall be printed in the ballot pamphlet between the ballot title and the arguments for and against the measure. The length of the analysis shall not exceed five hundred (500) words, except with the approval of the Election Commission."

**Legal counsel**
▲ The claim: The "analysis" that is provided does not appear to be authored or acknowledged by legal counsel for the commission, as required by the government's Administrative Rules and Regulations.
▲ What the regulations say: "Legal counsel for the commission shall, not less than 45 days prior to the election at which an initiative measure is to be submitted to the voters, prepare an analysis of the measure, not to exceed 500 words in length. The analysis shall be impartial and shall show the effect of the measure on existing law and the operation of the measure."

**Signatures**
▲ The claim: The pamphlet lacks the three signatures of voters who submitted the opposition to Proposal A. Three signatures of voters were submitted, but only one name appears on the pamphlet, contrary to law.
What Guam law says: "No more than three signatures shall appear with any argument printed in the ballot pamphlet. In case any argument is signed by more than three persons the signature of the first three shall be printed."

*Pacific Daily News*

# Gas: Prior weeks' lower prices called blip in radar

▲ Continued from Page 1

few weeks ago, with the gasoline representatives saying refined oil prices from Singapore had dropped slightly and they were hoping it was the start of a trend.

But Shell Guam President Phil Stalker said it was merely a blip in the radar. Yesterday, the price of crude oil reached a new all-time high of $52 a barrel.

This is not good news for 34-year-old James Louis, who has the misfortune of living in Merizo and working in Harmon.

"I don't like the prices going up, because my place is too far, and I already spend $30-some a week on gas," Louis said.

He said he's even considering moving up to a central village because driving back and forth to Merizo every day is just too costly.

Nursing student Jeanette Manibusan, 24, of Yigo didn't even know the prices had risen until she stopped to put $11 worth of gasoline in her boyfriend's truck at the East Hagåtña Mobil station yesterday afternoon.

"Holy cow!" she yelped. "I think it's kind of ridiculous. Considering I'm still a student and I'm not working, yes, it's a problem."

Even before the latest jump, she said, she and her boyfriend had begun changing their driving habits in order to save money. Since the beginning of the semester, she said, they have been riding in a carpool rather than taking two cars each day. She said she drops him off at work and then goes to school and the hospital for classes each morning, and then picks him up at the end of the day.

Though the gasoline prices appear to be heading upward again, she said she may have to accept it and pay more, because she's not sure what more she can do to cut costs.

"Of course it's going to be a problem, but what can you do?" she said. "I don't really have a choice — I have to go to school and to the hospital. I can't just not go because of the gas prices."

### All-time high

International fuel prices have been soaring to new pinnacles in recent days. Last week, the cost of a barrel of oil reached the all-time high of $50. Then, on Tuesday the prices reached a new high of $51. In turn, that record was shattered yesterday, when the price of a barrel reached $52.

Guam's gasoline companies have said the prices here are even higher than they are on the U.S. mainland because they buy their gasoline through Singapore, which has a great demand from China and other Asian countries. All three companies receive their fuel from a single Singapore refinery, and fuel prices at most Guam gasoline stations have historically mirrored each other within a matter of days.

Both Shell's Stalker and South Pacific's President Brian Suhr said recent years' increase in gasoline prices haven't exactly been good for their businesses either.

"These kinds of prices are not good for us, either," Stalker said. "I'm not asking for sympathy here, I mean we're a big gas company, but it's certainly not good for our business. And your guess is as good as mine when it's going down again."

Suhr said South Pacific's sales indicate that people are becoming more conservative in their gasoline expenditures as prices go up.

"I believe people are more conscious about their gasoline usage and where they drive, and are cutting down on their usage to some extent. We have definitely seen a flat demand, at least for our company, but we haven't seen any sharp decline."

Several calls to Mobil Oil Guam's public affairs manager Cecile Bamba Suda were not returned yesterday.



**Gulp:** University of Guam nursing student Jeanette Manibusan, 24, of Yigo keeps her eye on the price gauge of a Mobil gas station gas pump yesterday as she fills up her boyfriend's Toyota 4x4 pickup in East Hagåtña.

*Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com*

guampdn.com Pacific Daily News, Friday, October 8, 2004

# LOCAL

# Kayakers' fam[ily]

**By Gene Park**
*Pacific Daily News*
epark@guampdn.com

This coming All Souls' Day, Janeyrose Cruz will remember her lost beloved brother. It's a day when many island residents will spend the day visiting graves and attending Mass on the Catholic holiday.

But there is no grave site for her brother, John Aguon, who is among the three men who remain missing after their kayaks were overcome by turbulent waves tossed by Tropical Storm Tingting in June.

Cruz can only presume that the watery grave of Piti Bay, which she and her family still visit often, is her brother's resting place. That's why Aguon's family and the families of the other men gathered yesterday at the beach site to remember their lost loved ones 100 days after the tragedy.

"With All Souls' Day coming up, we don't have a grave site to go to," Cruz said. "I guess the only place we can come is here."

On June 29, five men — Aguon, Mike Bautista, Roland Jose, Keith Brian Mendiola and Ed Uson — were last seen preparing pontoons for Guam Seawalker Tours, who employed some of the men. For reasons that remain unknown, the five men went out in three kayaks and were pounded by huge surf.

The bodies of Jose and Uson have been recovered. Rescue officials suspended recovery efforts of the other three on July 9.

It's during moments when Cruz finds herself alone — a long drive or getting ready for bed — that she thinks about her brother.

"We're still grieving," Cruz said. "We don't have a body. We can only



Masako Watanabe/Pacific Daily Ne[ws]

**Prayer service:** Hally Lee, mother o[f] as she holds five sticks of incense wh[ile] Bay Marine Preserve yesterday. Jose of Guam Seawalker Tours were over June 29, the day after Tropical Stor[m] Friends and family held a prayer ser[vice] 100 days since the tragedy.

prest
ing t
T[he]
came
mot[her]
yeste[rday]
"[I'm]
not b
saw

## guampdn.com

**How are you learning about Prop A?**

Through news reports 44.4%
Personal research, including Web sites 11.1%
Through advertisements 10.4%
Through community forums 3.0%
I already know enough 31.1%

Total votes: 135
as of 3 p.m. Oct. 7

### Local news

## $5M grant to reduce substance abuse

Gov. Felix Camacho announced that the government of Guam will receive nearly $5 million over a five-year period through a federal grant to reduce and prevent substance abuse on Guam. The grant comes from the U.S. Substance Abuse and Mental Health Services Administration and will support Guam's implementation of the Strategic Prevention Framework State Incentive Grant, which aims to build a solid foundation for substance abuse and mental health services.

## Arbor Day poster winners announced

Nine students from the island's public and private schools were named winners this week in the 2004 Arbor Day poster contest. This year's Guam Arbor Day theme is "Plant a Tree, Protect a Reef." The winners of the kindergarten and third-grade category are Chris Bensan of St. Anthony School, first place, Manny Quidachay of B.L. Perez Elementary School, second

# Make-A-Wish brings



**By Natalie J. Q[uinata]**
*Pacific Daily New[s]*
nquinata@guampd[n.com]

Six-year-old X[avier] Reyes walked a littl[e] in his blue firefigh[ter] form yesterday wit[h a] bashful smile that couldn't hide.

The Make-A-Wis[h Foun]dation granted Xavie[r's sim]ple wish of being a f[irefighter] yesterday at the Ant[onio B.] Won Pat Internation[al]

# OPINION

## Our View
## What you must know
### Be informed of all of the effects that legalized gaming will have on Guam

Whenever a change is proposed that will have wide-reaching and long-lasting impact on a community, it is critical that those making the decision look beyond just the possible benefits. Decision-makers also must give equal consideration to the potential negative affects, and look at all areas that can and will be affected.

On Wednesday, a report prepared by the Spectrum Gaming Group, a gaming consultant business for some members of the Guam Hotel and Restaurant Association, was made public. The report said that legalizing casino gaming on Guam, by the passage of Proposition A in the General Election, could mean as many as 2,085 new jobs, and as much as $20.52 million a year in taxes to the government of Guam. It also said that gaming would draw more visitors to our island and result in increased capital investment.

But the report also noted that some businesses would suffer as a result of legalized gaming, particularly those that can't spend money on growth and improving their appearance. This could result in business failures and many lost jobs, though the report didn't quantify those effects.

It also predicted that local residents would spend about $15.3 million a year in the casinos. But that also, very likely, translates into $15.3 million that is currently spent in our economy in various other areas that won't be spent in those sectors should Proposition A be passed. It's not as if residents will suddenly have additional money to spend; they will spend money they normally spend elsewhere. Likewise, some of the money tourists currently spend in other areas will very likely be spent on gambling.

And this doesn't take into account the social ramifications, such as those that have arisen in other communities that have legalized casinos: increased crime rates, higher suicide rates, more gambling addicts, a further increase in bankruptcies, and a potential stifling in other economic investment and development.

Before you make up your mind on how to vote on Proposition A, you need to know more than just some of the economic benefits — you must know the full story and ALL the possible and potential effects that legalized gambling would have on the social and economic fabric of our community. There's a lot more to this than simple dollars and cents.



## Singer soothes soul jarred by video illustrating child abuse

Nothing twists my stomach and pulls at my heartstrings more than the sight of abused and neglected children. As a father, I can't comprehend why any parent or guardian could brutally attack a child or deprive him or her of the necessities of life including food, shelter and love.

Through a visual presentation at a benefit concert at the Marriott on Saturday, I was reminded once again that these atrocities are a growing problem in the Philippines.

Philippine flutist Jong Cuenco, rapper KC Montero and singer Jaya, were on island to encourage support for Bantay Bata 163 (watching over children), together with the program's director, Tina Monzon-Palma.

According to the project's Web site of the same name, Bantay Bata 163 is committed to uplifting the rights of Filipino children. The undertaking is an important task of ABS-CBN Foundation Inc., the nonprofit arm of the Philippine media company.

The Web site describes the project as "the only media-based intervention program that provides a holistic approach in the rescue and rehabilitation of abused children," through its mission "to create and provide a safe, nurturing and loving environment where children can develop and realize their full potential and become productive members of society."

Support for Bantay Bata 163 is also gained through televised stories of children with serious medical cases brought on by abuse, neglect or impoverished conditions. Sponsors are then encouraged to step forward and pay for the kids' medical expenses. Groups and individuals from Guam have helped the organization throughout the years.



**Norman Analista**

I pray for Bantay Bata 163's success and the many children and families ...

The video I saw powerfully illustrated how serious the child abuse and neglect problem is in the Third-World country. Images of crippled and skinny kids spawned massive sighs of pity from hundreds of concert-goers, including myself. It made me so miserable to see children beaten black and blue and malnourished from neglect.

Thankfully, however, my sentiments were transformed from disgust for these victims' perpetrators to hope for the children after seeing how Bantay Bata 163 had rescued them in their hour of need.

Without detracting from the profound purpose of the concert, however, I also wanted to comment on Jaya's classy performance, which managed to lift my spirits after the depressing media presentation.

Ever since I picked up the Filipina singer's self-titled 1996 CD and heard her song "Dahil Tanging Ikaw" (Because You're the Only One), I became hooked on her soulful vocal expressions.

Jaya's tones are deep and sweet. And if you close your eyes and allow her melodies to flow through your auditory senses, it will create goose bumps and filter to your core and warm it.

The singer's lyrics are about love and life. Even though I'm not fluent in Tagalog, I'm still able to decipher her messages through the passion in her voice. Jaya's distinctive sound emanates sophistication and depth without straining or overperforming.

She performed a medley which included one of my favorite songs, "Laging Naro'n ka" (You're Always There). And several times the singer shared the spotlight with audience members. I was so impressed that the Pinoys Jaya picked memorized the lyrics to hit Tagalog songs and performed them so well.

The soul diva also showed her skills as a jokester. The crowd roared with laughter when Jaya said she didn't like to travel with her comedienne mother, who insists on having a pillow for her Santo Niño statue wherever she goes.

Jaya eventually ended the show with funky disco hits including "Best of My Love" by The Emotions and "September" by Earth Wind & Fire, musical grooves I also enjoy. This was one of the best shows I've ever been to and I commend the concert organizers for their outstanding efforts.

I pray for Bantay Bata 163's success and the many children and families whose lives have been truly transformed by it. In my eyes, the program is definitely heaven-sent and worthy of community support. I'm already looking forward to the next benefit concert.

*Norman Analista, 29, is a former news anchorman and a second-generation Filipino. Write him at analista@vzpacifica.net.*

### Pacific Daily News
Published daily at 244 Archbishop FL Flores St.
Hagåtña, Guam USA 96910
Mailing Address P.O. Box DN
Hagåtña, Guam 96932
A Gannett Newspaper
LEE P. WEBBER / Publisher
RINDRATY CELES... 
DUANE M. GEORGE / Editorial Editor

## Upcoming Sunday Forum topics

The Pacific Daily News invites readers to join us in discussing some of the hot topics in the news.

If you have some insight on this topic and wish to share your viewpoint, or if you just want to join the discussion, we want to hear from you. Call 477-9711, ext. 415, fax 477-3079, or send e-mail to voice@guampdn.com.

# Marianas Variety
### The Local Regional Newspaper — Guam Edition

Vol. 01 No. 06
©2004 Marianas Variety

Friday • October 8, 2004

www.mvariety.com
Serving the Marianas for 32 Years
50¢

# Pamphlet flaws may stall casino poll

By Triha A. San Agustin
Variety News Staff

THE proposed casino initiative may not find itself in the Nov. 2 ballot unless defects in the voters' information pamphlets distributed by the Guam Election Commission are rectified, the Attorney General's Office warned yesterday.

Assistant Attorney General Robert Weinberg is seeking a meeting with GEC to discuss potential legal flaws on the casino information packets.

"It is very likely this (problem) will stop Proposal A from being on the ballot," Weinberg told Variety.

In a letter to GEC executive director Gerald Taitano, Weinberg said AGO has received a complaint on the commission's procedures related to the Guam Gaming Control Commission Act Initiative, also known as Proposal A.

"Upon preliminary review of the complaint," Weinberg wrote, "this office is seriously concerned that there are material errors and omissions which have occurred that will prevent Proposal A from being legally presented to the voters on Nov. 2 general elections and that will prevent Proposal A from withstanding a legal challenge that may be brought before and will most certainly be brought after the election."

Reacting to a Variety report in its Wednesday issue, AGO also noted that many people on island have not even received the brochure.

"A special election would require an appropriation by the legislature and I think that is where the legislature's role would come in," said Sen. Ben Pangelinan (D-Barrigada).

"The governor can call a special election but it is the legisla-


Douglas Moylan

ture that would have to appro-
Continued on page 2

# US panel begins study on radiation exposure on Guam

By Mar-Vic Cagurangan
Variety News Staff

THE Washington-based Board of Radiation Effects Research Committee has began doing a research on the possible radiation exposure that Guam residents might have suffered as a result of the federal government's nuclear tests in Marshall Islands 50 years ago, according to the Pacific Association for Radiation Survivors.

PARS president Robert Celestial has received an e-mail from BRER director Dr. Isaf Al-Nabulsi who was inquiring about the sources of milk and the residents' dairy consumption level during the period when the nuclear weapons were being tested in the Pacific.

Dr. Chris Perez, an officer of PARS, recalled that back in the 1950s, commercial milk was either not affordable or not locally available so the people on island were relying on goats and cows for their milk supply.

Cows and goats could be feeding on plants in environments where radioactive materials might have fallen. Toxic elements that might have entered these animals' system could have been passed on to humans, Perez explained.

"The fact that the BRER committee is doing this research indicates that they are convinced that Guam may be a fallout area," Perez said.

Celestial said the result of BRER's study would help the panel determine Guam's possible inclusion into the Radiation Exposure Compensation Program as a "downwinder" or "fallout" site.

The U.S. Congress has so far approved Guam's inclusion into the program as a "washdown" area after taking into account the fact that nuclear-testing ships had anchored and cleaned in Guam's Apra Harbor for several months.

Celestial and Perez noted the huge number of cancer patients on Guam, purportedly as a result of possible radiation exposure.

"Unfortunately, we have no
Continued on page 2

# Health care experts gather for medical symposium

By Mar-Vic Cagurangan
Variety News Staff

SCIENTISTS and health care experts from neighboring islands and Asian countries gather here today for the First Micronesian Medical Symposium which opens tonight at the Guam Marriott Resort.

The forum, hosted by the Guam Memorial Hospital Authority and cosponsored by the Guam Medical Society, is intended to provide medical education and training, foster shared health care dialogue and promote professional and regional health care alliances, GMH administrator Bill McMillan said.

McMillan expects about 200 delegates to participate in the three-day forum billed "Alliances For Quality Care," where 20 guest speakers will present new medical research and treatment advances in the region.

There are experts from the mainland who will bare medical breakthroughs that will benefit patients in the region, he added.

McMillan said physicians and nurses would receive up to 20 Continuing Medical Education credits upon completion of the symposium.

"The nice thing about this is that since it is being held here travel is not an issue. It is affordable to our local professionals. Our doctors and nurses are required to attend continuing education and the symposium will
Continued on page 2

### Inside:

Guam super salesman honored ... p. 5

Marshall teachers fail test ... p. 10

Oil prices rise ... p. 14



# Pamphlet...

Continued from page 1

priate the funds for one," he added.

The speaker of the legislature said cost estimates in the past have a $100,000 price tag to hold a special election.

Wienberg pointed out four "material defects in the pamphlet."

First, there is no Guam Casino Gaming Control Commission in the pamphlet in violation of law which requires that the ballot pamphlets "contain a complete copy of any measure to be submitted by voters — by initiative or referendum petition."

Second, the analysis in the pamphlet that was sent out via mail does not appear to be authored or acknowledged by GEC legal counsel, additionally the GEC analysis is not provided, which is also required by law.

The AGO contends the pamphlet is lacking three signatures of voters who submitted the opposition to the proposal. The GEC is required by law to mail out the informative pamphlets to all registered voters exactly 30-days before the Nov. 2 election.

Weinberg told Taitano that the 30-day window closed on Oct. 3 and the material defects can probably not be rectified to meet the needs of the general election.

"However, there may be procedures available for setting another election date, but that may require the governor or the legislature to call a special election," according to yesterday's letter.

The AGO feels that the material errors and omissions in the pamphlet will prevent the proposal from being legally presented to voters on Nov. 2. Weinberg also stated that it would prevent the proposal from withstanding a legal challenge either before or after the general election. As of press time the AGO requested meeting had not been scheduled.

# Health...

Continued from page 1

give them an opportunity to do it here at home," McMillan said.

The symposium will also provide health care professionals with training on areas that deal with bio-terrorism, conflict resolution in health care, prevention and treatment of depression, suicide, diabetes, pediatric toxicology, and vascular disease, and up-to-date information on pain management and hormone replacement therapy for women.

Health care experts will also assess the nursing shortage in the region.

"We hope to be able to establish this as annual symposium. We expect to see our colleagues from our neighboring islands. This will give everybody a chance to weave a network and to update their knowledge," he added.

Expected to attend the symposium from the region are health care professionals from the Northern Marianas, Palau and Yap among others.

The symposium opens at 6 p.m. tonight and ends at 5 p.m. Sunday.



Bill McMillan

# US Panel...

Continued from page 1

scientific data to establish that one's cancer was a result of radiation exposure or caused by other agents. You can't tell the difference," Perez said.

Not easy

Celestial said it's not easy to get accurate statistics on cancer-related deaths on Guam because some of the cancer victims, who were on island 50 years ago, had moved to other states, where they might have passed away.

"What we want to find out is whether the BRER committee can determine sufficient radiation fallout here to recommend to Congress that Guam be included in downwinder," he added. who were exchanging warnings that radiation were drifting toward these islands.

"What I would like to know is if there was any scientific criteria to determine that a jurisdiction falls under the downwinder status," Perez said.

Perez and Celestial noted that Hawaii and Utah had been included in radiation compensation program as downwinder sites without Congress requiring them to submit any scientific proof of their claims.

"It seems like a political decision, I believe that the states and counties with voting representatives in Congress succeeded in their pushing for their claims on was a risk factor if the question cancer increased as a result of

# Late Breaking News

# US raises security alert in Green Zone

BAGHDAD, Iraq (AP) — U.S. authorities raised the security alert in the heavily guarded Green Zone after an improvised bomb was found in front of a restaurant there, officials said Thursday. Twenty Iraqis were arrested in the north in operations against those suspected of planting bombs against U.S. and Iraqi targets.

Elsewhere, one American soldier was killed and two others were wounded when a bomb exploded late Wednesday near their convoy outside the insurgent stronghold Fallujah. Four U.S. Marines and three Iraqi soldiers were reported injured in an operation to crush insurgents south of Baghdad.

About 240 detainees, meanwhile, were released from U.S. and Iraqi custody Thursday, the U.S. military said. It was the fourth round of releases under a joint U.S.-Iraqi review process set up Aug. 21 following the prisoner abuse scandal at Abu Ghraib prison.

The publication in April of photographs showing naked, terrified Iraqi prisoners being abused and humiliated by grinning American guards at Abu Ghraib caused outrage here and internationally.

None of those freed Thursday were so-called high-value detainees, who are processed separately from the 1,700 "security detainees" held at the Abu Ghraib facility near Baghdad and Camp Bucca in southern Iraq, said Lt. Col. Barry Johnson, a military spokesman.

The warning to Americans and Iraqi officials in the Green Zone followed the discovery Tuesday of an explosive device at the Green Zone Cafe, a popular hangout for Westerners living and working in the compound — which houses major U.S. and Iraqi government offices. A U.S. military ordnance detachment safely disarmed it, U.S. officials said.

A loud explosion shook the Green Zone on Thursday afternoon and smoke was seen rising from inside the compound. The U.S. military had no immediate information on the incident. Insurgents regularly fire at the compound.

Center to conduct a study on Guam's possible radiation exposure.

"From there, we can determine Americans living and working in the zone were warned to avoid non-essential movements, travel in groups and avoid specific areas.

Although movements in and out of the Green Zone are restricted, about 10,000 Iraqis live inside the 4-square-mile district, located along the western side of the Tigris river.

In Mosul, the U.S. military said American and Iraqi forces detained 20 people in operations in northern Iraq and foiled a roadside bombing Wednesday in the city of Tal Afar, scene of intense fighting last month between U.S. soldiers and insurgents.

A U.S. demolition team defused a homemade bomb found beneath an Iraqi police car, the U.S. command said. Eight people were arrested in raids in Tal Afar, and Iraqi National Guard troops seized two grain sacks full of dynamite, two-way radios used to detonate roadside bombs and other materials, U.S. authorities said.

Twelve other people were arrested in a series of raids in Mosul, the U.S. command said.

Homemade bombs, including those rigged in cars and trucks, have become an increasing threat to multinational and Iraqi forces because insurgents find them safer than other forms of attack that can draw devastating American return fire. In September, 29 Iraqi and multinational troops were killed by car bombs, according to the U.S. command, which did not break down the figure by nationality.

On Wednesday, a suicide car bomber slammed into an Iraqi military checkpoint northwest of Baghdad, killing 16 Iraqis and wounding about 30, Iraqi officials said. The attack occurred near an Iraqi National Guard camp near Anah, 160 miles northwest of Baghdad on the main highway to Syria. According to the U.S. military, the camp came under fire, and a few minutes later a vehicle sped to a nearby National Guard checkpoint and exploded.

U.S. and Iraqi forces are trying to restore enough control so that national elections can be held in January. The election is considered a vital step toward building Iraqi democracy. President Bush and Prime Minister Ayad Allawi insist the balloting will take place throughout the country, despite warnings by some U.S. military officials that elections in some areas may not be possible.

As part of the new security push, more than 3,000 U.S. and Iraqi forces are trying to clear an insurgent stronghold in a string of towns and villages just south of Baghdad, notorious for kidnappings and ambushes.

A statement by the U.S. command Thursday said 17 suspected insurgents were captured the day before in two joint raids by U.S and Iraqi troops around Haswah and Iskandariyah, both about 30 miles south of Baghdad.

Since the operation began Tuesday, four U.S. Marine, three Iraqi National Guard members and three civilians have been injured, U.S. officials said. Raids since Tuesday have yielded 18 500-pound bombs, 197 rocket propelled grenades, dozens of mortar shells and military supplies, the command said.

As military operations continue, the Iraqi government is reported close to an agreement with followers of Muqtada al-Sadr to end weeks of fighting in his stronghold of Sadr City, a teeming Shiite slum in northeastern Baghdad.

Allawi told reporters Wednesday that a committee was being formed to discuss what he termed an "initiative" to end the conflict. Kareem al-Bakhatti, a pro-al-Sadr tribal elder, said the framework agreement calls for al-Sadr's militiamen to turn in their weapons in exchange for cash payments and immunity from prosecution for most of them.

Iraqi police would take over security responsibilities in Sadr City and American forces would enter the district only with the approval of Iraqi authorities, he said.

Some al-Sadr aides expressed reservations about some of the conditions, and the fiery cleric, whose Mahdi Army launched bloody uprisings in April and August, has frequently zigzagged in negotiations. A senior al-Sadr follower, speaking on condition of anonymity, said his side rejected the proposal because it did not include a halt to arrests, the release of prisoners or an end to house raids.

While compensation is one way of assuaging the pain caused by the nuclear test, Perez said the advocates' primary goal "is information on the questions before us." nated during those years, resulting in fallout across the Pacific.

Last week, PARS organized a forum at University of Guam information on the Radiation Exposure Compen-

# Pacific Daily News

©2004 Guam Publications, Inc. — A Gannett Newspaper
VOL. 35 NO. 252 HAGÅTÑA, GUAM, OCTOBER 9, 2004 — HAFA ADAI IT'S SATURDAY — guampdn.com — 75¢ on Guam



Don't forget to vote in today's Pacific Daily News poll question.

**Have you read Prop A in its entirety?**

Results from yesterday's PDN poll are on Page 2.

## Spirited athlete

Tumon resident Hiroko Evans, who enjoys kido, admires the pure and nice spirit of sports.
▲ See Sports, Page 40



## Warriors win

The St. Paul Christian School Warriors finished on top of the Taga Division in the regular season of the IIAAG Girls' Volleyball League. Coach Garrido is disappointed that his team won't be participating in the Far East tournament next month.
▲ See Sports, Page 40



## Inside

Nobel Peace Prize awarded to environmentalist
Page 10

---

# Residents split on Prop A
## Officials to discuss possible vote delay on Monday

**By Oyaol Ngirairikl**
*Pacific Daily News*
ongirairikl@guampdn.com

Tour bus driver Tony Portka said he wants to wait.

Resident Rose David is ready to decide next month.

Cab driver Albert Eata is unsure of what the government should do, but knows how he's going to vote "No" on Proposition A, when island residents get to vote on it.

### TO THE POINT
▲ Residents have a range of opinions about the possible delay on the Proposition A vote.

Currently, some island residents still expect to vote on Proposition A on Nov. 2. But concerns about the information provided to residents about Proposition A, which would allow regulated casino gaming in as many as 10 large Guam hotels, may delay the vote.

On Monday, the attorney general's office and the Election Commission is expected to meet and address some concerns, which may move the vote on Proposition A by months to years.

Two days ago, the attorney general's office said lawmakers may have to call a special election to decide the casino-gaming issue because of several mistakes in the informational pamphlets that were mailed to voters last week.

Among other things, the Guam Election Commission did not mail a complete copy of the 80-page casino proposal to registered voters, as required by Guam law, which may have cost more than $100,000, the commission's legal council has stated.

Instead, the Election Commission sent out single-page pamphlets that provides a summary of the proposal.

▲ See **Gaming**, Page 4

---

# Mueller pleads not guilty

**By Theresa Merto**
*Pacific Daily News*
tmerto@guampdn.com

A man accused of receiving obscene, sexual visual depictions of minors pleaded not guilty to charges yesterday in the District Court of Guam and was released despite an objection from the government.

Stephen Remy Mueller appeared in District Court before Judge Joaquin Manibusan for an initial appearance and arraignment hearing. A federal grand jury on Wednesday handed down the indictment against Mueller accusing him of receiving digital images over the Internet in May of minors engaging in sexually explicit conduct. He was charged with receipt of child pornography and possession of obscene visual representations, the indictment said.

The assistant U.S. attorney handling the case has said federal officials received a tip that the visual images were seen on Mueller's computer. A search warrant was executed and a forensics expert was able to access the images by looking at the

▲ See **Case**, Page 4

### TO THE POINT
▲ A man indicted on child pornography charges pleaded not guilty yesterday in the District Court of Guam.



**Hearing:** Stephen Remy Mueller, who has been accused of receiving and possessing child pornography through the Internet, leaves the U.S. District Court of Guam after his initial appearance yesterday.
*Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com*

---

## THE QUEST TO QUIT
### Quitting is such a drag

After smoking for 20 years, Duane George is trying to quit. In a weekly column, the editorial editor at the Pacific Daily News will write about his efforts to kick the habit.

▲ See story, Page 20

### Officials eye gas pricing

With the rising cost of gasoline on Guam, Attorney General Douglas Moylan and Vice Speaker Frank Aguon Jr. will meet next week to discuss possible funding sources for an anti-trust attorney. The attorney would serve as a watchdog over the pricing of gasoline at the pump, but appropriation was not made for the AG office's fiscal 2005 budget.

▲ See story, Page 8




Case 1:04-cv-00046   Document 76-4   Filed 12/07/2004   Page 7 of 10

# Gaming: Some ready for Nov. 2 vote

▲ Continued from Page 1

which Portka and other residents said does not provide adequate information about the proposal.

"Eighty-two pages ... and they fit it into one page," the Guam Sanko Transportation bus driver said, adding that he personally doesn't gamble but is willing to consider "controlled casino gambling" proposed by Proposition A.

"But I haven't even seen (the proposal) and I'm sure there are things in it that people have to be aware of before they can make a decision that's good for the entire island," Portka said.

Local businessman Prakash Hemlani, who manages the family-owned Rocky Mountain Chocolate Factory in Tamuning's Guam Premiere Outlets, said he thinks more information should be provided in the form of the proposition itself but also in public discussions and debates.

"Really, the information in the pamphlets that the supporters of casino gambling and the groups against it are passing out are basically general education and provide no depth on the issue," Hemlani said.

"We need to have the two sides come out and debate their sides so that we can see the best and the worse of the issue and make educated decisions when the time comes to vote."

The store manager said he personally is in favor of finding other means to speed up the nearly decade-long economic slump that the island has been in, and while casino-gambling may bring in some additional money, there is much that needs to be discussed.

Hemlani, who also deals in real estate, said the ice cream shop stands to lose money if residents and tourists decide to spend their money at the casinos. But he anticipates that real estate business will pick up if Proposition A is approved.

"I'm kind of yes and no when it comes to casino gambling, ... and I would like to see more information to help me make my decision. I think we should hold off on voting," Hemlani said.

David argues that casino gambling has been an issue of public debate for decades on Guam and the residents are "smart enough to know the good and the bad" about casino gambling and are more than ready to vote on Nov. 2, whether they receive summary pamphlets or the entire proposal from the Election Commission.

"Right now, I think everyone can say its going to bring more money to the island. They're just worried its also going to bring crime and a lot of bad habits," David said. "But there's already crime' and you already have people spending their hard-earned money on other things and failing to pay their rent.

"Really, what it comes down to is personal discipline ... and if people decide to go for broke then that's up to them," the Tamuning resident said, who will vote "Yes" on Proposition A.

David said many people on Guam already gamble when they play Bingo, fight roosters or fly off island to areas that do have casinos.

"I know a lot of people who go to Las Vegas so they can sit in front of a slot machine," David said. "Face it, it's a recreational thing and it'll provide additional entertainment for the island."

According to a recently released Spectrum Gaming Group report, casinos would add as many as 2,085 jobs to the local economy, with 1,388 of those employees working directly for casinos.

The casinos could take in as much as $105.7 million a year, the report states, including $15.3 million from local residents.

The report projects that more than 41,000 local residents and more than 480,000 tourists would visit casinos each year, with local residents gambling as many as nine times per year.

Those revenue projections are based on the assumption that the island will have 1.6 million visitors — a figure that is about 300,000 more than Guam's current record for visitor arrivals.

A group against Proposition A, Communities Opposing Prop A, also announced that it will bring an expert on the gaming industry, University of Nevada Las Vegas professor William N. Thompson, to Guam later this month to talk about the economic impact of casino gaming on Guam.

Cab driver Eara, 33, said all the studies and all the debates won't sway his vote.

"I don't gamble," Eara stated simply. "I don't have to read a proposal or hear how much money the supporters think its going to bring in. I don't like gambling and so I'm going to vote 'No.'"



Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

**'Wait on vote':** Tony Portka, 28, a bus driver for Guam Sanko Transportation, said he thinks voting on Proposition A should be postponed.

> "We need to have the two sides come out and debate their sides ..."
> **Prakash Hemlani**
> businessman

---

## TO LEARN MORE

### PROPOSITION A
▲ To learn more about Proposition A, call Citizens for Economic Diversity at 647-CFED (2333) or visit its Web site, www.guamgaming.com.

### OPPOSITION
▲ To learn more about Communities Opposing Prop A, call 472-COPA (2672) or visit its Web site at www.copaguam.com.

### WHAT'S AT ISSUE
Here's what allegedly is wrong with the Proposal A pamphlet, according to the attorney general's office:

**Pamphlet**
▲ The claim: There is no Guam Casino Gaming Control Commission Act in the pamphlet.
▲ What Guam law says about that: "The Ballot pamphlets shall contain: (a) A complete copy of any measure submitted to the voters by: (1) The Legislature. (2) Initiative or referendum petition. (b) A copy of the specific statutory provision, if any, proposed to be affected." In addition, government regulations state that "the complete text of the initiative measure" must be printed in the ballot pamphlet, immediately after the argument against the measure, followed by the text of any existing laws that would be affected.

**Analysis**
▲ The claim: There is no analysis by the commission, as required by law. (According to Assistant Attorney General Robert Weinberg, the text in the pamphlet does not appear to meet the minimum requirements of the law).
▲ What Guam law says about that: "Whenever any measure qualifies for a place on the ballot, the Election Commission shall prepare an impartial analysis of the measure showing the effect of the measure on the existing law and the operation of the measure. The analysis shall be printed in the ballot pamphlet between the ballot title and the arguments for and against the measure. The length of the analysis shall not exceed five hundred (500) words, except with the approval of the Election Commission."

**Legal counsel**
▲ The claim: The "analysis" that is provided does not appear to be authored or acknowledged by legal counsel for the commission, as required by the government's Administrative Rules and Regulations.
▲ What the regulations say about that: "Legal counsel for the commission shall, not less than 45 days prior to the election at which an initiative measure is to be submitted to the voters, prepare an analysis of the measure, not to exceed 500 words in length. The analysis shall be impartial and shall show the effect of the measure on existing law and the operation of the measure."

**Signatures**
▲ The claim: The pamphlet lacks the three signatures of voters who submitted the opposition to Proposal A. Three signatures of voters were submitted, but only one name appears on the pamphlet, contrary to law.
▲ What Guam law says about that: "No more than three signatures shall appear with any argument printed in the ballot pamphlet. In case any argument is signed by more than three persons the signature of the first three shall be printed."

*Pacific Daily News*

**Election 2004**

---

# Case: Arguments heard over suspect's flight risk

▲ Continued from Page 1

computer's hard drive.

During the hearing yesterday, Mueller was represented by attorney Howard Trapp while Assistant U.S. Attorney Karon Johnson represented the government.

Manibusan advised Mueller of his rights, including his right to retain counsel of his choice and the right to not make any statement. After the judge asked Mueller a series of questions including whether he has received a copy of the indictment and whether he understands the nature of the charges, Trapp entered a "not guilty" plea on behalf of the client.

The issue of whether Mueller should be released pending trial was then argued.

Johnson brought a copy of a report from the Bureau of Prisons that contained a survey of 54 inmates who were charged with child pornography. Forty-three of the 54 inmates admitted to at one point physically sexually abusing children, Johnson said. In addition, his checking was able to follow instructions.

### WHAT'S NEXT
▲ The jury selection and trial for Stephen Remy Mueller is scheduled for 9:30 a.m. Nov. 30 in the District Court of Guam. The pre-trial conference is scheduled for Nov. 12.

Based on the report, Johnson asked the judge yesterday that a psychological profile be conducted on Mueller to determine whether he is a danger to the community.

"The government opposes his release at this time," Johnson said.

Trapp, however, said the government has no authority to have Mueller evaluated, adding that he will advise his client not to talk to anyone about the case.

"He has the right to remain silent," Trapp said. "We certainly object to any psychological evaluation."

He said there is no such appearance in the case against Mueller that he had sexual contact with minors, adding that his electronic equipment may be being able to follow instructions, adding that Mueller has been cooperative with the probation office, federal marshals and the court itself.

"If he was going to take off, he would have done it by now," Trapp said.

"My client is very, very worried about this," Trapp said referring the case before the court, adding that Mueller has never been in trouble with the law before.

"He should be released pending trial," Trapp said.

In response, Johnson said she opposes his release because he is no longer employed and has no ties to Guam, and she has reason to believe he is a flight risk to the community. Following his indictment, Mueller — who was working for a company contracted to Andersen Air Force Base — was denied access to the base.

Manibusan said that although the defendant has lost his job, that doesn't mean he will become a flight risk, nor does it mean he poses a threat. Mueller was released pending trial.

His trial date has been scheduled for Nov. 30. The pre-trial conference is scheduled for Nov. 12.

As part of his release, Mueller cannot have any contact with minors. Manibusan said if this condition or any of the conditions are violated his pre-trial release will be revoked.

Case 1:04-cv-00046  Document 76-4  Filed 12/07/2004  Page 8 of 10


*Member*

**Local news editor:** David V. Crisostomo, 477-9711, ext. 414
**Assistant local news editor:** nor Dumat-ol Daleno, 477-9711, ext. 417
Gene Park, 477-9711, ext. 412
**News tip hot line:** Call 475-NEWS
e-mail: news@guampdn.com

# LOCAL



**Should Prop A be postponed until the next general election?**

| | |
|---|---|
| No | 47.8% |
| A special election should be held | ... |

Total votes: 203

## Local news

### Power outages in Sinajana, Pago Bay

The Guam Power Authority has scheduled the following power outages today.

▲ In Sinajana from 8:30 a.m. to 2:30 p.m., affecting Herman Avenida De Leon, parts of Calle Angel Flores St., North Gado and parts of South Gado and others in the area.

▲ In Pago Bay from 9 a.m. to 3 p.m., affecting the Pago Bridge location, Pago Bay Estates, San Agustin residence, Cliff Side Tai, and others in the area. There will also be 30-minute power interruptions at 9 a.m. and 3 p.m. affecting the intersection of Route 4 and Guam Veterans Highway, Manibusan and Quitugua residential areas, and Harper Valley Kennel location.

### GTA cable upgrade to affect services

Guam Telephone Authority crews will upgrade cable facilities from 7 a.m. today on Route 16, next to McDonald's Restaurant, affecting Fort Juan Muna to Taitano Road and surrounding areas. Full restoration of phone services is expected by midnight tonight. GTA crews also started upgrading cable facilities in Inarajan yesterday, affecting the former Papa Niyoc Store, Pale Duenas St., toward the Ija Subdivision and surrounding areas, with full restoration expected at 6 a.m. today. People who are still experiencing phone service problems should call 611.

### Naval base front gate to be closed

The Commander, U.S. Naval Forces Marianas has announced in a statement that the Naval Base Guam front gate will close at 10 p.m. tonight to allow workers to re-install concrete barriers. Motorists with authorized access to the base are advised to use the X-Ray detour gate, the release said. The front gate will reopen at 4 a.m. tomorrow.

*Pacific Daily News*

### Clearing the record

We care about accuracy. If you would like to clear the record, call the Pacific Daily News at 477-9711, ext. 414.

# Renaming ceremony held

**By Natalie J. Quinata**
*Pacific Daily News*
nquinata@guampdn.com

After two years of hard work, the family of the late Honorary Brig. Gen. Tomas R. Santos yesterday dedicated the Guam Army National Guard Readiness Center to their late father and grandfather.

The Brigadier General Tomas R. Santos Army National Guard Readiness Center is home to Guam's largest infantry unit, which is at least 500 soldiers of the 1st Battalion 294 INF (LIGHT), said Cpt. Romeo Delfin of the Guam Army National Guard.

The building is the first of four phases of readiness centers that house administrative offices which ensure that Guam's units are continuously ready for deployment in the case of a military emergency.

Patricia Sison, Tomas Santos' eldest daughter, spoke proudly of her father and his accomplishments at yesterday's renaming ceremony.

Born in 1909, Tomas R. Santos enlisted in the Guam militia in 1925, at the age of 14. He was then appointed and commissioned as an officer in 1934 and served as a commanding officer of the 1st Battalion Reserves.

After his service in the military, Santos continued on to serve as a senator in the 5th, 8th, and 11th Guam Legislatures, in addition to being a teacher and later a principal.

His achievements include such titles as honorary brigadier general of the Guam National Guard and the first Chamorro Postmaster for the island.

"Our dad is a great man. He achieved a lot of things for the people of Guam," Sison said proudly of her father.

To ensure that reservists are ready for deployment, the readiness center makes sure that all paperwork for reservist personnel are finalized, such as making sure that the soldiers' last wills and testaments are up to date.

"We make sure that we're always ready to go to war," Delfin said.

The construction of the Tomas R. Santos Readiness center was a milestone in the history of the Guam Army National Guard because it is the first modernized facility for the island's National Guard.

In April, the Guam Army National Guard broke ground on Phase III of the Guard's Readiness Center. The $6.97 million facility is scheduled to be completed in July 2005.

It will be a one-story complex at about 26,000 square feet. The facility will be the new home of the 105th Troop Command, the 1224th Engineer Detachment and the 294th Military Intelligence Detachment.



*Photos by Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com*

**Unveiling:** From the left, former Gov. Paul Calvo; Gov. Felix Camacho; Honorary Brig. Gen. Tomas R. Santos' daughter, Julie S. Blas; and Santos' grandchildren, Rachel Lee R. Santos and Derrick Santos, unveil a plaque at a Army National Guard Readiness Center ceremony yesterday.

### TO THE POINT

▲ Family members and prominent local officials honored Honorary Brig. Gen. Tomas R. Santos in a renaming ceremony of the Guam Army National Guard Readiness Center.



**Resolution:** Speaker Ben Pangelinan, left, stands beside the sister of Guam National Guard honorary Brig. Gen. Tomas R. Santos, Patricia Santos Sison, right, after having received a resolution in honor of Santos during a ceremony held at the Army National Guard Readiness Center in Barrigada yesterday.

# Vice-mayoral results go to trial today

**By Steve Limtiaco**
*Pacific Daily News*
slimtiaco@guampdn.com

A trial is scheduled this morning in the Superior Court of Guam to determine whether the results of the Tamuning vice mayoral election should be counted a third time.

That race was a tie between Republicans Joshua Mafnas and Louise Rivera, at 459 votes each. But a recount ordered by the Guam Election Commission showed a 12-vote discrepancy in the election-night results.

Rivera had 453 votes and Mafnas had 451, according to the recount, and the commission certified Rivera as the next vice mayor of Tamuning.

Mafnas sued Rivera in the Superior Court of Guam and has asked the court to intervene and count the ballots again, arguing that there was human error and that some ballots might have been improperly discarded because of alleged crossover voting.

Mafnas also is challenging the practice of certifying the winning candidate in a single-party primary as the winner of that office, as was done with Rivera.

Presiding Judge Alberto Lamorena decided to allow the Guam Election Commission to participate as a party in the case, despite the objections of Mafnas' attorney, Jay Arriola.

Arriola, during a hearing earlier this month, argued that Rivera and her attorney can represent the interests of the election commission in the case, but the commission argued that it needs to be able to speak for itself.

The commission's decision to participate in the legal battle between Mafnas and Rivera might come at an extra cost to taxpayers.

The commission's legal counsel — Cabot Law Offices — currently is paid a minimum of $3,200 per month for its services, to include the first 17 hours of work it puts in per month.

Any work beyond that 17 hours will be billed at $175 per hour, said Commission Executive Director Gerald Taitano, based on a contract the law firm has had since October 2002.

Lamorena earlier this month said he plans to take all day today, if necessary, to conduct the trial.

Arriola yesterday said he believes it will take "at least a day" to discuss the issue in court.

*Mafnas* (photo caption)

### WHAT'S NEXT

▲ The trial to determine whether the results of the Tamuning vice mayoral election should be recounted will start at 9 a.m. today in the Superior Court of Guam.

PACIFIC SUNDAY NEWS, October 10, 2004
Member

# LOCAL

Local news editor: David V. Crisostomo, 477-9711, ext. 414
Assistant local news editors:
Gaynor Dumat-ol Daleno, 477-9711, ext. 417
Gerie Park, 477-9711, ext. 412
News tip hot line: Call 475-NEWS
e-mail: news@guampdn.com

**guampdn.com**
Guam PDN.com
Pacific Daily News
GUAM'S complete SOURCE

Have you read Prop A in its entirety?

| | |
|---|---|
| Yes | 18.3% |
| No | 81.7% |

Total votes: 109
as of 8 p.m. Oct. 9

**Local news**

## Nursing Education Week scheduled

Nursing Education Week, focusing on oncology, will be held tomorrow through Friday, presented at no charge as a public service by the Cancer Center of Guam.

The Cancer Center of Guam has announced, in association with Guam Memorial Hospital, that registered nurse Charlene Chyz, will hold a seminar for all interested nurses in the theory, practice and practical of chemotherapy administration, in addition to other seminars. A certificate of proficiency of chemotherapy administration will be given to participants upon course completion. Four hours of CE credit will also be given. Call the GMH Continuing Education Department at 647-2349 for more information.

*Pacific Sunday News*

## Columbus Day What's open, what's not Monday, Oct. 11



Schools: some closed.
Post office branches and federal government offices: closed.
Government offices: open.
Banks: closed.



Retail shops and department stores: open.
Pacific Daily News: open.
Other essential public safety operations: open.

## Clearing the record

We care about accuracy. If you would like to clear the record, call the Pacific Daily News at 477-9711, ext. 414.

▲ Patricia Santos Sison is the daughter of Guam National Guard honorary Brig. Gen. Tomas R. Santos. Other information was published in a cutline on page 2 of the Oct. 9 edition of the Pacific Daily News.

# Independence celebrated

**By Oyaol Ngirairikl**
*Pacific Sunday News*
ongirairikl@guampdn.com

Ten years ago, the people of the Palauan islands regained control of their island and their destiny after more than a century of foreign governance — and that is cause for celebration.

Rae Aiko De Soto said it's the "celebration of freedom and independence" gained a decade ago that pulled her and hundreds of other Palauans whom have made Guam their home to the 10th anniversary celebration of the Republic of Palau's independence.

Gov. Felix Camacho and Rear Adm. Arthur J. Johnson, commander of the U.S. Naval Forces Marianas, joined in the festivities, greeting Palau President Tommy Remengesau Jr. and about 500 people at Ypao Beach Park yesterday. The celebration also attracted political candidates from both Palau and Guam.

The day-long celebration started with the presentation of the U.S., Guam and Palau flags, followed by a colorful march of flags representing the island-nation's 16 states. The celebration also featured cultural dances and food.

De Soto, like many Palauans living on Guam, was born and raised here, but said she stays true to her Palauan heritage.

"I celebrate (Palau's independence) because I'm Palauan in my heart and in my blood," De Soto said. "To me, Palau's independence means we have the freedom to control our own destiny," she said.

Like many other Pacific islands, Palau's first contact with the Western world was through European whalers and missionaries.

According to the Palau Visitor's Bureau Web site, foreign governance of Palau began when Pope Leo XIII asserted Spain's rights over the Caroline Islands in 1885. In 1899, Spain sold the Carolines to Germany, which established an organized program to exploit the islands' natural resources, such as phosphate in Angaur the southernmost island of the Palau archipelago.

Following Germany's defeat in World War I, the islands were formally passed to the Japanese, which established systems of education and government. Then after World War II, Palau, Guam and other islands in the Micronesian region became United Nations Trust Territories under U.S. administration.

After many years of talks about a post-trust status for Palau, the U.S. Congress in 1986 approved a Compact of Free Association agreed to by U.S. and Palauan negotiators.

Palau law, however, required that 75 percent of Palauan voters approve the Compact. It took eight referendums and a constitutional amendment decreasing the 75 percent requirement to a simple majority to pass the compact.

On Nov. 9, 1993, 68 percent of Palauan voters approved the compact. On Oct. 1, 1994, U.S. President Clinton proclaimed Palau's status as an independent nation in free association with the United States.

Under the compact, the U.S. remains responsible for Palau's defense for 50 years. The U.S. must approve the entry into Palauan territory of any foreign military, may establish military bases there, and is permitted to operate nuclear-capable warships there.

In return, Palau receives financial assistance from the U.S. and is eligible to participate in some 40 federal programs for 15 years after independence. Also, Palauans can live and work in the U.S. mainland and its territories.

There are more than 2,000 Palauans who have built lives on Guam, according to the 2000 Census.

Nina Kilad was born in Palau but came to Guam in 1969 to attend school. After graduating from George Washington High School, she went on to nursing school at the University of Hawaii, eventually returning to Guam and starting a life here.

"At the time, the educational opportunities were not available in Palau. That's the main reason I came to Guam," Kilad said. "Leaving home gave me the opportunity to learn how to be self-reliant, to respect other people's experiences, backgrounds, and become economically self-sufficient.".

Kilad drew a parallel between personal growth and Palau's growth as a country, whose independence is fairly young compared to other nations, including the U.S.

"I think as a young nation we're doing pretty well, the education system has improved a lot since I was a child, for example," Kilad said. "That's not to say we don't have a lot of work to do, we still need to find a way to become economically stable so that we're not so reliant on U.S. for funding. But right now I think we're doing good."



Ric A. Eusebio/Pacific Sunday News/reusebio@guampdn.com
**Commemoration:** Zita Villanueva, 20, of Latte Heights, right, serves food yesterday at the 10th anniversary celebration of the Republic of Palau's independence. A celebration was held yesterday at Ypao Beach Park in Tumon, where hundreds gathered to commemorate the day in which Palau gained its independence.

**ON THE NET**
▲ For more photos of the celebration, visit www.guampdn.com

# Symposium picks up with presentation

**By Natalie J. Quinata**
*Pacific Sunday News*
nquinata@guampdn.com

Diabetes, a widespread health problem on Guam, was among one of the topics discussed during yesterday's 1st Micronesian Medical Symposium.

With Guam's abnormally high rate of diabetes on Guam, Dr. Stephen Hsu, a Harvard-trained and Singapore-based molecular geneticist, hopes to begin a study that focuses particularly on diabetes in the Chamorro population.

Hsu, who describes himself as a "gene hunter,'" said that he would like to organize with local officials to hunt down the diabetes gene.

"I call it modern molecular medicine," said Hsu as he explained how he hopes his career in genetics will impact modern medicine.

Hsu, along with other medical and health-care professionals gave presentations yesterday at the 1st Micronesian Medical Symposium at the Guam Marriott Resort, which concludes today.

The goal of the symposium is to bring health-care professionals from around the Micronesian region with the idea of forming an alliance among the region.

Dr. Nathaniel Berg, secretary of the Guam Medical Society, said that the best part of the symposium was the fact that it focuses not just on Guam, but on the region.

As a health-care provider who has practiced in other islands in the region, Berg said he was excited that a symposium of this caliber has finally been done, and also said that he hopes to make it an annual event.

Glynis Almonte, the executive director of the Guam Nurses Association, said that the symposium covers a range of topics from the latest technology in medical equipment to the public policies that affect health care in the region.

Other participants, like Re Rama, attended the symposium simply be more informed about profession.

Rama, a nurse for Inarajan mentary School, said, "This is new knowledge and more thin learn."

With all of the technological advancements and research being done, Lourdes Sionosa, a local pharmacist said health-care professionals "have to learn the most important and recent developments in medicine."