1  **SHANNON TAITANO, ESQ.**
2  **OFFICE OF THE GOVERNOR OF GUAM**
   Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-4826

5  **RODNEY J. JACOB, ESQ.**
   **MICHAEL A. PANGELINAN, ESQ.**
6  **DANIEL M. BENJAMIN, ESQ.**
   **CALVO AND CLARK, LLP**
7  Attorneys at Law
8  655 South Marine Drive, Suite 202
   Tamuning, Guam 96913
9  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
10

11 Attorneys for *Felix P. Camacho, Governor of Guam*

12            IN THE UNITED STATES DISTRICT COURT

13                  DISTRICT OF GUAM

14 LOURDES P. AGUON-SCHULTE,              | CIVIL CASE NO. 04-00045

15                    Plaintiff,          | (Superior Court of Guam
                                          | Civil Case No. CV1103-04)
16              -v-

17 THE GUAM ELECTION COMMISSION, et. al.

18                    Defendants.

19 ─────────────────────────────
   JAY MERRILL, et. al.,                  | CIVIL CASE NO. 04-00046
20
                      Plaintiffs,         | (Superior Court of Guam
21                                        | Civil Case No. CV1111-04)
                -v-
22                                        | **DECLARATION OF DANIEL M.**
   THE GUAM ELECTION COMMISSION, et. al.  | **BENJAMIN IN SUPPORT OF THE**
23                                        | **GOVERNOR OF GUAM'S**
                                          | **OPPOSITION TO PLAINTIFFS'**
24                    Defendants.         | **MOTION FOR SUMMARY**
                                          | **JUDGMENT**
25

26

27

28

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM

DEC - 7 2004

MARY L. M. MORAN
CLERK OF COURT

75

I, DANIEL M. BENJAMIN, declare that:

1.  I am an attorney with the law firm of Calvo and Clark, LLP, counsel of record for Defendant Felix P. Camacho, Governor of Guam. I make this declaration on personal knowledge, and if called to testify I could and would testify competently thereto.

2.  Attached as Exhibit "1" is a true and correct copy of a letter from me to Thomas L. Roberts dated November 30, 2004.

3.  Attached as Exhibit "2" is a true and correct copy of a letter to me from Thomas L. Roberts dated December 1, 2004.

4.  On December 6, 2004, I performed a Westlaw search of Pacific Daily News Articles from September 1, 2004 to November 1, 2004 regarding Proposal A. This search located well over 100 articles. Attached as Exhibit "3" to this declaration are true and correct of copies of some of these articles, which I printed as a sample of the amount and variety of news coverage of Proposal A. These articles record the diverse views offered on Proposal A during the two months prior to the election, including competing studies, experts, forums, and campaigning by proponents and opponents of Proposal A.

I declare under penalty of perjury pursuant to the laws of the United States and of the Territory of Guam that the foregoing declaration is true and correct.

Executed this 7th day of December, 2004, in Tamuning, Guam.

DANIEL M. BENJAMIN

# EXHIBIT 1

# CALVO AND CLARK, LLP

ATTORNEYS AT LAW
655 SOUTH MARINE DRIVE, SUITE 202
TAMUNING, GUAM 96913
TEL: (671) 646-9355 • FAX: (671) 646-9403
e-mail: cclaw@calvoclark.com

EDUARDO A. CALVO*
ARTHUR B. CLARK
RODNEY J. JACOB
MICHAEL A. PANGELINAN

JANALYNN CRUZ DAMIAN
DANIEL M. BENJAMIN
JENNIFER A. CALVO

writer's direct e-mail:
dbenjamin@calvoclark.com

November 30, 2004

**VIA FACSIMILE 646-1223**
**AND U.S. POSTAL SERVICE**

Thomas L. Roberts, Esq.
**DOOLEY, ROBERTS & FOWLER LLP**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96911

> **Re:** **Lourdes P. Aguon-Schulte v. The Guam Election Commission, et. al.; Civil Case No. 04-00045**
>
> **Jay Merrill, et. al. v. The Guam Election Commission, et. al.; Civil Case No. 04-00046**

Dear Tom:

We are in receipt of your letter requesting agreement on a hearing date for your motion for summary judgment. As you know, the Legislature has filed a motion to remand. Any hearing on your summary judgment motion therefore would be premature until the Court's jurisdiction is determined. Accordingly, we ask for your agreement to delay that hearing and our obligation to respond to your summary judgment motion until the remand issue is determined by the Court. Once that issue is determined, an appropriate hearing date can be set if these cases should remain in federal court.

Please feel free to contact me regarding any questions you may have. If this is agreeable to you and all other counsel, we will prepare the necessary stipulation.

Very truly yours,

CALVO AND CLARK, LLP

Daniel M. Benjamin

cc: Cesar C. Cabot, Esq.
Therese M. Terlaje, Esq.
Office of the Attorney General of Guam
Joaquin C. Arriola, Jr., Esq.
DMB:tlr/rp
T041130.382-009-1A1.LTR (T. Roberts)

SAIPAN OFFICE: PMB 951 Box 10001, Saipan, MP 96950
TELEPHONE (670) 323-2045 • FACSIMILE (670) 323-2776 • e-mail: cclawcnmi@calvoclark.com

# EXHIBIT 2

# DOOLEY ROBERTS & FOWLER LLP
## ATTORNEYS AT LAW

DAVID W. DOOLEY
THOMAS L. ROBERTS
KEVIN J. FOWLER
JON A. VISOSKY

SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913
TELEPHONE: (671) 646-1222
FACSIMILE: (671) 646-1223
www.GuamLawOffice.com

Of Counsel:
MELINDA C. SWAVELY

Writer's Direct Email:
Roberts@GuamLawOffice.com

December 1, 2004

<u>Via Facsimile</u>

Daniel M. Benjamin, Esq.
Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913
Facsimile No. 646-9403

     Re:    *Merrill v. Guam Election Commission*; District Court Case No. CIV04-00046

Dear Dan:

     The way I read the cases, the District Court has jurisdiction until it says it doesn't. If it says it doesn't, I will immediately file an identical lawsuit in federal court along with an identical motion for summary judgment. My clients are also not very happy, to put it mildly, with the run-around we've been getting in this case from other attorneys and from the judges of the Superior Court of Guam. For these reasons, I cannot stipulate to delaying any hearings on my motion for summary judgment. All my clients want is a hearing on the merits. Why is everyone so opposed to this?

               Sincerely,

               DOOLEY ROBERTS & FOWLER LLP

               Thomas L. Roberts

cc:    Michael A. Pangelinan, Esq.
       Therese Terlaje, Esq.
       Cesar Cabot, Esq.
       Robert Weinberg, Esq.

F:\Documents\TLR (07.04)\C325 CFED\C325 L05 D Benjamin - Calvo & Clark.doc

**EXHIBIT "2"**

# EXHIBIT 3

Westlaw.


factiva.
Dow Jones & Reuters

11/1/04 PACIFICDAILY 1

11/1/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973362

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, November 1, 2004

Local; A

# Guam gears up to vote

Katie Worth
Staff

By Katie Worth  Pacific Daily News

kworth@guampdn.com

Ready or not, here it comes: the election is upon us.

Some residents said yesterday they've decided for which candidates they'll be voting; others said they'd wait until the last minute to decide.

Many said they already know how they'll be voting in the biggest controversy of the season – the **casino gambling** bill, **Proposal A**.

And although Guam cannot vote in the U.S. presidential elections, some said they've been closely watching the nation's campaign season, while others said they didn't even know who's running.

At the Guam Election Commission, Executive Director Gerald Taitano said the commission is all set for the big day tomorrow.

"Oh yeah, we're ready. The supply boxes are all ready, the machines are all prepared, the precinct officials were all trained yesterday. … So we're all just waiting until tomorrow to start loading things up and taking them over to the university," he said.

The election commission moves to the University of Guam to tabulate votes on Election Day.

"I think it's going to go smoothly. I have not seen any significant issues or barriers or stumbling blocks," he said.

He noted that if any such issues were to arise, the federal government will be present to oversee the elections. He said the FBI and other federal agencies watch Guam's election process carefully because it includes the election of Guam's

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.



EXHIBIT "3"

delegate to the U.S. Congress.

'Big Brother is watching'

"I'm confident that everything will come out fine," Taitano said. "And in fact, representatives of the federal government are on the peripherals, waiting to respond to ... significant inequities or inefficiencies of the law. … Big Brother is watching, so we have to be especially careful, and we are."

Residents interviewed yesterday said they, too, are ready for the election.

For Agana Heights resident Bernie Herrera, 54, this has seemed a relatively mellow election season.

"Elections used to be so hot, but not anymore," she said. "Back in the '60s and '70s, we'd have precinct meetings, we'd have fiestas, you know, all that. But it's more quiet now."

She said she's decided on most of the candidates she'll vote for, while there are others she has yet to decide on. But she does know for sure she won't be voting purely along party lines.

"I don't believe in straight party (voting)," she said. "Why don't I? Because there's some candidates on the opposite side that I think could really do a good job."

Tony Padua, 31, and his fiancée, Vanessa Salas of Ipan, Talofofo, were interviewed while eating brunch at Shirley's Coffee Shop in Hagåtña yesterday morning. They both said they don't plan to vote along party lines, either. Padua said he'd be voting for his uncle, a Republican candidate for Talofofo mayor, but otherwise would be splitting his vote.

"I'm going to be voting half and half, Republican and Democrat," Padua said.

"I want new faces," said his fiancée, Salas. "I'm tired of the old faces, the empty promises, using the kids to get elected. It's so ridiculous. They should just cut the number of senators in half and use their salary to pay for the school supplies, the medical supplies, take care of the manamko'. That's the answer to our problems."

When asked how they'd be voting on the **gambling** initiative, the couple was split.

"I'm going to vote 'Yes,'" Padua said.

"Why, honey?" asked Salas.

"For a change. To see if it will change the island's economy," he explained. "The thing about it is we already have so much **gambling** around the island, with cockfights and things. Everyone is still **gambling**, one way or the other."

Salas said she wasn't so sure it was a good idea to legalize **casinos**.

"I see it as a change that could help us, but I don't know if that's the answer to

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

our problems," she said. "Because what if it didn't work? Then we'd be stuck with these **casinos**."

As for the presidential election, Padua said he was glad he didn't have to vote in it because he wasn't sure who was the best candidate. He said he recently watched the documentary "Fahrenheit 9/11," which made him question President Bush's motivations and ability, but at the same time, he said he didn't know if it would be smart to change presidents in the middle of a war.

Agana Heights resident Herrera, on the other hand, said she didn't even know who was running. When told it was a race between Bush and Democratic candidate John Kerry, she said, "Oh, that's right. … I don't pay so much attention because we can't vote for them."

But another voter, 28-year-old Mangilao resident Jimmy Santos, said he's been following the U.S. presidential election closely.

"Because these decisions affect what happens here on Guam in a lot of ways," he said. "It's unfair that we as quote-unquote American citizens don't get to vote for our main man, our head of state."

Santos said for his local vote, he's probably not going to vote for the maximum of 15 senatorial candidates because he can't find that many that he likes.

"I think I'll vote for maybe seven to 10," he said. "Track record has a lot to do with it. I think there are certain politicians out there whose track record doesn't prove they deserve to be re-elected."

He said he'll be voting "No" on Prop A.

"I believe the problem with Guam's government is not a lack of money, it's the misuse of resources," he said. "Prop A is supposedly going to infuse cash into the economy, but that's not going to solve any problems. Say you give a 3-year-old a $5 bill and a $1 bill. That child is probably going to do the same thing with the $5 as the $1, waste it on the same things."

Dededo resident Dwayne Duenas, 35, said he believes the **Proposal A** debate will mean a high voter turnout.

"I think people are really looking at this and they're going to come out in numbers to support it or try to stop it," he said.

As for his senatorial choices, he said he hadn't decided yet on whom to vote for.

"I'm a procrastinator, so I'll probably wait until the last minute to decide," he said.

TO THE POINT

s Guam residents will head to the polls to decide who will be their next elected leaders and whether to legalize **casino gambling**. A Guam Election Commission official said the commission is ready for the election.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

11/1/04 PACIFICDAILY 1                                          Page 4

P.J. Borja/For Pacific Daily News

Electronic voting: Guam Election Commission Executive Director Gerald Taitano,
right, and Tony Elliott, the commission's information technology director, prepare
electronic storage cards yesterday in preparation for elections tomorrow.


---- INDEX REFERENCES ----


NEWS SUBJECT:        (Domestic Politics (GPOL); Elections (GVOTE);
National/Presidential Elections (GVOTE1); Political/General News (GCAT);
Politics/International Relations (GPIR))


REGION:             (Guam (GUAM); United States (USA); North American Countries
(NAMZ); Pacific Island Countries (PACISZ))

Language: EN

OTHER INDEXING:     GU; West

Word Count: 1205

11/1/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.

10/31/04 PACIFICDAILY 1                                                           Page 1


10/31/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973337

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 31, 2004

Local; A

**Proposal A** tops voters' concerns

Natalie J. Quinata
Staff

By Natalie J. Quinata  Pacific Sunday News

nquinata@guampdn.com

As local voters prepare for this year's General Election on Tuesday, the main issue of concern is the heavily controversial **Proposal A,** the initiative to legalize **casino gambling.**

When some residents were asked yesterday what issue, priority or concern comes to mind before they head to the polls this Tuesday, the answer was a resounding, "Prop A."

The issue has prompted several legal concerns just within the past month, involving a myriad of people including the island's first elected attorney general, the Guam Election Commission, several legal counsels, the 27th Guam Legislature, and last but not least, the two groups for and against the proposal.

Attorney General Douglas Moylan and **casino gambling** supporters made a proposed agreement to stop the election after the Guam Election Commission failed to mail out the 80-page proposal to all registered voters on Guam. Both have said the election has been tainted as a result.

But on Friday, U.S. District Court Judge Alex Munson rejected the proposed agreement and said that the election results on Tuesday will be valid.

However, it is more than likely that legal battles over **Proposal A** will continue well after the election, with Munson leaving the possibility open and pro-gaming group Citizens for Economic Diversity promising legal challenge in court, no matter what the results.

Kevin Manibusan, 31, of Chalan Pago, who's undecided on how he will vote on Prop A, said the possible legal battles would be a waste of money.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"It would be a waste of time to go through all that hassle," Manibusan said. "But if the people vote for it, they should just let it be. It's the people's choice."

Some voters, despite the arguments that voters may or may not be informed enough on the proposal, have already made up their mind.

Madrid Leon Guerrero, a student at the University of Guam, thinks that **casino gambling** may actually be good for the island, but feels that the way the proposal is currently written won't be beneficial to the island.

"I just don't think it's ready yet," Leon Guerrero said. "I think they should rework it and bring it back next election," she said.

Danny Gascon, 67, of Dededo also isn't too thrilled about the idea of **casino gambling** because he worries about organized crime and government corruption, and how it will affect the community.

Gascon simply stated, "I'm not voting for Prop A, it won't be good for us."

Other voters, like Jeanette Pekich of Tamuning, whose only concern in this election is **Proposal A**, welcome the idea of **casino gambling**.

"I'm all for it," she said. "I think Guam could use the economy boost."

Pekich's only reservation on the issue is a matter of control.

"I just hope the government keeps its promise and keeps (the **gambling**) under control," Pekich said.

The upcoming election has the senatorial race taking the back seat to the fiasco surrounding **casino gambling**, although most senators have participated in local forums, informing voters of their views and plans for the future.

Gascon, who said he's pleased with the performance of the current legislature, said that he wasn't too interested in the race, but was happy that some candidates were from the medical profession.

"Maybe with people like (Dr. Noel Silan) in office, they can do something about the health care," Gascon said.

TO THE POINT

s The General Election is around the corner, and the predominant issue on some voters' minds is the controversial **Proposal A.**

VOTING AT THE POLLS

Voting polls for the Nov. 2 General Election will open at 7 a.m. and close at 8 p.m.

Upon arriving at your designated polling site, the precinct official will ask you for your name and a signed photo-identification card. Your name will be repeated aloud for the poll watchers to take notice.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

If there are no challenges to your voting, your name will be crossed out on the Original Voter Signature Roster. If challenged, follow the instructions of the precinct officials. A new federal law allows you to cast a "provisional ballot" even if election officials believe you are ineligible to vote. The Election Commission will review provisional ballots later to determine whether they should be counted. You will then be issued the appropriate ballot(s), given instructions on how to vote, and directed to the privacy of the voting booth.

PAPER BALLOTS

Make your selection by marking on the appropriate oval. Do not make any other marks on the ballots.

When completed, take your ballot(s) and drop it in the appropriate ballot box face down.

ELECTRONIC BALLOTS

A poll worker will insert a cartridge into the iVotronic touch-screen voting machine to load a new ballot. If you have a sight disability, ask for a pair of headphones so the machine can read the ballot to you.

Follow the instructions on the screen. Touch a candidate's name to choose that person, or touch it again to cancel your choice. The machine will not allow you to vote for more candidates than there are seats. After you have seen all of the screens and are satisfied with your choices press the red "vote" button at the top of the machine's frame to cast your ballot. Leave the polling place quickly and quietly. Do not loiter, and do not engage in extraneous conversation with anyone.

POLLING SITES

Designated polling sites:

s Hagåtña: Guam Legislature Building

s Asan-Maina: Community center

s Piti: Jose L.G. Rios Middle School

s Agat: Oceanview Middle School

s Santa Rita: Harry S. Truman Elementary School

s Umatac: F.Q. Sanchez Elementary School

s Merizo: Merizo Martyrs Memorial School

s Inarajan: Inarajan Middle School

s Talofofo: Talofofo Elementary School

s Yona: M.U. Lujan Elementary School

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

s Chalan Pago-Ordot: Ordot-Chalan Pago Elementary School

s Sinajana: Sinajana Community Center

s Agana Heights: Agana Heights Elementary School

s Mongmong-Toto-Maite: J.Q. San Miguel Elementary School

s Barrigada: Untalan Middle School

s Mangilao: Price Elementary School

s Tamuning: John F. Kennedy High School

s Dededo: Wettengel Elementary School, M.A. Ulloa Elementary School, Astumbo
Elementary School

s Yigo: Simon Sanchez High School

HOSPITALIZED VOTERS

If you are hospitalized on Nov. 2, Election Day, you may request to vote by
Absentee Ballot. Contact the Guam Election Commission's Office at 477-9791/2/3 as
early as possible.

ELECTION HEADQUARTERS

The Guam Election Commission's main office serves as the election headquarters
from 7 a.m. to 8 p.m. on Election Day. The main office is located on the second
floor suite 200, GCIC Building, 414 West Soledad Ave., Hagåtña. The telephone
numbers are 477-9791/2/3.

TIME OFF

Every voter is entitled to absent himself from his place of employment for two
consecutive hours between the time of opening and time of closing the polls for
voting purposes. The voter shall not be penalized nor shall any deductions be made
from his usual salary or wages because of such absence.

RULES

s Every person who willfully causes, procures or allows himself or any person to
be registered as a voter, knowing himself or that other person not to be entitled
to registration, is guilty of a felony criminal act of the third degree.

s No liquor. No liquor or any alcoholic beverage shall be sold, dispensed or
consumed within the polling place while the polls are open.

s No loitering. No person shall be allowed to socialize or loiter within the
polling place.

s No solicitation of votes. Within 100 feet of a polling place, no person shall
solicit a vote or speak to a voter on the subject of marking his or her ballot, or

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

on behalf of or against any political candidate.

Guam Election Commission

Masako Watanabe/Pacific Sunday News/ mwatanabe@guampdn.com

Voter: Madrid Leon Guerrero holds her nephew, Kazuo Rengiil, 5, at the Micronesia
Mall yesterday. Although she's against **Proposal A** now, she would consider a
reworked proposal brought up in a future election.


---- INDEX REFERENCES ----


NEWS SUBJECT:        (Domestic Politics (GPOL); Elections (GVOTE);
National/Presidential Elections (GVOTE1); Political/General News (GCAT);
Politics/International Relations (GPIR))


REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:   GU; West

Word Count: 1374

10/31/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.
Dow Jones & Reuters

10/30/04 PACIFICDAILY 1                                                                Page 1


10/30/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973333

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Saturday, October 30, 2004

Bayanihan; B

FCG says group has no position on Prop A

Staff

Bayanihan Staff  news@guampdn.com

The Filipino Community of Guam president is asking one of its founding members to
stop running advertisements that state the organization is against the gaming
initiative, Prop A.

Prop A, if passed in the upcoming General Election, would legalize **casino** gaming
here.

FCG President Rene Quintans said the organization's board has voted not to take an
official stance on Prop A. The organization's board also did not authorize the use
of the FCG's official logo for any type of public endorsement on the issue,
Quintans said this week.

Quintans said the organization is leaving it up to individual members to decide on
the Prop A issue. Quintans said the FCG board of director was expected to meet
Thursday to further discuss the matter.

The organization made its no-stance decision publicly known after advertisements
against the proposed legalization of **casino gambling** were published in the Oct. 16
and Oct. 23, 2004, editions of Bayanihan.

The advertisements were paid for by businessman Mark V. Pangilinan Sr., a founding
member of the organization.

Pangilinan has declined to comment on the matter.

Pangilinan is the founder, president and chairman of the board of M.V. Pangilinan
Enterprises Inc. His businesses include Mark's Motors, Mark's Insurance and Ace
Hardware.

"I spoke to (Pangilinan) and requested that he stop doing it. He is quite set in
his way," Quintans says.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Past FCG President Peter Dumaliang says Pangilinan's "unauthorized publication is
sending the wrong message to the public."

FOR MORE INFO

n For more information about the Filipino Community of Guam, call Rene Quintans at
777-7177.

---- INDEX REFERENCES ----

REGION:          (Guam (GUAM); Philippines (PHLNS); Asian Countries (ASIAZ);
Emerging Market Countries (DEVGCOZ); Developing Economies (DVPCOZ); Pacific Island
Countries (PACISZ); Southeast Asian Countries (SEASIAZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 285

10/30/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/30/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973307

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Saturday, October 30, 2004

Local; A

Judge says votes on Prop A will count

Steve Limtiaco
Staff

By Steve Limtiaco  Pacific Daily News

slimtiaco@guampdn.com

A federal judge yesterday rejected a proposed agreement between **casino** supporters
and the attorney general's office that would have stopped the **casino** election on
Nov. 2.

The election for **Proposal A**, the **casino** gaming initiative, will happen during the
General Election as planned, District Court Judge Alex Munson ruled yesterday,
stating that it would cause more harm than good to stop it.

But the legal battle over the **casino** election results likely will continue soon
after the General Election is over.

Citizens for Economic Diversity, which sponsored the initiative to legalize **casino
gambling**, this week vowed to pursue a special election for the measure, regardless
of the General Election results.

Munson's ruling is disappointing, said Jay Merrill, a consultant for the group,
but it will not change the group's plans to seek another vote.

Merrill and CFED campaign coordinator Lou Aguon-Schulte filed separate lawsuits
against the government this month, asking the court to stop the **casino** election
and to hold a special election on the proposal at least 60 days from now. The
lawsuits were filed after the Guam Election Commission did not mail the entire
text of the 80-page initiative to voters and after the attorney general's office
announced that the **casino** vote will be invalid as a result.

"The election is still tainted, it's still clouded. It's just that instead of
stopping the election beforehand, the courts will rule on it after (the election
is) completed," Merrill said yesterday.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Munson, in his ruling, noted that Merrill and Aguon-Schulte still will be able to go to court to test the validity of **Proposal A** and "possibly compel the government to conduct another election."

Attorney General Douglas Moylan yesterday restated his position that the election results will not be valid.

When asked whether his office will challenge the **casino** election results, Moylan said that depends on whether the courts allow his office to continue to represent the government in the matter. The governor, the Guam Legislature and the Guam Election Commission have objected to the attorney general's attempts to handle the case on their behalf.

Munson, in his order, said it seemed "inappropriate" to sign off on the agreement to stop the election since it appears the attorney general's office, which signed the agreement, "may not be the government's counsel."

Moylan said he is not surprised that Munson rejected the agreement because lawmakers and the governor changed the election law after the agreement was signed and before Munson issued his ruling.

The new law signed Wednesday states that the **casino** election will happen Tuesday, even if ballot pamphlets were flawed, and the election results will be valid.

Voters have received enough information by now to make an informed decision on the gaming proposal, said Merizo resident Carmen Tenorio, 43, who is one of nearly 700 Guam residents who voted early at the Election Commission office.

She said there already has been a lot of public discussion about the issue.

"It's just a waste of money" to mail the entire text of the initiative to voters, she said.

James Nichols, 29, of Yigo recently returned to the island and said he has heard little about the **casino** initiative, although he is considering voting yes. The Election Commission yesterday confirmed his eligibility to vote on Tuesday.

"I think information is good, depending on the source of it," Nichols said. "I think if the (Election Commission) has a responsibility to give information, to disseminate it, hopefully they were competent about it."

Jay Arriola, a spokesman for Communities Opposing Prop A, said the group is pleased by the order.

"We believe, as apparently the judge has, that the efforts by the Legislature and governor to remedy the problem are sufficient," Arriola said. "What happens afterwards, happens afterwards, but it is certainly heartening to see the judge recognize that all the problems that they claim taint the election may not well be problems at all."

Election Commission legal counsel Cesar Cabot also stated support for Munson's ruling.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"We're obviously pleased with the results (by) Judge Munson. We thought that he called it correctly, and it validates what we've been thinking all along, that the vote should go through, that it is a valid question," Cabot said.

TO THE POINT

s A federal judge yesterday decided that votes on the controversial **Proposal A** will count, but left it open to legal challenge after the election - an opportunity the pro-gaming group said they'll take.

DECISION

What U.S. District Court Judge Alex Munson said:

s "Staying (the election challenge) pending the Nov. 2, 2004, election results will also be in the public interest. This is a matter of deep public concern. Much time, money and effort has been put into this election by all citizens on both sides of the issue. It is always in the public interest for the citizenry to have their say on an important matter such as **Proposal A**."

s "The balance of harm weighs in favor of … staying (the election challenge) pending Nov. 2, 2004, election results. If **Proposal A** passes, then this whole action becomes moot. If **Proposal A** fails, plaintiff (Jay Merrill and Lou Aguon-Schulte) still has an opportunity to test the lawfulness of **Proposal A's** electoral process. If the process is lawful, then Guam saves the expense of conducting another election."

Court orders signed yesterday by Munson for CV-04-00045 and CV-04-00046

---- INDEX REFERENCES ----

NEWS SUBJECT:        (Domestic Politics (GPOL); Elections (GVOTE); Executive Branch (GVEXE); National/Presidential Elections (GVOTE1); Political/General News (GCAT); Politics/International Relations (GPIR); Government Bodies (GVBOD))

REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 939

10/30/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/28/04 Pac. Daily News (Hagatna, Guam) 29
2004 WL 88973257

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, October 28, 2004

Opinion; A

Guam desperately needs Prop A

Readers

By Michael Pollock  The introduction of gaming to Guam - coupled with sound
government policies - would serve as a catalyst to attract desperately needed
capital investment to a tourism economy that requires a steady flow of capital in
order to remain competitive.

From the standpoint of tourists, gaming would add another attraction to the menu
of offerings now found in Guam. Gaming would stimulate tour-and-travel business as
well as other segments of the visitor base, including meetings and conferences.
Expansion of the present visitor base could be achieved with the legalization of
gaming and marketing strategies that present Guam as a destination offering
multifaceted amenities.

At the outset, it is important to note that the Guam **Casino** Gaming Commission
Control Act contains the proper structure and controls that have been demonstrated
to be effective in the regulation of **casino** gaming and is consistent with gaming
laws throughout the United States. Gaming commissions in the United States are
almost always structured to be as independent as possible from the political
process and the structure of the proposed gaming commission in Guam reflects
this.Among our findings:

s We project that gaming, by generating as much as $106.7 million in revenue, will
lead to a total increase in employment of as many as 2,085 jobs, with a total
annual payroll of about $47.2 million.

s The government of Guam could realize up to $20.52 million in additional tax
revenues from gaming taxes, gross receipts taxes and personal income taxes.

s Approximately 75 percent of gaming revenue (75 cents of every $1 in revenue)
will remain in the local economy to pay for capital expenditures, wages, supplies
and other services, potentially fueling further upward growth.

s We concur that a relatively low tax rate of no more than 11 percent is needed to
ensure that Guam's gaming industry generates additional capital investment. Lower
tax rates generate greater capital investment, while higher tax rates encourage

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

minimal investment.

Guam has suffered the effects of a number of natural and man-made disasters that have hit the region in recent years, putting an economic drag on its critical tourism industry. The greatest threat to Guam, however, is its need to attract capital investment to maintain and improve its physical appearance. Absent such investment, Guam faces the real possibility of heading into an economic tailspin.

Gaming could be a catalyst to help attract capital - if both the private sector and government wisely invest the resources that gaming would generate.

We conclude our report with this note:

Gaming, in our experience, works best when it operates in a tourism environment, targeting visitors as primary customers. Moreover, it works best when it can serve as a catalyst for capital investment. Based on that, gaming can be a net gain for the economy of Guam.

The introduction of gaming is a force that can largely be controlled and that could change the local economy for the better. **Proposal A** is the right tool that will drive the capital investment and job creation mechanisms Guam so desperately needs.

Michael Pollock is managing director

of Spectrum Gaming Group.

```
                    ---- INDEX REFERENCES ----
```

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 530

10/28/04 PACIFICDAILY 29
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/28/04 Pac. Daily News (Hagatna, Guam) 29
2004 WL 88973256

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, October 28, 2004

Opinion; A

Our island needs one **casino** at most, and GovGuam should be out of picture

Readers

By Dave Davis  Clairvoyance isn't one of my strong suits, so I'll pass on a yes or
no response. I'm not and never have been opposed to **gambling** as such, but I've
previously set forth some reasons and rationale about why I think (Prop A) is a
bad bill.

Personally, I enjoy **gambling**, though I've so far avoided **gambling** away our home
and other worldly possessions. No moral or religious convictions compel me to rise
up and condemn **gambling** as inherently evil - I'm convinced that there's a lot more
evil present in our society that we accept with equanimity every day.

I'm glad this forum question came along at this time, however, because it gives me
another shot at saying why I dislike this proposal - not **casino gambling,** just
this particular scheme.

First off, inserting another imminently corruptible element into an already
corrupt political arena is asking for more sophisticated corruption, big time.
That sort of goes hand in hand with my view that the term "controlled gaming" is
an oxymoron when applied to something to be overseen by GovGuam. For example,
we've recently seen evidence that GovGuam can't properly monitor or regulate
nonprofit bingo, and any sort of coherent regulation of cockfighting ceased years
ago.

Second, I'm skittish about that 80-page instruction manual for Prop A. I've read
the whole thing, more than once, and there are things in there that raise
concerns. I'm not happy with the "appointed by the governor, confirmed by the
Legislature, $500,000 per year" Gaming Commission. The entire process is intensely
political, and I see that commission emerging as the most powerful political force
on Guam. I suspect there's already a short list of potential appointees waiting in
some Adelup desk drawer. Aside from the obvious clout they'd wield relative to
**casino** licensing and regulation, I have misgivings about their private enforcement
arm, empowered for such things as warrantless search and seizure.

Lastly, I don't buy into the glowing visions of peace and prosperity touted by
CFED. I see trouble down the road. I see 10 hotel **casinos** squabbling over

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

customers and turf, patronized mostly by locals and measuring success by the size of their campaign contributions. I see **casinos** paying higher wages and drawing the best and brightest away from existing businesses.

One thing I know for sure - every dollar that goes down that chute at the gaming tables is a dollar that's not available for food, housing, health care, utilities, transportation, education and other day-to-day needs. It's also a dollar that's not available to businesses already struggling to survive, trying to compete with free drinks and cheap meals at the **casinos**.

My recommendation? One **casino** resort for Guam, owned, operated and regulated by professionals with no business, familial or other connections to the island. Keep GovGuam completely out of the picture, other than as tax collector.

Dave Davis is a resident of Yigo.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 521

10/28/04 PACIFICDAILY 29

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/28/04 PACIFICDAILY 29                                                    Page 1


10/28/04 Pac. Daily News (Hagatna, Guam) 29
2004 WL 88973255

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, October 28, 2004

Opinion; A

Hotel and restaurant board endorses **Proposal A**

Readers

By Richard Rennie  The board of directors of the Guam Hotel & Restaurant
Association, by a majority vote of its members, has cast its support in favor of
**Proposal A**, an act that would legalize controlled **casino** gaming on Guam. There are
various points of view as to the pros and cons for supporting this initiative, as
with any other proposition or bill.

We would also be remiss if we also did not state that the social impacts were
considered as well as discussed and we believe the initiative addresses this
concern adequately.

The driving force behind the support given is the positive economic impact it will
bring to the community, as well as to diversify Guam's largest economic driver,
tourism. It is important to mention that this is not simply a tourism industry
benefit but an economic benefit for Guam.

According to an independent economic study commissioned by certain members of
GHRA, the passage of **Proposal A** will bring an immediate positive economic impact
to Guam, with over 2,000 jobs being created and over $20 million in new taxes
collected. In addition, it would serve as a catalyst to spur badly needed capital
investment in our tourism infrastructure.

With the arrival of gaming, travel agents will begin to create packages for gaming
visits from our traditional source markets, as well as to open the eyes of the
other markets that have taken Guam for granted, historically. The diversification
of the tourism industry will also help the airlines and hotels as it will bring in
another class of tourists to Guam rather than the traditional package tour
customer that is the main segment of the arrival mix for Guam and must remain so.

As gaming develops on the island, big spenders desirous of first- and
business-class seats will utilize them, thus yielding high revenues for the
airlines. Hotels will level off the weekly peaks and valleys that occur in a
resort destination most of the year. Optional tours and retailers will also derive
direct benefits as evidenced by the independent economic-impact study. Examples of
this positive benefit beyond hotel **casinos** can be found in areas such as Las Vegas

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

and other gaming destinations where heavy investment has been made by restaurants, luxury retailers and entertainment venues to service the needs of this market.

GovGuam will also derive benefits from gaming as GRT, occupancy, corporate and income tax collections will all increase, helping to take the strain off the current revenue stream as this new economic engine moves out of the station.

Controlled **casino** gaming is a proven industry with a track record of success throughout the United States. The members of the board of the Guam Hotel & Restaurant Association believe that the people of Guam will benefit from this added attraction and therefore fully endorse **Proposal A.**

Richard Rennie is vice chairman, hotelier chapter, of the Guam Hotel & Restaurant Association Board of Directors.


---- INDEX REFERENCES ----


NEWS SUBJECT:      (Travel (GTOUR); Political/General News (GCAT); Living/Lifestyle (GLIFE))


INDUSTRY:          (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 499

10/28/04 PACIFICDAILY 29

END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.
Dow Jones & Reuters

10/27/04 PACIFICDAILY 25                                                Page 1


10/27/04 Pac. Daily News (Hagatna, Guam) 25
2004 WL 88973214

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, October 27, 2004

Opinion; A

Don't be selective: oppose all gaming

Readers

By Vicente U. Garrido  I have been following with interest letters to the editor
from those who are anti-**casino**, anti-**gambling**. The sad part of it is that the
majority of those writers are a bunch of fear-mongers, especially those who state
that moral values or social ills will affect the family if **casino** gaming is
established on Guam.

Even COPA and Li'nala sin **CasiNo** are hypocritical in their fight against **casino**.
They're not anti-**gambling** organizations as their advertisements in all the media
have shown lately - they're just against **casino gambling**.

How can they say that Guam is good and proclaim that in order to keep Guam good
and clean, we must keep the "animal" (Sept. 5 Pacific Voice) named **casino gambling**
away? The opponents fail to mention that there are other "animals" (their term for
**gambling**) already alive and well on Guam: cockfighting, dog racing, Huegon Chansa,
regular and million-dollar bingo, secret poker rooms, etc. I've heard of ugly
stories about people who go to these **gambling** establishments, and if you think the
stories during the poker machine days were bad, think again.

To those of you who are anti-**casino** or anti-Prop A, if you want to help keep Guam
good and clean, you should demand our political leaders to abolish all **gambling** on
Guam. When you accomplish this, tell Pope John that Guam is truly free from all
sorts of **gambling** "animals" - not be selective and only attack **casino gambling**,
and all the others are OK.

Vicente U. Garrido is a resident of Tamuning.


---- INDEX REFERENCES ----


INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/27/04 PACIFICDAILY 25                                        Page 2

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 276

10/27/04 PACIFICDAILY 25
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



factiva

10/27/04 Pac. Daily News (Hagatna, Guam) 25
2004 WL 88973213

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, October 27, 2004

Opinion; A

Guam itself has **gambling** disorders

Readers

By Vincent Taijeron Akimoto  In 1980, The American Psychiatric Association
included pathologic **gambling** in the diagnostic manual of mental disorders.
Classified as a disorder of impulse control, pathologic **gambling** is characterized
by a loss of control over **gambling** and a driving need for the "rush" **gambling**
provides.

Epidemiologic research suggests that pathologic **gambling** affects approximately 10
million Americans and is more common in immature people. Medical societies across
the United States have proclaimed that **gambling** may be addictive and can lead to
serious health and family problems.

According to national studies, patients with **gambling** disorders are more likely to
be men, to be non-white, and to have an annual income less than $25,000. They are
also more likely to be unmarried and to have less than a high school education.

Problem **gambling** is defined as **gambling** activity which gives rise to harm to the
individual player and to his or her family. By this definition, problem **gambling**
is an issue of concern - not only for the person with a **gambling** problem, but also
for the greater community. The social and physical health of problem gamblers is
at risk as a result of reduced household income and associated social disruption.
In addition, problem gamblers and their families may experience stress-related
physical and psychological ill health.

Other adverse effects include domestic violence, criminal activity and family
breakdown. Additionally, problem gamblers may compromise their capacity to afford
necessities such as adequate nutrition, shelter, medication and health services.

Patients with **gambling** disorders have rated their health as being worse compared
with patients without **gambling** disorders. Patients with **gambling** disorders have
higher rates of alcohol abuse. In addition, people with **gambling** disorders are
more likely to smoke more cigarettes. Furthermore, clinical studies have revealed
that pathologic gamblers have more severe symptoms of heartburn, abdominal pain
and backache. Sadly, severe problem gamblers are even at risk for self-harming
behavior including suicide.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

As a community, Guam must soon make an important decision regarding **gambling** and its potential for good and evil.

Much of **Proposal A** seems to presuppose a competent local government that will insure proper regulation of **gambling** interests as well as proper utilization of any new cash flow into Guam. In the hands of the crooked and the incompetent, **Proposal A** and the legalized **gambling** it promotes has real potential to rip apart the very fabric of our society.

Too often in the recent past, our island leaders have failed to prioritize the health, safety and education of our people. Just over the past few months, the Guam Legislature has gambled with the lives and the future of our children by cultivating Civil-Service policies that perpetuate unnecessary GovGuam jobs while our schools and our hospital fail to meet national standards.

The question is not only whether the people of Guam should vote for **Proposal A,** but also should the pathologic gamblers who represent the current leadership in the Legislature be further allowed to corrupt our island.

I say no.

Vincent Taijeron Akimoto, M.D.,

is originally from Piti and

is a resident of Tamuning.


---- INDEX REFERENCES ----


INDUSTRY:          (**Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:    GU; West

Word Count: 522

10/27/04 PACIFICDAILY 25

END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/26/04 Pac. Daily News (Hagatna, Guam) 21
2004 WL 88973189

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Tuesday, October 26, 2004

Opinion; A

## Prop A will not help mental health problems

Readers

By Mariles D. Benavente   In 1996 and 1997, I served as a member of a review panel for the federal Substance Abuse and Mental Health Services Administration (SAMHSA). The panel was charged with reviewing how mental-health block grants are used to provide for the mental-health needs of states and territories. Nevada's mental-health system was one community reviewed by the panel.

In Nevada's presentation, mental-health administrators made references to jobs afforded the community through the gaming industry. However, the following question was asked by a panel member: "What effect, if any, has the gaming industry had on the community's mental health?" The response, provided by Nevada's Mental Health director, without hesitation, was "unquestionably grave."

Please see Nevada's Division of Mental Health and Developmental Services Web site for the current Community Mental Health Services Block Grant Core Monitoring Report. This report contains the following current information:

s "High rates of social problems," with Nevada ranking "first in the nation for suicides and high substance abuse among local Nevadans." Those of us in the mental-health field know these "grave" problems are already true for Guam.

s Like Guam, Nevada "lacks a diverse economic base, leading to transient workers … and continued growth in population." These factors led Nevada "to anticipate 25 percent of its population will be homeless at any given time during the year." Is there anyone on Guam who doubts that homelessness will increase with heightened gambling on island?

s Like Guam, Nevada has difficulties "hiring and retaining qualified mental-health professionals" and experiences "high turnover of mental-health staff exacerbated by waiting lists for services."

s In 2002, "Nevada received national attention due to a statewide hospital emergency room crisis" where individuals with acute mental-health needs were "waiting one to four days in hospital emergency rooms before being moved to inpatient psychiatric care." Guam struggles to maintain its basic core

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

health/mental-health services and does not need to have additional challenges brought on by a guaranteed increase in mental-health-related conditions evoked by heightened addictive disorders in Guam.

s Nevada's Report indicates heavy government reliance on the gaming industry as a source of revenue to fund public services. But the report also states: "declining revenues in the gaming industry threaten many state services, including social services." Other sections in the report make reference to Nevada's dependence on tourist and gaming industry dollars for the state budget but emphasize the severe impact of events such as Sept. 11 on the industry and the resulting decrease in revenues.

s Besides the undisputed promise of more jobs by proponents of **Proposal A,** are people aware that employees of gaming industries are identified as one of the "high-risk groups" for developing addictive disorders? That means that gaming industry employees are seen as highly vulnerable to developing gambling problems or addictions. See the National Council on Problem Gambling's Web site ( www.ncpgambling.org) to verify this fact.

From a mental-health perspective, Guam can ill-afford the risk posed by **Proposal A** to our community's already faltering, overall well-being. Guam already has its lion's share of social/mental-health problems and an overtaxed service delivery system requiring healthier, more strengths-based solutions. Prevention of problems and empowerment of our work force is what Guam needs. **Proposal A** provides neither of these.

Mariles D. Benavente, MSW/ACSW,

is a licensed individual, marriage

and family therapist.


                        ---- INDEX REFERENCES ----


INDUSTRY:             (Health Care (I951))

REGION:               (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:     GU; West; Gambling

Word Count: 589

10/26/04 PACIFICDAILY 21
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/25/04 Pac. Daily News (Hagatna, Guam) 17
2004 WL 88973146

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 25, 2004

Opinion; A

Guam won't change overnight

Readers

By Ivan Borja Carbullido  I have been reading the newspapers and I noticed that
there were articles addressing the possible social and moral consequences of
**Proposal A,** or **casino** gaming on Guam. As a registered voter I am concerned about
these issues.

The people of Guam have a long history of dealing with social problems that are
inherent in a free and democratic society. The vast majority of our local
population has been able to weather these social storms. We, as a people, have
been able to maintain strong social values despite the onslaught of various social
challenges. We still maintain good family ties and our dedication toward warm and
friendly hospitality for our visitors have not diminished.

Why does it seem like everyone is thinking that everyone on Guam is going to
change overnight with the introduction of **casino** gaming? I don't think this could
be true.

We were warned about the ill effects of the lottery (Huegon Chansa). But the
lottery hasn't destroyed our social fiber and not everyone on Guam is obsessed
about betting on the lottery. The bingo parlors, cockfighting and house card games
are still operating and our Chamorro customs and traditions haven't disappeared.
So, why is there such a frantic and hysterical concern about controlled **casino**
gaming?

I believe that the people of Guam are good people. They will always hold on to the
customs and traditions that give them their identity. They will remain steadfast
in their dedication to be warm and hospitable hosts to their visitors. I believe
that the majority will still do everything within their power to maintain a good,
wholesome, family-oriented society.

I am not a gambler and I will not be seen throwing my life earnings into a
one-armed bandit. However, I don't want to be in a position to deny visitors or
local patrons the types of entertainment they enjoy. If our visitors and the **casino**
promoters make a contribution to our government coffers, I think it should be OK.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

I am hoping that the jobs and economic opportunities made available by this new industry will contribute some money to our government coffers. I would like to get my tax refunds when they are due. I would like to see government revenues grow. And, with new capital resources, I would like to see some of our problems in education, police work and health get taken care of.

I am not afraid of controlled **casino** gaming. Good people can resist temptation. Good people can control their vices. Moral citizens can avoid behavior that destroys families and friendships. More importantly, righteous people can tolerate and respect other people's right to be entertained by **casino** gaming.

I don't want to be in a position of trying to control what other people can or cannot do. We live in a democracy where people should be able to say and do whatever they would like to, so long as they aren't trampling on the civil rights of their fellow citizens. I am not afraid of the consequences of introducing **casino** gaming on Guam because I have been able to resist **gambling** and I will continue to do so.

The people who are afraid of **casino** gaming may be more afraid of what they will do than what others may or may not do. These people should use their good lives as examples for others to follow. If what they are doing is so good, people will follow them in the way of righteousness.

We don't have to deny our visitors a form of entertainment that they may enjoy.

Good people should not be afraid of **casino** gaming. I am not.

Ivan Borja Carbullido is

a resident of Tumon.


---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 634

10/25/04 PACIFICDAILY 17
END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/25/04 Pac. Daily News (Hagatna, Guam) 17
2004 WL 88973145

                        Pacific Daily News, Hagatna
        (c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

                        Monday, October 25, 2004

                            Opinion; A

                       Prop A is worst quagmire

                             Readers

By Jose Quinene Cruz  The question of the overall best interest of Guam when **casino
 gambling** is examined resoundingly points to "no." The people of Guam said "no" in
1977 when the Legislature passed a bill to legalize **casinos** on Guam. Gov. Bordallo
vetoed the measure.

However, **gambling** parlors with poker machines were legalized in the 1980s after
Hawaii banned them. In 1988, Bill 33 became law and banned poker machines. The ban
was supported by the community during public hearings on the bill. The late Sen.
Belle Arriola led the fight with the assistance of Gov. Bordallo, Archbishop
Apuron, Geri Gutierrez and the organization BASTA (Stop) No Poker Machines.

The owners of the poker machines did not respect the law; some continued to
operate their machines under the guise of games for entertainment. The enforcement
of the ban by the regulatory division of the Department of Revenue and Taxation
was supported by Judge Stephen Unpingco, who ruled the machines were truly **gambling**
 devices.

The lure and disregard of the law is but one aspect of the threat of **casinos** to
the best interests of the people of Guam. The proponents of Prop A offer
pie-in-the-sky promises for jobs, increased money for our government and increased
investments. During this nearly one-year period of question-and-answer, concrete
data regarding offers by the supporters of Prop A have not been put forward. If
anything, they have changed their positions and their promises.

This is clearly evident from the expert of the supporters of Prop A who gave a
presentation at the Hilton. Experiences reported to date as to the lure of **casinos**
and **gambling** machines have been just that - lures, baits and offers which are
meant to take money for the owners at the mercy and weakness of the gamblers.

Get-rich schemes are plentiful. The surest means to real money is through hard and
persevering work, not delusions about quick winnings. Voters must realize this and
say no to this latest flawed offer for the people of Guam.

**Casinos** and Prop A are the surest way to bust one's quality of life, our spirit of

                Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

dinaña and inafa' maolek. The Guam way has always been care, compassion and helpful regard to one's neighbors. Prop A provides the worst quagmire to all of this good and wholesome Pacific way.

Jose Quinene Cruz is president of Lina'la' Sin **CasiNO**

and is a resident of Tumon.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 418

10/25/04 PACIFICDAILY 17

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



factiva

10/25/04 Pac. Daily News (Hagatna, Guam) 17
2004 WL 88973144

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 25, 2004

Opinion; A

**Casino** taxes won't cover added social ills

Readers

By Gerhard Schwab  Healthy individuals and families as well as good education for
our children are a useful common denominator to operationalize the overall best
interests of Guam. So I ask whether **Proposal A** will advance public health and
social services as well as public education. Doing the numbers of **Proposal A**
provides evidence that it will not serve the overall best interest. Instead, it
will create long-term social problems without providing the additional resources
needed to deal with them.

The Department of Public Health and Social Services and the Department of Mental
Health and Substance Abuse are the two primary public agents to ensure the health
of needy individuals and their families. Let's recognize the current shortcomings
and problems in both agencies and seek an increase of 10 percent in their budgets
to improve the badly needed services for abused and neglected children,
dysfunctional families, and persons with mental health and addiction problems.

Currently, these two agencies need more than $47 million to provide their
services. **Proposal A** (would) allocate $5,000 to these two government agencies for
every $1 million of gross **casino** revenues. Hence, to achieve a 10-percent budget
increase, $4.7 million of tax needs to be generated by **casinos**. In order to do
this, **casinos** would have to generate about $950 million in gross revenues. This is
almost twice the revenue of the entire government of Guam.

Or, if we want to use **casino** taxes to increase the budgets of public education in
Guam by 10 percent, we need about $20 million in tax dollars from the **casino**
industry. With the tax rate proposed in **Proposal A**, the **casino** revenues need to
reach $2 billion to increase the budgets of Guam's public-education institutions
by 10 percent. Not even advocates of **Proposal A** in their wildest dreams project
such high revenues.

These two calculations illustrate that the tax rates of **Proposal A** (9 percent to
11 percent) are far too low to significantly increase the budgets of the
government of Guam agencies to advance the overall best interest of Guam.

At the same time, we need to recognize the well-documented fact that the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

introduction of **casinos** in a community increases the number of problem gamblers. Although we do not know whether we will have 1 percent, 2 percent, or more of an increase of people who will become problem gamblers, we can be certain that there will be an increase to the existing level of **gambling**-related social problems. This means more work for the Department of Public Health and Social Services, more work for the Department of Mental Health and Substance Abuse, with insignificant additional financial resources from the **casino** industry.

**Casinos** in Guam will not improve health and social services, and will not improve public education. As proposed, the effects of **casinos** in Guam will lead more individuals to become problem gamblers and it will further drain our already overworked and underresourced health and social service sector, as well as our public education system.

Gerhard Schwab, Ph.D., is a social worker and teaches at the University of Guam.


---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language: EN

OTHER INDEXING:   GU; West; **Gambling**

Word Count: 532

10/25/04 PACIFICDAILY 17

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/25/04 Pac. Daily News (Hagatna, Guam) 18
2004 WL 88973147

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 25, 2004

Vibe; A

Teens make their voices heard

Mike Lee
Freelance OK

Ineligibility to vote won't halt contributions   By Mike Lee

Vibe Reporter

vibe@guampdn.com

You've seen them in swarms along the roadsides, waving and holding signs. Some
venture into the villages, handing out brochures and campaign literature for the
candidates they support.

Teens may not be able to vote in the elections but that hasn't stopped the future
voters from doing what they can to make a difference in their community. After
all, the decisions that senators, mayors, the governor and other officials make
affect teens as well.

Jennifer Lizama, an Academy of Our Lady of Guam student, may not be able to cast
her vote in the General Election just a week away, but that hasn't stopped her and
other youths from voicing their opinions.

The 15-year-old sophomore recently participated in a rally against **Proposal A,** an
initiative that would allow regulated casino gaming in as many as 10 hotels on
Guam. The proposal is scheduled to be voted on during the Nov. 2 General Election.

Lizama says she disagrees with Prop A and questions where the money made at the
casinos will go. She also believes that casino gaming would negatively affect
family values.

But since she can't vote on the issue, nor for senators or for her village mayor,
she takes part in the democratic process in other ways.

At some schools, mock elections and political science projects take place in order
to provide students with information about candidates running in the election or
initiatives that will be voted on.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Youths can make a statement simply by wearing T-shirts that promote the senators of their choice. Teens also have been seen hammering away and helping erect campaign signs.

The contribution of teens is quite apparent at the roadside waves - they provide a level of energy and excitement that only teens can give. Motorists not only see the youths but also hear them shouting and screaming.

Sen. Ray Tenorio, R-Yigo, says he believes the teens' youth, stamina and enthusiasm infuse a lot of liveliness into any campaign.

"They are so young and have so much energy. It's contagious," says Tenorio, who is running for re-election.

Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com

Loud and clear: Academy of Our Lady of Guam students participate in a roadside rally against the **Proposal A** gaming initiative last week.

---- INDEX REFERENCES ----

NEWS SUBJECT:      (Elections (GVOTE); Political/General News (GCAT); Politics/International Relations (GPIR); Domestic Politics (GPOL))

INDUSTRY:          (Lodgings (I665); Hotels/Restaurants/Casinos (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 413

10/25/04 PACIFICDAILY 18
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 Pac. Daily News (Hagatna, Guam) 12
2004 WL 88973117

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

Focus on family-island image

Readers

By Mark Baldyga  Guam is a great community that works together through good times
and bad. But I have watched friendships damaged fighting over Prop A. This
divisiveness is not a good indicator of things to come.

Perhaps there is too much at stake. Personally, I don't like an industry that
creates subsidized rooms, food, beverage and entertainment for a select few, even
though I can potentially participate. (Citizens for Economic Diversity's) own
report says **"casinos** woo such patrons with free meals, room nights and other
amenities." Guam restaurants and bars cannot fairly compete against free meals and
drinks.

It continues, "hotel operations that have a gaming component can offer a more
competitive price simply because operators know that their hotel guests will
likely spend some money in the **casino.**" Non-**casino** hotels cannot hold rates
against **casino**-hotel discounts. As rates fall, so will hotel occupancy tax. GHRA
should not be supporting this initiative without polling its members - 90 percent
of GHRA members don't even qualify to apply.

Proponents say "we can no longer rely on existing sources of revenue." But the
vast majority of **casino** spending is already spent here now in other businesses.
That's not "economic diversity" - it is simply shuffling existing money around and
off island.

Their report suggests opening only one or two **casinos** initially, with the soonest
in 2006. If 10 **casinos** need 1,300 workers (their numbers), how many will one or
two need? There are zero jobs until years from now. After including off-island
hires and offsets from non-**casino** restaurants, bars and hotels, there are net job
losses.

Ten small **casinos** in existing hotels will not increase arrivals or suddenly make
us "world class." We need a few quality attractions, not more clutter. If we
really want **casinos,** organize a bid for an exclusive development-management
license to a qualified operator without subsidized rooms, food, beverage or
entertainment. Use the Nevada Gaming Control Board for investigations. Indian

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

**casinos** do it this way and keep 60 percent to 80 percent of the profits, not 9 percent of revenue. Do it right or don't do it.

Personally, I'd rather not have gaming here. Even 100 percent of $20 million in taxes won't cover the $30 million in social costs. Child neglect and suicides are not worth any financial benefit, period.

We're beginning a recovery and can begin work toward accelerated visa processing for China that would eventually double arrivals, diversify our markets and start creating thousands of new jobs. While Chinese enjoy **gambling**, we don't need **gambling** to attract them. The serious Chinese gamblers will go to Macau anyway. We should focus on the safe, clean, family-island image we have spent years and millions creating. Our economy can experience an unprecedented boom.

Instead, we have wasted hundreds of thousands of dollars in ads and yet more to mail the initiative, not to mention human resources.

If you agree, vote no. And if you want gaming, you should still vote 'no' and we can start working on a plan to do it right. Either way, please vote 'no'.

Mark Baldyga is the cofounder

and CEO of the SandCastle

Entertainment Complex.


---- INDEX REFERENCES ----


NEWS SUBJECT:        (Travel (GTOUR); Political/General News (GCAT); Living/Lifestyle (GLIFE))


INDUSTRY:            (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 545

10/24/04 PACIFICDAILY 12
END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.
Dow Jones & Reuters

10/24/04 PACIFICDAILY 12                                                    Page 1


10/24/04 Pac. Daily News (Hagatna, Guam) 12
2004 WL 88973118

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

Prop A will enhance industry, culture, life

Readers

By Lou Aguon-Schulte  Is Prop A in the best overall interest to Guam? To answer
this question, it is first necessary to define what Prop A is, and what Guam's
overall interests are.

Prop A can be defined as the act written to control **casino** gaming on Guam. I don't
see it as meaning **"casino** gaming," as the question then should have been "Is **casino**
 gaming in the best overall interest to Guam?" Prop A is the law that controls who
controls our **casinos**, what controls they can impose and what controls are imposed
on them, licensing provisions, where the **casinos** can be located, **casino**
operations, fees and taxes, and sanctions for unlawful acts.

Guam's overall interests, as I see it, include enhancing Guam's way of life,
culture and industry. If we consider Prop A in terms of enhancing the lives of
Guam's people, we need to take in consideration what makes a good life. ... I
would say being safe, financially comfortable and spending time with family.

To be safe, one needs to have systems in place that protect our belongings and us.
... Prop A gives power to the commissioners to blacklist problem gamblers. Prop A
ensures a safe, secure environment in and around the **casino**, which will be located
in a hotel. Prop A is in the best overall interests of safety.

Next we look at being financially comfortable. To be financially comfortable, one
needs a good job with decent pay. Prop A is expected to bring a minimum of 2,000
direct and 2,000 indirect new jobs to Guam, with pay rates slightly higher than
that currently paid to people in similar jobs. So yes, Prop A is in the best
overall interest of financial comfort.

Spending time with family is also valued as having a good life. Whether or not
Prop A rules our **casinos** or not does not impact spending time with family. A
person chooses to spend time outside of work doing what he/she pleases. Whether or
not that's in a **casino**, is up to the individual. Prop A targets tourists as the
largest group of visitors to our **casinos**, so I believe that to the greater
population, spending time with families will neither be increased nor decreased.
Prop A does not impact spending time with family.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Culture plays a big part in our lives. The people of Guam harbor various religious beliefs and those born with Chamorro blood (and others) carry on a tradition of arts, crafts and belief systems of old. Would Prop A affect our culture? I don't believe it would hurt it. One's religious beliefs, if strong enough, cannot be changed by anything or anyone. Our Chamorro culture under Prop A would be enhanced. Under fees and taxes, the act reads that 10 percent of the expenditure of the income of the Guam **Casino** Revenue Benefit Fund will be used for "organizations registered with the Department of Revenue and Taxation as nonprofit organizations ... which have as a primary purpose of their existence the preservation and development of the myriad cultures which call Guam home." And 10 percent, according to CFED, is up to $ 2 million. Prop A would be in the best overall interests of enhancing our culture.

Our main industry is tourism. It stimulates other industries and benefits everyone in some way. Of course Prop A would be in the overall best interest of Guam when it comes to the economy. Anything that stimulates the economy provides better jobs, income and opportunity for Guamanians. Prop A is, overall, a great way to enhance our economy.

In summary, when we look at enhancing the interests of Guamanians, we look at enhancing Guam's people/way of life, Guam's culture and Guam's industry. Prop A is one very good way of enhancing all three and you should consider it favorably when voting.

Lou Aguon-Schulte is a resident

of Tumon and a member of Citizens for Economic Diversity.


---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 679

10/24/04 PACIFICDAILY 12
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 Pac. Daily News (Hagatna, Guam) 12
2004 WL 88973116

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

Our View

Staff

Vote 'no' **Proposal A** is not in the overall best interest of Guam

On Nov. 2, Guam's voters will make a very important decision - they will decide
whether or not they choose to see legalized **casino gambling** here. The result of
the vote on **Proposal A** will have extensive and long-lasting effects on our
community, so it's the responsibility of each voter to make sure they weigh that
long-term impact into their decision.

Is Prop A in the overall best interest of Guam? In our opinion, no.

First, it will not have the powerful, positive economic impact that its proponents
say it will. William N. Thompson, Ph.D., prepared a study for the anti-**casino**
group Communities Opposing Prop A, or COPA. He says that of the $100 million in
revenues that **casinos** here would make, about 80 percent already exists in the
community - **gambling** would merely move it away from other sectors.

So **casinos** won't truly diversify the economy but rather simply divert a very large
amount of existing revenue into different pockets. The businesses that currently
see that $80 million, and the people employed there, will be adversely affected by
this revenue shift.

The existence and promotion of legalized **casino gambling** on Guam will also change
our image in the tourism market. No longer will our island be seen as the tropical
paradise that's a safe, family destination - the image that we've worked for
decades to establish. This will cost us visitors, who will look for that kind of
destination elsewhere, such as Hawaii, where they've said no to organized **gambling**
.

And we must not overlook the social impact and cost to our community. Legalized
**casino gambling** isn't like any other business - no other industry of which we are
aware has the kind or extent of negative social ills that come part-and-parcel
with **gambling**.

Passing Prop A will result in an increase of addicted, pathological gamblers.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

While the percentage doesn't seem huge - about 1 percent of the population - Thompson says these people will cost our community about $11 million a year, while "problem" gamblers will cost the community another $19.5 million.

This doesn't include the cost of increased crime rates, especially in areas such as family violence and child abuse and neglect, or the cost of an accompanying increase to the suicide rate.

And the government of Guam already does a poor job at addressing our existing social and criminal problems. The legalization of **casino** gaming would make things even worse.

When you take all the factors into consideration, Prop A is far from being in the overall best interest of our community. Vote "no" on Prop A in the Nov. 2 General Election.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 467

10/24/04 PACIFICDAILY 12

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 Pac. Daily News (Hagatna, Guam) 13
2004 WL 88973120

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

Economy to lose from initiative

Readers

By William H. Thompson  **Proposal A** will bring $100 million in revenue to the
**casinos** but cause an economic loss to Guam of $77 million.

We need to simply examine where the money comes from and where it goes. Most **casino**
revenue will come from locals and most profits will leave island. **Gambling** by
residents will be $60 million, using U.S. averages. This equals, for example, 50
percent of residents going twice monthly and spending $40, or 25 percent going
once weekly and spending less.

None of this revenue is new for the Guam economy and would have been spent on
other goods and services if the **casinos** did not exist.

**Casinos** will earn $40 million in visitor **gambling** revenue. Much of this money
would have been spent on other goods and services if **casinos** did not exist. We
expect one-half of tourist **gambling** revenue will represent "new money" for Guam.

In Las Vegas, 90 percent of the **gambling** revenues are new for the economy. Las
Vegas has 35 million visitors. But in Guam, only 20 percent of **gambling** revenues
are new for the economy since none of the local **gambling** revenue - and only half
of visitor **gambling** revenue - is really new to the economy.

We project some additional visitors with **casinos**. However, extra visitors will be
offset by existing visitors who will not come to Guam due to the **casinos**. They
offset.

**Casinos** with $100 million in revenue will have 1,000 employees in all. Of these,
only 20 percent, or 200, are new jobs since 80 percent of **casino** revenue will come
at the expense of other Guam businesses ... and will reduce jobs accordingly.
After including off-island hires, there are job losses, not gains, from the
presence of **casinos**.

Guam starts with $80 million that is already in the economy. **Casinos** spend money,
including $58 million that stays in Guam for local purchases, wages and taxes. The
difference between what Guam started with and what it ends up with is $22 million.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

This $22 million is the direct economic loss to the Guam economy of these **casinos**.

In addition, the social costs of pathological gamblers (0.9 percent of the population, or 1,113 persons) are $10,053 each, or $11,178,938. Problem gamblers cost another $4,926 each (3.2 percent of the population or 3,956 persons) or $19,487,256. Combined, these gamblers will cost Guam $30,666,192 per year. Of this, 42 percent can be applied to the general economy. Therefore, due to these gamblers, Guam will lose another $12,911,753 each year.

Increased crime will cost Guam $17 per adult or another $2,101,387 per year. Suicides will cost Guam's economy another $1,702,000 per year from the lost economic contribution of these workers. Combined economic losses are $38,546,573.

Assuming a multiplier of two, the presence of 10 **casinos** on Guam under **Proposal A** will cause an annual economic loss to Guam of $77,093,146 which equals 2,569 lost jobs.

**Proposal A** is the wrong way to bring gaming to Guam.

William H. Thompson is a professor at the University of Nevada Las Vegas and has been studying the impact

of **casinos** for more than 20 years.

TO THE POINT

s **Proposal A** is the wrong way to bring gaming to Guam; it will result in an annual economic loss of $77 million.


---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 581

10/24/04 PACIFICDAILY 13

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

10/24/04 Pac. Daily News (Hagatna, Guam) 13
2004 WL 88973119

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

## Anti-gaming report lacks relevance for island

Readers

By Greg Schulte  Guam has just had the visit of Las Vegas master illusionist
William Thompson.

A wizard with numbers, he conveyed the message that bringing **Casino** gaming to Guam
would cost us tens of millions of dollars annually. According to him, this new
industry will mean the loss of jobs, business failures and rampant social
problems.

Well, we've heard this before, albeit stated with less show by COPA. Slick
PowerPoint presentations using bathtub diagrams and money hanging from palm trees
was supposed to communicate something, exactly what I'm still not sure.

Without actually investigating our marketplace firsthand, Thomson grabs a select
number of studies on his Las Vegas bookshelf (no doubt he has studies to suit
whichever point of view he's being asked to present), puts together a "report"
that will suit the purpose of his brief (that **casinos** are bad), hops on a plane
courtesy of COPA and delivers a series of presentations that are rich in theatrics
but poor in objectivity or relevance to Guam, our economy or geographic location.

He manages to "demonstrate" how "bad" the **casino** industry will be by adding up all
the money he claims will depart our shores and then DOUBLES it. He calls this a
multiplier effect. Note: He doesn't double the amount of revenue the **casino**
industry is supposed to generate but of course, this is not subject to the
multiplier effect. According to him, there will be no economic stimulus to other
parts of our economy by an industry generating over $100 million in gross revenues
annually!

As always, reality is distorted - 10 **casinos** will immediately open and will only
result in a few hundred jobs; locals will only qualify for the menial jobs because
they lack the expertise and/or the capability to handle the more skilled and
higher paying **casino** jobs; the appointed commission is either politically
controlled or controlled by the **casinos** to further their own evil profit-making
ends, not to mention too incapable of processing license applications thoroughly,
and on and on.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

He actually managed to present the idea that Guam's **casinos** will be akin to the "supermarket **casinos**" apparently prevalent in Vegas where you can play the slots while buying milk and bread. This ploy is designed to keep the specter of the poker parlors we got rid of (for good reason) in people's minds. How many times does it need repeating? Prop A is specifically designed to prohibit this kind of gaming.

He tries to perpetuate the idea that Japanese don't gamble, but then he lets slip that Japanese gamblers go to **casinos** in Korea and other parts of Asia. I wonder why they don't come here? Maybe it could be because we don't have any **casinos** to attract them?

He ignores the potential of the huge Asian market that does gamble (including Japanese) because the only people interested in coming here are office ladies, honeymooners and the silver market from Japan according to industry "experts." Could this be why our tourism industry is suffering - our inability and our unwillingness to adapt to changing market trends?

Greg Schulte, a resident of Tumon, is a member of Citizens for Economic Diversity.


                              ---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 547

10/24/04 PACIFICDAILY 13
END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 Pac. Daily News (Hagatna, Guam) 14
2004 WL 88973125

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

**Proposal A** will mean jobs for Guam

Readers

By Paul J. Betancourt   I have been listening to discussions between COPA and the
pro-**casino** folks. Those COPA people are really turning me off. I wondered why they
acted so arrogant and self-righteous, then I realized the reason they were so
smug. They don't care about jobs or Guam's economy - they're already rich.

All their fearful emotions and unproven numbers cannot whitewash the fact that
they don't need jobs, that their families have not been torn apart by this
depressed economy.

In my opinion, lost jobs, foreclosed mortgages, unpaid bills, and loss of family
household income causes more harm to our community than **casinos** ever will.

A person with bills and a job is likely to be a good tax-paying citizen. A person
with bills and no job is likely to be dangerous. Jobs mean a safer island, and
Prop A means jobs.

Paul J. Betancourt is

a resident of Tamuning.


---- INDEX REFERENCES ----


REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 168

10/24/04 PACIFICDAILY 14

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/24/04 PACIFICDAILY 14                                        Page 2

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 Pac. Daily News (Hagatna, Guam) 14
2004 WL 88973122

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

For the health of it, vote against Prop A

Readers

By W. Chris Perez **Proposal A**, if passed, will legalize **casino gambling**. **Casino gambling** doubles the incidence of "compulsive **gambling**," "**gambling** addiction" or "pathological **gambling**" in communities where it is legalized.

The American Psychiatric Association has established the diagnosis of "pathological gambler" as requiring at least five of the following criteria:

s Preoccupation. Is preoccupied with **gambling** (e.g. preoccupied with reliving past **gambling** experiences, handicapping or planning the next venture, or thinking of ways to get money with which to gamble).

s Tolerance. Needs to gamble with increasing amounts of money in order to achieve the desired excitement.

s Withdrawal. Is restless or irritable when attempting to cut down or stop **gambling**
.

s Escape. Gambles as a way of escaping from problems or relieving dysphoric mood (e.g. feelings of helplessness, guilt, anxiety or depression).

s Chasing. After losing money **gambling**, often returns another day to get even (chasing one's losses).

s Lying. Lies to family members, therapists or others to conceal the extent of involvement with **gambling**.

s Loss of control. Has made repeated unsuccessful efforts to control, cut back or stop **gambling**.

s Illegal acts. Has committed illegal acts (e.g. forgery, fraud, theft or embezzlement) in order to finance **gambling**.

s Risked significant relationship. Has jeopardized or lost a significant relationship, job or educational or career opportunity because of **gambling**.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

s Bailout. Has relied on others to provide money to relieve a desperate financial situation caused by **gambling**.

A diagnosis of a "problem gambler" requires the presence of three to four of the criteria.

Experts agree, through empirical research, that 1.5 percent of the adult population comprises "pathological gamblers" and each one results in $10,000 per year in societal costs. In addition, 2.5 percent of the adult population comprises "problem gamblers," with each resulting in $5,000 per year in societal costs. Do the math using a base of 100,000 adults on Guam to determine the negative impact on Guam's economy by the social costs incurred by **gambling** addition. Staggering!

My physician colleagues do not dwell on the economics of **gambling**, but focus on the health and welfare of the "diseased" gambler and his family, whom we call our patients. If you or someone you know is a problem or pathological gambler, please seek assistance from your doctor, priest, pastor or a professional counselor and receive treatment.

By the way, on Nov. 2, vote "no" on **Proposal A**, just for the health of it.

Dr. W. Chris Perez is

a resident of Afame, Sinajana.


                        ---- INDEX REFERENCES ----


INDUSTRY:          (**Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 436

10/24/04 PACIFICDAILY 14

END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/24/04 PACIFICDAILY 14                                                    Page 1


10/24/04 Pac. Daily News (Hagatna, Guam) 14
2004 WL 88973123

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 24, 2004

Opinion; A

# Voters must make up own minds

Readers

By Patsy A. Borja  When COPA says we can't approve **casino** gaming because our
government and its leaders cannot be trusted with those mature responsibilities,
or that some of our neighbors might not be able to control themselves, they assume
the worst about human nature.

It's the same as saying that a high school class can't perform better than the
slowest student in the room, or that our economy cannot grow because some leader
might be corrupt.

What do most of our fine teachers do when they have a few disruptive elements
hinder their class? They make sure the bulk of the class, the vast majority of the
class, will advance despite a few weak links in the rear of room. I think we
should all get the same break; don't hold us back because we fear what a few
foolish citizens might do.

We must rise above those fears - we're better than that! Trust your community and
yourself.

Vote either way on Prop A, but step up and independently make up your own mind.
Don't let cheap scare tactics make up your mind for you. Think about the issues
and vote.

Patsy A. Borja is a resident of Chalan Pago.


---- INDEX REFERENCES ----


NEWS SUBJECT:        (Education (GEDU); Political/General News (GCAT))


REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/24/04 PACIFICDAILY 14                                             Page 2

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 216

10/24/04 PACIFICDAILY 14

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/22/04 Pac. Daily News (Hagatna, Guam) 3
2004 WL 88973062

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Friday, October 22, 2004

Local; A

UOG hears about gaming

Natalie J. Quinata
Staff

By Natalie J. Quinata  Pacific Daily News

nquinata@guampdn.com

Students and professors at the University of Guam were given something to think
about at yesterday's **casino** gaming initiative forum at the campus yesterday.

The university's Bachelor of Social Work Program sponsored the forum on the highly
debated **Proposal A** and the social and economic impacts **casinos** would have on the
local community.

**Proposal A** is scheduled to be up for vote on the Nov. 2 General Election ballot.
However, pro-gaming group Citizens for Economic Diversity is calling for a special
election after the Guam Election Commission failed to mail out the entire 80-page
initiative to voters.

Vivian Dames, the administrative chairwoman for the School of Nursing, Social
Work, and Health, Physical Education, Recreation and Dance, said the forum was
meant to link the economics of **casino** gaming to the social costs of the community.

"It's a question of social values, not just economic costs and benefits," Dames
said.

Although the social impact of **casinos** cannot be fully measured at this point,
Dames said, she is convinced the social costs will have a negative impact on the
island.

"We do not have the necessary institutional safety nets and they're not as strong
as other American communities," Dames said of Guam's inability to support a
community plagued by the effects of **casino gambling**.

The event featured gaming expert William N. Thompson, who is a professor at the
University of Nevada Las Vegas.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Thompson has studied the dynamics of Guam's economy and through his study has theorized that **casino** gaming would not be positive for Guam's fragile economy.

In a report he did for Communities Opposing Prop A, which he released Tuesday, Thompson concluded Guam would see a net annual economic loss of about $77 million. Thompson estimated that it would cost the economy about $19,000 per troubled gambler, including missed workdays and unpaid debt.

Roseann Jones, an associate professor of economics at the University of Guam, was in agreement with Thompson's views.

"There would be a negative impact, there is more to lose than to gain," Jones said.

Jones said smaller economies such as Guam's rely heavily on the small business community, and **casinos** do not help in diversifying that aspect of the economy.

"They say it's a business plan, but we don't put our businesses through this type of proposition," Jones said.

Jones said she is glad the people get to vote on the issue and said voters need to ask themselves what vision they have for the future of the island before they make any kind of decision.

From a social standpoint, Jones said, "People are going to go, there are very few things that you can put in an economy that people won't use," adding that locals will be greatly affected on a social level by legal **gambling**.

The information given at the forum was enough to seal the decision for UOG student Charlene Calip come election day.

Calip, a communications student, said now she is able to speak about the subject with more conviction instead of theorizing about the consequences, although Calip hasn't yet read the initiative.

"I was against it already, against (**casino** gaming), but the forum just solidified it and allowed me to make an informed decision," Calip said.

Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com

Forum: William N. Thompson, a professor at University of Nevada Las Vegas, presents his findings on the potential effects of gaming on Guam as faculty, staff and students of the University of Guam listen during a forum on the UOG campus yesterday.

---- INDEX REFERENCES ----

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/22/04 PACIFICDAILY 3                                        Page 3

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 623

10/22/04 PACIFICDAILY 3
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/21/04 Pac. Daily News (Hagatna, Guam) 5
2004 WL 88973046

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, October 21, 2004

Local; A

### Professor to speak on **Proposal A**

Gene Park
Staff

By Gene Park  Pacific Daily News

epark@guampdn.com

Forums on **Proposal A,** featuring a professor from the University of Nevada Las
Vegas, were postponed yesterday because of Typhoon Nock-ten, but two such events
will take place today, with a third yet to be confirmed.

William Thompson, who has been studying the impact of **casino gambling** for more
than 20 years, was assigned by the Communities Opposing Prop A to come up with an
economic impact study on **Proposal A,** which would legalize **casino gambling** on Guam.

Thompson's study, presented at a Guam Chamber of Commerce meeting Tuesday,
concluded that Guam would see an estimated net economic loss of $77 million a year
because of a variety of factors, including off-island spending, social costs and
the projected lack of new revenue.

**Proposal A** is scheduled for a vote on the Nov. 2 General Election ballot.

Two public forums will be held today where Thompson will make a presentation, said
Monica Guzman, COPA secretary:

s At a forum being sponsored by the University of Guam Bachelor of Social Work
Program, which will feature a panel of faculty members with varying perspectives
on the initiative; and

s At a town hall meeting at the Bishop Baumgartner School in Sinajana.

Guzman said Thompson may speak to the Legislature after discussions on Bills 366
and 367 regarding the sale of the Guam Telephone Authority. COPA officials are
hoping to have it scheduled around noon, but Guzman recommended interested
attendees call the COPA office for confirmation.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/21/04 PACIFICDAILY 5                                                    Page 2

IF YOU GO

Three public forums on **Proposal A**, the **casino** initiative, will be held today,
featuring William Thompson, a professor at the University of Nevada Las Vegas:

s Thompson may be speaking to lawmakers today at the Legislature in Hagåtña.
Although a time has not been set, Thompson will make his presentation after
lawmakers finish discussion on the two bills that would privatize the Guam
Telephone Authority. The presentation had been scheduled for yesterday.

s "The Economic Impact of **Proposal A**" will be held at 3 p.m. at the University of
Guam. It was scheduled to be at the Lecture Hall, but the forum's location has yet
to be confirmed.

s Bishop Baumgartner School will be holding a town hall meeting today at 6:30 p.m.
at the school's gym.

Communities Opposing Prop A

WHOM TO CALL

For information on where the UOG forum will take place, or confirmation on whether
Thompson will present his study to lawmakers, call the Communities Opposing Prop A
office this morning at 472-COPA (2672).

                        ---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:    GU; West

Word Count: 442

10/21/04 PACIFICDAILY 5

END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



factiva
Dow Jones & Reuters

10/20/04 PACIFICDAILY 1                                               Page 1


10/20/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973155

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, October 20, 2004

Local; A

Gaming impact reviewed

Gene Park
Staff

By Gene Park  Pacific Daily News

epark@guampdn.com

**Casino gambling** could be good for Guam if the revenues are reinvested in the
island, but with **Proposal A**, Guam could see an estimated annual economic loss of
$77 million, states a University of Nevada Las Vegas professor's report.

The professor, William Thompson, said various factors were looked at before he
came up with an estimate that **casinos** would result in a net economic loss for the
island. He said his study took into account social costs, as well as the cost of
**casino** supplies and equipment that would need to be purchased off island.

Thompson, who has been studying the impact of **casinos** for more than 20 years, also
said although he agrees with **Proposal A** proponents that **casinos** would generate
about $100 million in annual revenue for **casinos**, about 80 percent of it is
already part of the local economy.

The Guam Chamber of Commerce hosted a luncheon yesterday with Thompson as the
guest speaker as he addressed members of the business community. Members of
Citizens for Economic Diversity, the pro-gaming group; and Communities Opposing
Prop A, or COPA, the anti-gaming group, also attended.

Thompson was asked by **Proposal A** opponents to come up with an economic impact
study of the initiative, scheduled to be on the Nov. 2 General Election ballot.
**Proposal A** would allow **casino gambling** in up to 10 large Guam hotels. The $6,000
report was paid for by COPA.

Thompson began the presentation by showing a picture of the Las Vegas strip, busy
with multimillion-dollar **casino** hotels, traffic and neon lights.

"If you think this is gonna be Guam after Prop A, I have some advice for you –
don't ask any questions," Thompson said. "If you wanna know the truth, it works –

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

if you get the dollars from tourists, and the money comes in and it stays."

Thompson said there are two big questions when considering a **casino** industry: Who are the players, and where does the money go?

Thompson estimated there will be 803,478 visits to **casinos** by local residents on Guam.

He based his estimate on the more than 120,000 adults on Guam and a stateside study that each adult within a 50-mile radius in a community with less than a million people would make an average of 6.5 trips to **casinos** a year.

"Those locations had at least two **casinos** with less than a million people within the radius," Thompson said. "Now in Guam, everybody will live within 50 miles of the **casinos**."

If each local were to spend $75 each visit, which Thompson called a "reasonable" amount to spend, direct **casino** revenues would be about $60 million.

Thompson expects $40 million to come from tourists, applying the same $75-per-visit figure, but half of that would come from tourists who would visit Guam anyway.

"Some tourist **gambling** expenditure would have been spent instead on other goods and services, such as shopping, if there was no **casinos**," Thompson said in the report. "Therefore, we expect that one-half the tourist **gambling** will represent new money for Guam."

CFED released its own economic report earlier this month, which also said **casinos** would see about $100 million in revenue.

Jay Merrill, a consultant and spokesman for CFED, said he does not feel Thompson's findings were accurate.

"All he's done is taken U.S. published reports and applied it to Guam, but those communities may not have anything to do with Guam," Merrill said. "They may or may not be resort destinations. We're about providing **gambling** to tourists."

Merrill took issue that Thompson applied the same estimated local daily spending of $75 to tourists.

"That's ridiculous - it's obvious that tourists would spend more than locals," Merrill said.

Thompson presented expenditure projections, based on assumptions that half of **casino** construction or renovation expenditures will be spent off island.

Gaming supplies, clerical equipment, furnishings and other items also would be shipped from off island, his study states. Thompson also factored his projection of $12 million in spending toward troubled gamblers, based on the National **Gambling** Impact Study Commission's surveys that the rate of problem gamblers would double if a **casino** is put within 50 miles of a community.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Thompson estimated that it costs the economy about $19,000 per troubled gambler, including the number of times the person missed work and how much is owed in debt. Couple that with expected suicides, which Thompson said is prevalent in gaming communities, additional public safety expenditures and an economic multiplier effect of two, Guam's total economic loss under **Proposal A** would be about $77 million annually, according to his study.

If Guam is hit with factors that may not bring in tourists, including natural disasters or terrorism scares, **casinos** would have no choice, but to market aggressively toward local residents, he said.

"The 10 **casinos** here aren't gonna be big enough to have fly-in deals for tourists," Thompson said.

**Casino gambling** could conceivably work if disincentives were applied to prevent local residents to gamble, such as door charges or registering through the government, he said. Restricting locals to gamble would factor out a large amount of the social costs, he added.

"Maybe if there was a requirement also to have the tax be reinvested," Thompson said, adding that Las Vegas grew thanks to reinvestment into the **casinos**. "If you would be required to build a $50 million **casino**, maybe even a $100 million, that would be enough. Then that changes the formula."

Thompson said if **Proposal A** passes, it's very unlikely that **casinos** would ever leave Guam. He said the last American jurisdiction to legalize **casino gambling** and close it down was 1909.

"Part of the truth is if you have **casinos**, you will be stuck with **casinos** - whatever the end result," Thompson said.

TO THE POINT

s Guam would see an annual loss of $77 million in its local economy if **Proposal A** passes, say findings from a Las Vegas professor's report.

TO LEARN MORE

s To learn more about William Thompson's report, visit the Communities Opposing Prop A Web site at www.copaguam.com, or call the group at 472-COPA (2672).

**PROPOSAL A**

s To learn more about **Proposal A,** call Citizens for Economic Diversity at 647-CFED (2333) or visit its Web site, www.guamgaming.com.

OPPOSITION

s To learn more about Communities Opposing Prop A, call 472-COPA (2672) or visit its Web site at www.copaguam.com.

Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Findings presented: William N. Thompson, a professor at the University of Nevada Las Vegas, left, speaks before a crowded ballroom during a luncheon sponsored by the Chamber of Commerce at the Guam Marriott Resort in Tumon yesterday.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 1153

10/20/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/19/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88973010

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Tuesday, October 19, 2004

Local; A

Provisions of Prop A face some opposition

Steve Limtiaco
Staff

By Steve Limtiaco  Pacific Daily News

slimtiaco@guampdn.com

If voters approve **Proposal A** and legalize **casino** gaming in Guam hotels, Guam
lawmakers should have the option of changing that law, said Mangilao resident Anne
Marie Cepeda, 30.

"In case it was a mistake and it's not good for the economy or the island," she
said.

If approved during next month's election, the **casino** initiative would put 80 pages
of new law in the books, none of which, according to its proponents, can be
changed by lawmakers for two years.

Democratic lawmaker and attorney Randall Cunliffe has stated the desire to change
Prop A before two years, in order to correct what he considers to be flaws in the
initiative.

"I do not agree that the proposal, if passed by Guam's voters, can mandate any
appropriations, which is an authority reserved for the Legislature," Cunliffe
said. Prop A requires taxpayers to provide the start-up money for the gaming
control commission. "Contrary to its sponsors, I believe that **Proposal A** can be
amended by the Legislature immediately upon its passage."

The Pacific Daily News last week contacted the 15 Democratic and 15 Republican
candidates for the 28th Guam Legislature to get their opinions on **casino gambling**
in general, and on **Proposal A** in particular.

The PDN received 26 responses by the deadline, and based on those responses, any
**casino** gaming law approved by voters would face a Legislature that is unhappy with
**Proposal A.**

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Most candidates said they object to at least part, if not all, of the provisions contained in **Proposal A.**

Most said they oppose **casino** gaming in any form. Others said they would support **casino** gaming, but not as described in **Proposal A.**

Republican Sen. Jesse Lujan, for example, said it would be better to create **casinos** outside of the Tumon tourism district.

Republican candidate Victor Gaza said he supports the concept of **casino** gaming on Guam, but said he questions the government's ability to regulate **casinos.**

Jay Merrill, consultant for Citizens for Economic Diversity, which introduced the gaming initiative, said it would be a pretty strong move, politically, if anyone attempted to change a law passed by the voters.

He said lawmakers so far have not attempted to change laws created during past referendums.

When asked whether the possibility of legislative intervention might deter **casino** investors, should **Proposal A** pass, Merrill said lawmakers have had the maturity to leave in place laws related to qualifying tax certificates, banking and insurance.

"I think the people would view it as a very serious breach of trust, particularly if it does anything to stop or prevent investors from coming - if it was the type of action that would be viewed as anti-industry, I doubt seriously whether any legislator would be that irresponsible," Merrill said.

TO THE POINT

s Any **casino** gaming law approved by voters would face a Legislature that is unhappy with **Proposal A,** according to responses to Pacific Daily News' questions on **casino gambling** in general.

---- INDEX REFERENCES ----

NEWS SUBJECT:      (Elections (GVOTE); Political/General News (GCAT);
Politics/International Relations (GPIR); Domestic Politics (GPOL))

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 517

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/19/04 PACIFICDAILY 1                                                    Page 3

10/19/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/19/04 Pac. Daily News (Hagatna, Guam) 8
2004 WL 88973016

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Tuesday, October 19, 2004

Business; A

Forums on Prop A to be held today

Katie Worth
Staff

By Katie Worth   Pacific Daily News

kworth@guampdn.com

Guam voters who are still undecided about whether to support the **casino** initiative
**Proposal A** have the chance to hear the opinion of a gaming industry expert at two
separate public forums today.

The gaming initiative is scheduled to be on the Nov. 2 ballot, but it may be
delayed by a lawsuit filed by its proponents yesterday.

The first of today's forums, to be held at lunchtime, will be sponsored by the
Guam Chamber of Commerce and is titled, "The Economic Impact of **Proposal A.**"

A second forum will begin later in the afternoon, and is being sponsored by the
University of Guam Bachelor of Social Work Program.

Both forums will feature world-renowned gaming expert William N. Thompson, who has
been brought to Guam by anti-gaming group Communities Opposing Prop A. Thompson is
a professor at the University of Nevada Las Vegas.

Thompson has written several books on the **gambling** industry, including an
encyclopedia and handbooks on various aspects. He also has been featured as a
**gambling** expert on several national television news and in print media.

After a presentation by Thompson, the UOG forum will feature a panel of faculty
members with varying perspectives on the initiative: economics associate professor
Roseann Jones; education associate professor Velma Sablan; social work associate
professor Gerhard Schwab; and philosophy professor James Sellmann.

"It's really an academic attempt to go beyond the rhetoric and really give it a
careful look," Schwab said. "I think it's going to be a full Lecture Hall."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

IF YOU GO

Two public forums on the **casino** initiative are being held today:

s The Guam Chamber of Commerce presents "The Economic Impact of **Proposal A**," in the Chamorro Ballroom, Guam Marriott Resort, starting at 11:30 a.m. Gaming expert William N. Thompson will be the guest speaker. The luncheon is open to members of the chamber, Guam Visitors Bureau and the Guam Hotel and Restaurant Association, as well as the public. Admission is $15 and includes lunch. Make reservations with the chamber at 472-6311/8001 no later than 9 a.m.

s The University of Guam Bachelor of Social Work Program is holding "Public Forum: Impact of Proposition A on Guam," in the UOG Lecture Hall from 3 to 5 p.m. The forum is free.

---- INDEX REFERENCES ----


INDUSTRY:            (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 407

10/19/04 PACIFICDAILY 8
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/18/04 Pac. Daily News (Hagatna, Guam) 8
2004 WL 88972977

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 18, 2004

Local; A

Election, **Proposal A** forums held by churches

Katie Worth
Staff

By Katie Worth  Pacific Daily News

kworth@guampdn.com

Two weeks from tomorrow, Guam voters will decide who to install into their Legislature and whether to allow **casinos** on the island.

To help them decide, a group of churches organized two forums.

About 200 people attended the second of the two Assemblies of God forums yesterday, during which Democratic candidates were asked how they feel about **gambling** initiative **Proposal A**, as well as what they feel about issues such as education, health care, crime and the economy. The first forum was held on Oct. 10, and Republican candidates were asked to attend.

Last night's forum was moderated by pastor Mary Kinsella of the St. Paul Christian School.

"As Christians we believe we have a responsibility to be involved in our political process, and the best way to educate our people on the issues is to bring the candidates to us, so we got together and decided to do that," she said.

She said Prop A is a major issue for the Christian community on Guam.

Republican senatorial candidates who attended the first forum said they disapproved of the gaming measure, she said.

Of the 12 Democratic candidates who attended yesterday's meeting, all but one said they disapproved of the measure, she said.

Abundant Life Church member and Yigo resident Rick Padilla, 40, said knowing how the senators feel on the gaming initiative will help determine how he votes.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"Of course as Christians with Christian values, we don't want our people to get involved in this **gambling**," he said.

P.J. Borja/For Pacific Daily News

Undivided attention: At St. Paul Christian School last night, from left, Dr. Conceso Libao, his wife Lita, and Lenny and Mario Josefin listen during a forum to help stir community discussion about local election issues.

---- INDEX REFERENCES ----

NEWS SUBJECT:        (Elections (GVOTE); Political/General News (GCAT); Politics/International Relations (GPIR); Domestic Politics (GPOL))

REGION:        (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 316

10/18/04 PACIFICDAILY 8

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/11/04 Pac. Daily News (Hagatna, Guam) 2
2004 WL 88972869

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 11, 2004

Local; A

Official: **Casino** not a big draw for tourists to Cairns

Steve Limtiaco
Staff

By Steve Limtiaco  Pacific Daily News

slimtiaco@guampdn.com

Guam's 80-page **casino** initiative mentions Japanese tourists passing through Guam
to get to a **casino** in Cairns, Australia, as one of the reasons Guam should
legalize **casinos** here as well.

But the 7-year-old Reef Hotel **Casino** in Cairns is only a small element of that
city's tourism industry and struggled to establish itself, said Sandy White,
executive officer of the Cairns Chamber of Commerce.

Tourists come to Cairns mostly for other reasons, he said.

"The **casino** was originally built for the high-rollers in the Japanese market, but
it never really took off," White said. "It's only been in recent years that the
**casino's** actually turned a profit for its shareholders."

Officials with the Reef Hotel **Casino** did not respond to a request for comment on
that establishment's place in the local economy.

White noted that it is difficult to compare Guam's tourism industry to the Cairns
tourism industry, which serves primarily domestic visitors. Japanese visitors
represent only 20 to 25 percent of tourists there, he said.

"The **casino** itself doesn't play a huge role in attracting tourists," White said.
"It does put dollars into the place, but I don't think it's the reason that people
travel to Cairns. … It's just one of those things that people expect to
find when they travel to an international destination."

It is difficult to gauge the social effect of that 128-room hotel/**casino** on the
local population, since gaming machines have been widely available to Cairns
residents for a long time in pubs, clubs and parlors. Some businesses operate

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

several hundred **gambling** machines, White said.

The fact that the Reef Hotel **Casino** is an upscale establishment (it has a dress code) also is a limiting factor on the number of local residents who gamble there, he said.

"When the **casino** started here in Cairns, the poker machines had been here for some time previously. So those that would have gambled in the **casino** were already using their local clubs and pubs and poker machines," he said. "There's also online betting and that type of thing. Australians are pretty fond of having a bet."


                          ---- INDEX REFERENCES ----


INDUSTRY:            (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:             (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:     GU; West; **Gambling**

Word Count: 390

10/11/04 PACIFICDAILY 2

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/11/04 Pac. Daily News (Hagatna, Guam) 3
2004 WL 88972870

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 11, 2004

Local; A

Tourists: **Casino** may be good for visitors

Steve Limtiaco
Staff

By Steve Limtiaco  slimtiaco@guampdn.com

and Masako Watanabe

Pacific Daily News

mwatanabe@guampdn.com

There has been a lot of speculation about whether **casinos** on Guam would attract or repel tourists, but the tourists interviewed by the Pacific Daily News last week were generally open to the idea of going into a **casino**, at least once.

More than a third of the tourists surveyed by the Guam Visitors Bureau earlier this year were not sure about whether they would favor **casinos** in Guam hotels. The remaining tourists were split in their support.

In March, 29 percent of those surveyed said they would support it, while 30 percent said they opposed. The results were reversed in June, with 37 percent of tourists in favor and 23 percent opposed.

Attracting more tourists is a key element to the success of **casinos**, according to a $38,000 gaming study paid for by members of the Guam Hotel and Restaurant Association, which projects that more than 84 percent of **casino** revenues would come from **gambling** by more than 400,000 tourists per year.

"(Guam) may be an even better destination with (a **casino**). I've been to Las Vegas and it was fun," said Masaru Yoshida, 56, of Oita Prefecture, who was on island for the first time last week to attend his son's wedding.

When asked whether **casinos** would present a negative image for tourists, Yoshida said, "I don't think it'll be a problem. In Las Vegas, they have many activities besides **casinos**, like scenic flights, that are good for families."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

When asked what else could be done on Guam to attract tourists, Yoshida noted that it is more difficult to make your way around Guam, compared to Hawaii.

"Maybe more accessible shopping malls," he said.

Satoru Yanagida, 34, of Chiba, Japan, said, "(Guam is) close and I rarely visit so it would be all right if there was something like (**casinos**) here when I come."

Yanagida was relaxing poolside at the Hilton Guam Resort & Spa with his wife, Chikako, 26, and their 18-month-old daughter, Sakura.

Last week was Satoru Yanagida's second trip to Guam in 10 years. He said his family decided to come here because it is close and therefore easier to travel with a small child.

Chikako Yanagida said **casinos** might be a good idea for tourists, but not necessarily for those who live here.

"As a person who's visiting here to have fun, I think it'll be nice (to have a **casino**)," she said. "But I'd feel bad for the residents. Public safety could be compromised and so could the community environment. It'll be a shame."

At home

Japan citizens also are wrestling with the **casino** issue at home, according to 54-year-old Masaharu Shiomi, who said gaming has a negative image associated with it.

"In Odaiba (an area within the Tokyo metropolis), the Tokyo Metropolitan Government is pushing to have **casino** gaming," he said. "The nation's laws don't permit that and the area residents are opposed. And there are problems associated with the yakuza (organized crime). But the mayor is really pushing for it to rebuild the government's finance."

He said **casinos** might work on Guam, provided they are confined to a limited area, and not near the shore.

"I'd check it out once. I wouldn't go repeatedly, but I'd go see what it's like," said his wife, 47-year-old Hiroko Shiomi. "Instead of building (**casinos**) on the oceanfront, they should build them inland to preserve the environment."

She said she might go to a Guam **casino**, provided it is a casual place that does not require dressing up.

The fact that Guam is a quiet place is one of the main reasons she and her husband came here, she said. They were sitting alone in the middle of about a dozen empty deck chairs on the beach.

"I mean it in a good way. We came here because it's not a destination with a lot of activities. If there were lots of things to do, we'd feel like we have to do them. It's nice that we can relax," she said. "We came for 6 days, 5 nights - a little longer than the average tourist. It's more relaxing than, say Hawaii. It's easy-going, even to go shopping."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Daigo Fujita, 25, who was relaxing with his wife, Mariko, on the beach last week, is of the opposite opinion - the more to do, the better, he said.

"I think it'll be OK to have (**casinos**). It's better to have more leisure activities than if there were nothing," he said.

"That might be a good idea. I'd check it out," Mariko Fujita said. "My friends went to Las Vegas and they said they had fun. (**Casinos**) will probably attract young people."

TO THE POINT

s Several Japanese tourists interviewed last week said they would be open to going to a **casino** on Guam.

ELIGIBLE HOTELS

**Proposal A** states that **casinos** can operate only in hotels with 100 rooms or more, with only 10 licenses issued for the island. The following Guam hotels meet the minimum standard for rooms:

s Alupang Beach Tower: 110 rooms

s Guam Dai Ichi: 318 (when it reopens after renovations)

s Guam Hotel Okura: 366

s Guam Marriott Resort & Spa: 436 rooms

s Guam Reef Hotel: 440 rooms

s Grand Plaza Hotel: 124 rooms

s Hilton Guam Resort & Spa: 587 rooms

s Holiday Inn Resort Guam: 252 rooms

s Holiday Plaza Hotel: 132 rooms

s Hotel Nikko Guam: 492 rooms

s Hotel Santa Fe: 110

s Hyatt Regency Guam: 455 rooms

s Ladera Tower: 218 rooms

s LeoPalace Resort: 107 rooms

s Ohana Oceanview Guam: 191 rooms

s Onward Beach Resort: 286 rooms

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/11/04 PACIFICDAILY 3                                   Page 4

s Outrigger Guam Resort: 600 rooms

s Pacific Islands Club: 792 rooms

s Palace Hotel Guam: 403 rooms

s Royal Orchid Guam Hotel: 204 rooms

s The Westin Resort Guam: 426 rooms

Guam Hotel and Restaurant Association

Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

Visitors: Hiroko Shiomi, 47, and husband Masaharu Shiomi, 54, of Yokohama, Japan,
hang out at Ypao Beach recently. The couple said having a **casino** on Guam would be
a good idea as long as it is controlled.

                      ---- INDEX REFERENCES ----


NEWS SUBJECT:      (Travel (GTOUR); Political/General News (GCAT);
Living/Lifestyle (GLIFE))

INDUSTRY:          (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 1076

10/11/04 PACIFICDAILY 3

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/11/04 Pac. Daily News (Hagatna, Guam) 3
2004 WL 88972871

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, October 11, 2004

Local; A

## Spending reports on gaming issue not available

Steve Limtiaco
Staff

By Steve Limtiaco  Pacific Daily News

slimtiaco@guampdn.com

Exactly how much has been collected and spent by the groups opposing and supporting **casino gambling** on Guam is not known and may never be known.

One group plans to spend less than the amount that would require it to file a spending report with the Guam Election Commission and the other group questions whether it is required to file one at all.

According to Guam law, groups that collect or spend at least $100,000 toward an issue that is to appear on the ballot need to file an organizational report, said Guam Election Commission legal counsel Cesar Cabot.

That organizational report requires groups to list the names of anyone who contributes $100 or more, but does not require groups to state how much they have spent.

The group opposing the **casino** initiative, Communities Opposing Prop A, does not plan to spend more than $75,000, said Jackie Marati, the group's chairwoman. It has not collected or spent that much yet, she said.

Citizens for Economic Diversity, which introduced the **casino** initiative and which acknowledges spending about $100,000 to date to support its passage, is debating whether it is legally required to file spending documents, said Jay Merrill, a consultant for the group. The law appears to require spending reports from political candidates and not from groups in connection with initiatives, he said.

"The election commission hasn't really published any rules," he said, "That (reporting law) has to do with political candidates. It doesn't have to do with initiatives. There hasn't really been a rule set up. We're talking to the election commission now to try and determine what those are."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Both groups declined to give the Pacific Daily News specific information about the amount of money they collected, where it came from and how it has been spent.

Both have used roadside billboards, print ads, radio ads and television spots to send their respective messages.

Funding sources

"We don't even have anything in writing that I could provide to you at this point," said Marati of COPA. "Our fund-raising efforts are ongoing and continuing, and we hope to reach that level just before the election hits, because that's when we need to be spending the money. … There is a huge group of undecided people, and usually they make up their minds in the last three to four weeks prior to (the election), and then you'll see a sprint to the finish."

When asked about the source of the group's money, Marati said, "It's been through a variety of communities that have contributed to that effort. … It's a mix of small contributions from passing around the hat, to contributions at larger levels."

Merrill of Citizens for Economic Diversity said the group has collected its money from about 200 different people in the community, but mainly from the businessmen who are on the group's board.

"How we've collected money has been through fund-raisers and by individual donations by our original incorporators," Merrill said.

Those original incorporators include attorney David Lujan, bowling alley and ice cream franchise owner Gordon Chu, service station owner Robert Perron, Benson Hardware President Cencio Tan Vy, and service station owner John Lee, although Lee resigned from that group.

"The rule has been that none of the original incorporators, including David (Lujan), has been willing to invest more than what we've been able to raise individually from other people. It's been shared equally amongst all the major contributors to the campaign," Merrill said.

"Major contributors have been the board itself - them individually, (David Lujan) - and it's also been the Palace Hotel and to a much lesser extent - more so in-kind than in dollars - has been the Hilton hotel. … Those have been the major contributors to the effort itself."

Lee said he left the group to have more time for his family and his business.

"Contrary to what anti-gaming folks are claiming, that we're backed by a bunch of global multinational conglomerates - we're not. I put my own personal money in there, because I think we're all gonna benefit as a business community," he said.

---- INDEX REFERENCES ----

NEWS SUBJECT:      (Elections (GVOTE); Political/General News (GCAT);

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/11/04 PACIFICDAILY 3                                                    Page 3

Politics/International Relations (GPIR); Domestic Politics (GPOL))


INDUSTRY:              (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:                (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:     GU; West

Word Count: 723

10/11/04 PACIFICDAILY 3
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



factiva.

10/10/04 PACIFICDAILY 15                                                          Page 1


10/10/04 Pac. Daily News (Hagatna, Guam) 15
2004 WL 88972855

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 10, 2004

Opinion; A

Proposal's opponents mislead with money talk

Readers

By Greg Schulte  Opponents to Prop A like to point out that $1,000,000 will yield
only $90,000 in taxes, of which just $4,500 will find it's way to one of the tax
beneficiaries under the act.

They also like to try and point to the "enormous profit" **casinos** will be sending
off island after they pay "only" 9 percent in taxes.

The first point is misleading and the second is simply wrong.

Firstly, and very easy to grasp, is that **casino** gross revenue will be in the
region of at least $100 million annually, which means that the seemingly paltry
$4,500 becomes $450,000, and probably a great deal more since $100 million in
gross revenue is what a very modest **casino** operation can expect to generate.

The second point is a little more complex and concerns the 91 percent opponents
claim the **casino** will pocket and send off-island. This contention is totally
false.

At the outset, it must be pointed out that **casinos** will pay tax on gross revenue
before expenses. For the sake of simplicity, let's assume that the operating
budget of a **casino** is divided into four equal parts: 25 percent for wages; 25
percent for goods and services; 25 percent for promotion and lastly 25 percent
contingency reserve to include taxes. This will mean that of the $1 million,
$250,000 will go to wages and of this, about $50,000 will be paid by employees in
taxes - income and taxes which stay on Guam. And $250,000 goes to goods and
services and of this, 4 percent, or around $10,000, will go to GovGuam as GRT -
these expenditures and taxes too stay on Guam. Also, $250,000 goes to promotion,
augmenting what is already being spent by GVB because the **casinos** will be
promoting to the visitor market and again GovGuam will be receiving GRT on the
activity - money that all stays on Guam and generates more visitors. And, finally,
the big bad profit the **casino** will be left with: $250,000 in the contingency
reserve, minus the $90,000 gaming tax, and not forgetting matching taxes on wages
(around $20,000). This leaves the **casino** with around $140,000. That's just 14
percent of gross and out of this they still have to meet the annual license fee

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

and the fees on their slot machines and probably other overhead as well.

In summary, $860,000 for every $1 million in gross revenue will stay on Guam in the form of local employment and goods and services provided by local businesses. This money will either go into the tax pool or circulate in the economy.

As stated earlier, this is a very simple example, but the fact remains that however it is carved up, for every $1 million, a highly significant amount of money will STAY on Guam. Of course, investors require a return, but do not be misled into thinking a few will become fabulously wealthy. If anyone knows of an investment somewhere returning 91 percent, please let me know! The introduction of **casinos** to Guam will see direct benefits to all on this island not just a fortunate few.

Greg Schulte is a resident of Tumon.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 553

10/10/04 PACIFICDAILY 15
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.
Dow Jones & Reuters

10/10/04 PACIFICDAILY 15                                                    Page 1

10/10/04 Pac. Daily News (Hagatna, Guam) 15
2004 WL 88972856

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 10, 2004

Opinion; A

Proposition A will damage tourism

Readers

By Sukeaki Izumi  Since 1988, I have owned the 711-room San Remo **Casino** in Las
Vegas which we are now converting to a $130 million Hooters hotel-**casino**. We have
over 600 gaming positions (slots, blackjack, roulette, craps).

I co-founded the SandCastle with Mark Baldyga and have invested in Guam since
1987, including Mai'Ana and Sunroute Hotels, Horizon condominiums and over 100
acres of land in Tumon, Hagåtña, Yona and Talofofo.

As a **casino** owner, I support gaming. But unfortunately, I do not believe gaming
would work well in Guam.

Las Vegas has 35 million visitors and over one million residents. Guam has a small
local population and (a little over a million) visitors. Gaming is often
unsuccessful in places with small populations and fewer then several million
visitors. Empty **casinos** in places like Jeju, Korea, lose money and create a poor
image.

Japanese do not gamble. I first targeted Japanese tourists at San Remo. But after
we saw the results, we quickly gave up this market. My GM told me, "The only ones
who play less than Japanese are flight attendants."

The Japan government is also considering **casinos**. But this is a very different
situation. About five percent of Japanese will gamble. Inside Japan, this means
five million potential players, which is a good business if there are a limited
number of large **casinos**.

On Guam, however, 5 percent of visitors is about 60,000 players, which means 160
players per day. If you spread these players out over 10 small **casinos**, each **casino**
 will have about 16 players per day! Even including Korean and Chinese (tourists)
and locals, I am sorry to say that the **casinos** will be empty, will not make money
and the image will be bad for Guam.

Over time, these **casinos** will not re-invest nor maintain or staff the facilities
well, causing an even worse image. More importantly, the presence of the **casinos**

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

will detract from Guam's safe, clean, family image and cause Guam to lose customers.

Many Guam arrivals are wedding groups and families. These customers are not compatible with **gambling**. Guam will lose some of these customers to competitive destinations such as Hawaii, Bali, Thailand and other beach resorts. This lost income is much more than new **gambling** customers will create.

Further, Guam cannot expect high rollers. Guam will have Japanese and Korean slot players bringing maybe a maximum of $100 to $200 per player for the 5 percent of arrivals who gamble. The total amount gambled on Guam by visitors will be less than $15 million. This is less than 10 percent of what the pro-gaming people are suggesting. Of this income, the tax revenue for Guam will be less than $2 million. But at the same time, Guam will lose some of its existing Japanese customers and high-paying honeymooners and wedding groups, at great cost.

The Nevada Gaming Control Board is very detailed. They flew many people to Japan as a part of my license application. We discovered areas where Japan law was different from their experience. We worked together to clarify accounting rules and international tax laws that were normal in Japan but not in the United States. I was very cooperative and open and the Nevada Gaming Control Board has many years' experience conducting such investigations. Yet even in this situation they had a difficult time.

Conducting an intensive gaming investigation is difficult even in America. To do it in a foreign country for overseas applicants is extremely difficult. The potential for granting licenses to those companies who have questionable business practices is, unfortunately, high.

As the co-owner of SandCastle, **casino gambling** would match our image. However, as an investor interested in the overall long-term success of Guam, I urge the people of Guam to consider this step very carefully.

The present proposal that will be voted on in November, if approved, will be unsuccessful for investors and will cause significant damage to Guam's tourism economy.

Sukeaki Izumi is the co-founder

of the SandCastle Entertainment Complex and owner of the

San Remo **Casino** in Las Vegas.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/10/04 PACIFICDAILY 15

OTHER INDEXING:     GU; West; **Gambling**

Word Count: 697

10/10/04 PACIFICDAILY 15

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.


factiva.

10/10/04 PACIFICDAILY 15

Page 1

10/10/04 Pac. Daily News (Hagatna, Guam) 15
2004 WL 88972857

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 10, 2004

Opinion; A

## **Casino gambling** equals greater suicide risk

Readers

By Marie Virata Halloran  **Casino gambling** can cause financial loss and addiction to try and recover money lost. Statistics show that financial losses can cause severe hardship - not only to one's self, but to family members. If the problem is not addressed, it can lead to stress and symptoms of acute depression, feelings of helplessness, hopelessness, shame and embarrassment. Research has shown that often in the midst of desperation, the person may succumb to alcohol and drugs to relieve his or her pain.

Affected people who are going through deep, excruciating pain feel there is no way out and have greater risk of suicide attempt or completed suicide. The effects of death or injury from suicides are in great magnitude and influence families, relatives, acquaintances, communities, society and the whole world.

Say "no" to **casino gambling**. It could save lives, prevent family and societal tragedy and, more importantly, it protects Guam's most precious gifts, our children.

Marie Virata Halloran

is the executive director of Life Works and the local registered director for Rainbows For

All Children - Guam.

---- INDEX REFERENCES ----

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:        (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/10/04 PACIFICDAILY 15                                    Page 2

OTHER INDEXING:    GU; West

Word Count: 188

10/10/04 PACIFICDAILY 15

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/10/04 Pac. Daily News (Hagatna, Guam) 16
2004 WL 88972859

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 10, 2004

Opinion; A

Nov. 2 vote about initiative, not gaming

Readers

By Mark Baldyga  If gaming is approved, we'll probably apply for a license. We
have been "bringing Las Vegas to Guam" for 14 years, and my partner holds a Nevada
gaming license. Unfortunately, Prop A would be disastrous for Guam.

As a Pacific Asia Travel Association board member, I visited every **casino** in the
region and gave tourism keynote speeches from Macau to Shanghai and Hawaii. I
chaired Vision 2001's attractions committee. We examined **casinos** as an attraction
and commissioned surveys by CFED's own consultant. The result: 40 percent said
they may vacation elsewhere, 18 percent said they "definitely will not come," 27
percent said **casinos** will harm Guam's image.

To match the economic cost of an 18 percent drop in Japanese arrivals, we'd need
Korean and Taiwan arrivals to leap 500 percent. Won't happen. Japanese
honeymooners and families form the foundation of our economy. To endanger that is
incredibly foolish.

This is not to say there is no way for gaming and Japanese tourism to coexist. But
if there's a single worst case to ensure damage from gaming, Prop A is it.

Major **casino** operators recently looked at Guam but said "no thanks," because 10
**casinos** as provided under Prop A are too many. They're right. To understand why
Prop A allows 10 **casinos**, you need to consider who wrote and funded it.

CFED absurdly projects $175 million in revenue, $22 million in taxes and thousands
of jobs. Reality? Japan Travel Bureau says only 30 percent of Japanese who visit
Las Vegas gamble and spend $50. This averages $15 per visitor, not CFED's $200 per
visitor assumption.

CFED projects $100 million investment. Reality? No investor will build rooms.
We're at 55 percent occupancy. Hotels will add slots in existing space. The only
investment is in slots and goes off island.

Unbiased research says 5 percent will be problem gamblers. Our social costs will
exceed $30 million. Losing conservatively just 10 percent of Japanese tourists

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

will cost us another $65 million ($650 spent per tourist times 100,000) and hundreds of jobs. We pay for all of this with $2 million in taxes?

CFED says hotels will ensure kids aren't left in cars this time. How about the ones left home unattended? The Vegas phone book has 117 full-page ads for "entertainers" and 1-800-GIRLS-4U billboards. This is a career for our children?

CFED says tourists cannot stay on the beach all day, yet Hawaii has seven-day stay or higher repeaters and - very purposefully, after exhaustive study - no gaming.

With projected regional travel growth, the recovering Japan economy and the military buildup, we don't need **gambling**.

If we insist on **casinos**, we could invite qualified, experienced bidders for an exclusive license that requires high guarantees and high taxes. Located outside Tumon, it would be less likely to destroy our safe, beach-resort image. With limited rooms and F&B, it would reduce damage to local restaurants/bars that cannot fairly compete against subsidized buffets and free **casino** drinks under Prop A.

Federal law prohibits excluding locals, but a high **casino** entrance fee, waived if you have a hotel room, may reduce local **gambling** addictions. Not perfect, but a heck of a lot less destructive than Prop A.

Better yet, we could invite bidders to place slots at the airport, with GovGuam keeping 50 percent of revenue. Located after immigration, there'd be no social problems, no gaming control board debacles and significantly higher GovGuam income than under Prop A.

Let's be very clear. The vote on Nov. 2 is neither about such ideas nor a vote "for or against gaming." This is a vote on one very specific initiative that benefits exactly 17 people - 10 licensees, five commissioners and a few consultants - at the expense of everyone else, and with the probability of severely damaging our economy.

Guam deserves better. You deserve better.

CFED says you have the power. They happen to be right. You do have the power ... to vote No! Take it from a prospective **casino** owner.

Mark Baldyga is the co-founder and CEO

of the SandCastle Entertainment Complex.

---- INDEX REFERENCES ----

NEWS SUBJECT:      (Travel (GTOUR); Political/General News (GCAT); Living/Lifestyle (GLIFE))

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/10/04 PACIFICDAILY 16                                        Page 3

Hotels/Restaurants/**Casinos** (I66))

REGION:              (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 710

10/10/04 PACIFICDAILY 16
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.



Westlaw.

10/9/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88972818

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Saturday, October 9, 2004

Local; A

Residents split on Prop A

Oyaol Ngirairikl
Staff

Officials to discuss possible vote delay on Monday  By Oyaol Ngirairikl

Pacific Daily News

ongirairikl@guampdn.com

Tour bus driver Tony Portka said he wants to wait.

Resident Rose David is ready to decide next month.

Cab driver Albert Eata is unsure of what the government should do, but knows how
he's going to vote "No" on Proposition A, when island residents get to vote on it.

Currently, some island residents still expect to vote on Proposition A on Nov. 2.
But concerns about the information provided to residents about Proposition A,
which would allow regulated **casino** gaming in as many as 10 large Guam hotels, may
delay the vote.

On Monday, the attorney general's office and the Election Commission is expected
to meet and address some concerns, which may move the vote on Proposition A by
months to years.

Two days ago, the attorney general's office said lawmakers may have to call a
special election to decide the **casino**-gaming issue because of several mistakes in
the informational pamphlets that were mailed to voters last week.

Among other things, the Guam Election Commission did not mail a complete copy of
the 80-page **casino** proposal to registered voters, as required by Guam law, which
may have cost more than $100,000, the commission's legal council has stated.

Instead, the Election Commission sent out single-page pamphlets that provides a
summary of the proposal, which Portka and other residents said does not provide
adequate information about the proposal.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"Eighty-two pages … and they fit it into one page," the Guam Sanko Transportation bus driver said, adding that he personally doesn't gamble but is willing to consider "controlled **casino gambling**" proposed by Proposition A.

"But I haven't even seen (the proposal) and I'm sure there are things in it that people have to be aware of before they can make a decision that's good for the entire island," Portka said.

Local businessman Prakash Hemlani, who manages the family-owned Rocky Mountain Chocolate Factory in Tamuning's Guam Premiere Outlets, said he thinks more information should be provided in the form of the proposition itself but also in public discussions and debates.

"Really, the information in the pamphlets that the supporters of **casino gambling** and the groups against it are passing out are basically general education and provide no depth on the issue," Hemlani said.

"We need to have the two sides come out and debate their sides so that we can see the best and the worse of the issue and make educated decisions when the time comes to vote."

The store manager said he personally is in favor of finding other means to speed up the nearly decade-long economic slump that the island has been in, and while **casino-gambling** may bring in some additional money, there is much that needs to be discussed.

Hemlani, who also deals in real estate, said the ice cream shop stands to lose money if residents and tourists decide to spend their money at the **casinos**. But he anticipates that real estate business will pick up if Proposition A is approved.

"I'm kind of yes and no when it comes to **casino gambling**, … and I would like to see more information to help me make my decision. I think we should hold off on voting," Hemlani said.

David argues that **casino gambling** has been an issue of public debate for decades on Guam and the residents are "smart enough to know the good and the bad" about **casino gambling** and are more than ready to vote on Nov. 2, whether they receive summary pamphlets or the entire proposal from the Election Commission.

"Right now, I think everyone can say its going to bring more money to the island. They're just worried its also going to bring crime and a lot of bad habits," David said. "But there's already crime and you already have people spending their hard-earned money on other things and failing to pay their rent.

"Really, what it comes down to is personal discipline … and if people decide to go for broke then that's up to them," the Tamuning resident said, who will vote "Yes" on Proposition A.

David said many people on Guam already gamble when they play Bingo, fight roosters or fly off island to areas that do have **casinos**.

"I know a lot of people who go to Las Vegas so they can sit in front of a slot machine," David said. "Face it, it's a recreational thing and it'll provide

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

additional entertainment for the island."

According to a recently released Spectrum Gaming Group report, **casinos** would add as many as 2,085 jobs to the local economy, with 1,388 of those employees working directly for **casinos**.

The **casinos** could take in as much as $106.7 million a year, the report states, including $15.3 million from local residents.

The report projects that more than 41,000 local residents and more than 480,000 tourists would visit **casinos** each year, with local residents **gambling** as many as nine times per year.

Those revenue projections are based on the assumption that the island will have 1.6 million visitors - a figure that is about 300,000 more than Guam's current record for visitor arrivals.

A group against Proposition A, Communities Opposing Prop A, also announced that it will bring an expert on the gaming industry, University of Nevada Las Vegas professor William N. Thompson, to Guam later this month to talk about the economic impact of **casino** gaming on Guam.

Cab driver Eata, 33, said all the studies and all the debates won't sway his vote.

"I don't gamble," Eata stated simply. "I don't have to read a proposal or hear how much money the supporters think its going to bring in. I don't like **gambling** and so I'm going to vote 'No.'"

TO THE POINT

s Residents have a range of opinions about the possible delay on the Proposition A vote.

TO LEARN MORE

PROPOSITION A

s To learn more about Proposition A, call Citizens for Economic Diversity at 647-CFED (2333) or visit its Web site,  www.guamgaming.com.

OPPOSITION

s To learn more about Communities Opposing Prop A, call 472-COPA (2672) or visit its Web site at  www.copaguam.com.

WHAT'S AT ISSUE

Here's what allegedly is wrong with the **Proposal A** pamphlet, according to the attorney general's office:

Pamphlet

s The claim: There is no Guam **Casino** Gaming Control Commission Act in the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

pamphlet.

s What Guam law says about that: "The Ballot pamphlets shall contain: (a) A complete copy of any measure submitted to the voters by: (1) The Legislature. (2) Initiative or referendum petition. (b) A copy of the specific statutory provision, if any, proposed to be affected." In addition, government regulations state that "the complete text of the initiative measure" must be printed in the ballot pamphlet, immediately after the argument against the measure, followed by the text of any existing laws that would be affected.

Analysis

s The claim: There is no analysis by the commission as required by law. (According to Assistant Attorney General Robert Weinberg, the text in the pamphlet does not appear to meet the minimum requirements of the law).

s What Guam law says about that: "Whenever any measure qualifies for a place on the ballot, the Election Commission shall prepare an impartial analysis of the measure showing the effect of the measure on the existing law and the operation of the measure. The analysis shall be printed in the ballot pamphlet between the ballot title and the arguments for and against the measure. The length of the analysis shall not exceed five hundred (500) words, except with the approval of the Election Commission."

Legal counsel

s The claim: The "analysis" that is provided does not appear to be authored or acknowledged by legal counsel for the commission, as required by the government's Administrative Rules and Regulations.

s What the regulations say about that: "Legal counsel for the commission shall, not less than 45 days prior to the election at which an initiative measure is to be submitted to the voters, prepare an analysis of the measure, not to exceed 500 words in length. The analysis shall be impartial and shall show the effect of the measure on existing law and the operation of the measure."

Signatures

s The claim: The pamphlet lacks the three signatures of voters who submitted the opposition to **Proposal A.** Three signatures of voters were submitted, but only one name appears on the pamphlet, contrary to law.

s What Guam law says about that: "No more than three signatures shall appear with any argument printed in the ballot pamphlet. In case any argument is signed by more than three persons the signature of the first three shall be printed."

Pacific Daily News

Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

'Wait on vote': Tony Portka, 28, a bus driver for Guam Sanko Transportation, said he thinks voting on Proposition A should be postponed.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/9/04 PACIFICDAILY 1                                                    Page 5

---- INDEX REFERENCES ----


NEWS SUBJECT:       (Elections (GVOTE); Executive Branch (GVEXE);
National/Presidential Elections (GVOTE1); Political/General News (GCAT);
Politics/International Relations (GPIR); Domestic Politics (GPOL); Government
Bodies (GVBOD))


INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:   GU; West

Word Count: 1541

10/9/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/8/04 Pac. Daily News (Hagatna, Guam) 32
2004 WL 88972808

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Friday, October 8, 2004

Opinion; A

Our View

Staff

What you must know  Be informed of all of the effects that legalized gaming will
have on Guam

Whenever a change is proposed that will have wide-reaching and long-lasting impact
on a community, it is critical that those making the decision look beyond just the
possible benefits. Decision-makers also must give equal consideration to the
potential negative affects, and look at all areas that can and will be affected.

On Wednesday, a report prepared by the Spectrum Gaming Group, a gaming consultant
business for some members of the Guam Hotel and Restaurant Association, was made
public. The report said that legalizing **casino** gaming on Guam, by the passage of
Proposition A in the General Election, could mean as many as 2,085 new jobs, and
as much as $20.52 million a year in taxes to the government of Guam. It also said
that gaming would draw more visitors to our island and result in increased capital
investment.

But the report also noted that some businesses would suffer as a result of
legalized gaming, particularly those that can't spend money on growth and
improving their appearance. This could result in business failures and many lost
jobs, though the report didn't quantify those effects.

It also predicted that local residents would spend about $15.3 million a year in
the **casinos**. But that also, very likely, translates into $15.3 million that is
currently spent in our economy in various other areas that won't be spent in those
sectors should Proposition A be passed. It's not as if residents will suddenly
have additional money to spend; they will spend money they normally spend
elsewhere. Likewise, some of the money tourists currently spend in other areas
will very likely be spent on **gambling**.

And this doesn't take into account the social ramifications, such as those that
have arisen in other communities that have legalized **casinos**: increased crime
rates, higher suicide rates, more **gambling** addicts, a further increase in
bankruptcies, and a potential stifling in other economic investment and
development.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Before you make up your mind on how to vote on Proposition A, you need to know more than just some of the economic benefits - you must know the full story and ALL the possible and potential effects that legalized **gambling** would have on the social and economic fabric of our community. There's a lot more to this than simple dollars and cents.

---- INDEX REFERENCES ----

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:   GU; West

Word Count: 416

10/8/04 PACIFICDAILY 32
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/7/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88972769

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, October 7, 2004

Local; A

Pro-**casino** report shared

Steve Limtiaco
Staff

By Steve Limtiaco  Pacific Daily News

slimtiaco@guampdn.com

**Casinos** on Guam will create jobs, attract investors and make the island's tourism
industry more competitive, according to a report prepared by an international
gaming consultant.

Voters on Nov. 2 will be asked to approve or reject Proposition A, which would
allow regulated **casino** gaming in as many as 10 large Guam hotels.

The $38,000 report, which was started by Spectrum Gaming Group in late August, was
made public yesterday morning during a press conference at the Guam Hilton Resort
& Spa.

The report was paid for by some members of the Guam Hotel and Restaurant
Association but not by the organization itself, although the group's board does
support Proposition A, said GHRA President David Tydingco. Tydingco is also a
consultant for Citizens for Economic Diversity, which sponsored the **casino**
initiative.

Some of the main sponsors of the report are the Hilton and the Palace Hotel,
Tydingco said.

Tydingco also is the chairman of the Guam Visitors Bureau board of directors, but
the government of Guam agency has remained neutral on the controversial issue.

Michael Pollock, managing director of Spectrum Gaming Group, yesterday morning
gave a brief overview of the report via conference call and answered questions
from local journalists.

"We looked at questions and issues that were raised by both sides," he said of the
report. "We did not set the agenda, nor did the hotel-restaurant association set

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

the agenda for what we would look at in the report. We tried to make it as comprehensive as possible," he said, noting that it does not necessarily address every question.

According to the report, "Gaming, if developed carefully and wisely, will not solve the problems faced by Guam, but could offer the tools through which those problems could be solved."

Guam's main challenge is attracting enough investment to maintain and improve its appearance, the report states. "Absent such investment, Guam faces the real possibility of heading into an economic tailspin."

**Casino** gaming works best in a tourism economy that targets visitors as its primary customers, the report states, and it works best when it enhances other local attractions instead of replacing them.

"Gaming can … make a market more competitive because it offers another attraction, another thing to do, while there. And it also has the ability to generate additional capital investment. We see that in markets large and small," Pollock said.

According to the report, **casinos** would add as many as 2,085 jobs to the local economy, with 1,388 of those employees working directly for **casinos**.

The **casinos** could take in as much as $106.7 million a year, the report states, including $15.3 million from local residents.

The report projects that more than 41,000 local residents and more than 480,000 tourists would visit **casinos** each year, with local residents **gambling** as many as nine times per year.

Those revenue projections are based on the assumption that the island will have 1.6 million visitors – a figure that is about 300,000 more than Guam's current record for visitor arrivals.

Pollock said that figure is realistic and is based on existing visitor projections that were increased to account for tourists attracted by gaming.

"There are some assumptions built in there that with gaming functioning effectively as part of the larger entertainment experience, it certainly will increase the number of tourists coming to Guam, over and above those levels. That's a natural assumption," he said.

The report states that not all businesses would benefit from **casino** gaming since **casinos** would add new competition for consumer spending.

While **casinos** could increase local salaries and wages by as much as $33.3 million a year, the millions spent by local residents in the **casinos** could be at the expense of other businesses that target discretionary income, the report states.

The report also states that certain types of businesses are more likely to benefit from **casino** gaming than others.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Businesses that can afford to spend money on growth and on approving their appearance will have the advantage over businesses that cannot, the report states.

The report mentions the Micronesia Mall, DFS Galleria, Guam Premier Outlets and attractions in Tumon's "Pleasure Island" as businesses that are in a strong position to benefit from gaming.

"As capital investment spreads throughout the business community, the contrast between businesses that invest and those that do not will become even more stark," it states.

When asked whether independently owned local businesses eventually could be replaced by larger businesses, Pollock said, "That's a very real possibility, but that's nothing specifically to do with gaming. Gaming helps to grow the local economy and create a more dynamic local economy. That sort of process will unfold regardless. There's nothing unique about gaming that would trigger that sort of process."

A group against Proposition A, Communities Opposing Prop A, yesterday announced that it will bring an expert on the gaming industry, University of Nevada Las Vegas professor William N. Thompson, to Guam later this month to talk about the economic impact of **casino** gaming on Guam.

TO THE POINT

s More jobs, an attractive location for new investors and keeping Guam's tourism industry competitive will be some of the results of legalized **casino gambling** on Guam, according to a report from a gaming consultant.

AT A GLANCE

What the report "Gaming on Guam: An Opportunity for Growth" says:

**Casinos** on Guam versus **casinos** in other locations:

s There has been a **casino** on Tinian for eight years, but that **casino** has not reached its potential, in part because its airport was not expanded to allow for direct flights. If **casinos** are on Guam, some **casino** customers could stay on Guam rather than moving on to Tinian.

s There are 18 **casinos** in Puerto Rico, which has had legalized **casino gambling** since 1948. The number of visitors to those **casinos** has declined in recent years because most U.S. jurisdictions have **casinos** and because most Caribbean islands have legalized them. Guam **casinos** would be able to attract a more diverse market than Puerto Rico. Because of Guam's smaller population, local gamblers would not be able to sustain **casino gambling** on their own.

s Japan has considered legalization of **casinos** for years. Legalization is possible, but not imminent.

Projected **casino** revenue:

s Between $85.8 million and $106.7 million a year. Those figures are based on

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

41,580 local residents **gambling** in **casinos** nine times a year and 400,563 tourists **gambling** in **casinos** 1.8 times a year. Average local spending is assumed to be between $37 and $41, and average tourist spending is assumed to be between $100 and $105. It assumes that Guam residents are slightly more likely to visit a **casino** than are tourists.

New jobs:

s As many as 5,000 adults on Guam are unemployed. **Casinos** will create as many as 1,388 jobs directly related to the **casino** industry and 697 jobs indirectly related to the **casino** industry.

Gaming industry average salary:

s $24,000 for a full-time employee, which is higher than the average private-sector wage on Guam of $19,363, but about $3,000 lower than what employees would earn in a similar **casino** on the mainland.

Tax revenue for the local government:

s Between $16.48 million and $20.52 million a year, including the 11 percent gaming tax; the 4 percent Gross Receipts Tax; and the 15 percent personal income tax.

ABOUT SPECTRUM GAMING

s Spectrum Gaming Group LLC is a full service international gaming consultancy offering a variety of services to the **casino** gaming industry. Spectrum is an independent firm and does not operate **casinos** and holds no beneficial interest in **casino** operating companies or gaming equipment manufacturers or suppliers. The heart of the New Jersey-based firm's services is economic and feasibility studies.

www.spectrumgaming.com

Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

Conference call: David Tydingco, president of the Guam Hotel and Restaurant Association, repeats a question for Michael Pollock, managing director of Spectrum Gaming Group, during a press conference yesterday. Some members of the association and others held the press conference to announce the findings of an analysis by Spectrum Gaming regarding the impact of **casinos** on Guam.

---- INDEX REFERENCES ----

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language: EN

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

10/7/04 PACIFICDAILY 1

OTHER INDEXING:    GU; West

Word Count: 1401

10/7/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/3/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88972679

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Sunday, October 3, 2004

Local; A

# Forum imparts data on Prop A

Gene Park
Staff

By Gene Park  Pacific Sunday News

epark@guampdn.com

The organized groups for and against Proposition A, which would launch a **casino** industry on Guam, went head to head with each other and answered questions from island voters yesterday.

KUAM and the Guam Premier Outlets hosted Community Caucus forum, which gave an opportunity for voters both decided and undecided to receive more information about both sides of the issue.

Residents also were given an opportunity to meet and greet candidates for the General Election. Proposition A will be up for vote in the Nov. 2 election.

Jireena Blas, a 48-year-old Yigo resident who said she'll vote yes on Prop A, asked COPA representatives where else can Guam receive a large amount of cash and jobs.

Bruce Kloppenburg, president of tour bus operator Kloppenburg Enterprises, said Guam will not see new tourist arrivals from Japan, where a healthy majority of Guam's visitors come from. However, Merrill said more than a billion dollars is being invested into **casinos** in Narita.

"The Japanese are not big gamblers," said Kloppenburg, also vice president of the Japan Guam Travel Association. "It won't be new money. We'll just be shifting the focus to another industry. I would say 80 percent of **casino**-goers would be local."

Blas, who is currently unemployed, said she wasn't satisfied with COPA's answer.

"My personal opinion is that their group is inundated with people who are wealthy and established," Blas said. "I'm just an ordinary nobody who's looking for a job."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

She said she also believes that the proposition offers strict regulations, including the government-operated gaming commission. Attorney Jay Arriola, a member of COPA, begged to differ as he listed a number of government functions and services that have failed island residents.

"They can't even control a budget, and you think that the government can control **gambling**?" Arriola said.

Agat resident Ceferino Sucaldito, 47, asked how the Tinian Dynasty **casino** in the Commonwealth of the Northern Mariana Islands is faring.

Tydingco argued that the **casino** is seeing $4 million in revenues each year.

"And that's a very small community," Tydingco said. "And unemployment is near zero in Tinian."

However, Kloppenburg and Sucaldito have heard of a more grim description.

"The Tinian Dynasty is a total failure in terms of investment," Kloppenburg said.

Sucaldito said he attended to hear both sides of the issues, despite having made up his mind on the issue after months of personal research.

"Every state that has had **casinos** has had an increase in crime," Sucaldito said. "I know of students who come to Guam from Tinian for the University of Guam because there are no certified professors there. And the Tinian Dynasty promised more money for education."

Sen. John Quinata, who has legislative oversight over public safety, said he believes more money would be needed for law enforcement to watch over the new industry.

"More funds would have to come in to focus just on organized crime," said Quinata, D-Talofofo, who's up for re-election this year. "Not only would we have to beef up our police but also our customs, because we need to find out how this monies is leaving the island - money that is not accounted for."

But Blas, who sported a pro-Prop A T-shirt, said she thinks the anti-**casino** arguments are too emotional and not based on logic.

"And they're too tied to the church, and I believe in separation of church and state," Blas said. "Most importantly, if we close our doors to investors, what would that say about us? There are no jobs here, and I'm looking for a job."

TO THE POINT

s Residents shared their viewpoints on the controversial gaming initiative during yesterday's community forum on Proposition A.

WHAT'S NEXT

s "Community Caucus," hosted by KUAM and the Guam Premier Outlets, continues tomorrow with a senatorial forum that begins at 1 p.m. today.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

s "Win, Lose or Draw: Our community discussion on gaming" is a forum sponsored by
the Guam Humanities Council and the Pacific Daily News. The forum will be held
from 6 to 9 p.m. Oct. 6 at the SandCastle in Tumon.


---- INDEX REFERENCES ----


INDUSTRY:           (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:             (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:     GU; West

Word Count: 722

10/3/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/3/04 Pac. Daily News (Hagatna, Guam) 19
2004 WL 88972694

                        Pacific Daily News, Hagatna
        (c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

                            Sunday, October 3, 2004

                                Lifestyle; A

                    Rosy Prop A picture darker after report

                            Helen Middlebrooke
                            Freelance OK

By Helen Middlebrooke  For Pacific Sunday News

The other day, Pearl was watching television when an advertisement for Proposition
A filled the screen.

As she watched, her brows knit and her lips puckered. Her eyes were intense. She
started shaking her head.

"No!" she said emphatically. "If I could vote, I'd vote NO!"

Pearl understands the nature of **gambling** better than most of us. Before her life
was transformed by Jesus Christ, she lived a life that most of us cannot even
imagine.

In the 1940s and 1950s, Pearl had been in trouble with the law and saw firsthand
the results of the sins of alcoholism, prostitution and **gambling**.

She knows the consequences of **gambling** and is not being swayed by those who are
attempting to convince us that "gaming" is no big deal. People just want to be
entertained, they say, to play games. What harm is there in that?

Plenty.

Findings

In 1999, the lengthy report of the National **Gambling** Impact Study Commission
painted a blacker picture of legalized **gambling** than the rose-colored one we are
being promised on Guam (The report can be viewed at
http://govinfo.library.unt.edu/ngisc/index.html). All the findings should make us
think twice about allowing legalized **gambling** on Guam. Here are a few:

s The presence of a **gambling** facility within 50 miles roughly doubles the
prevalence of problem and pathological gamblers. Crime also increases.

            Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

s Many families of pathological gamblers suffer from financial, physical and emotional problems, including divorce, domestic violence, child abuse and neglect.

s Suicide rates are higher among gamblers.

s The estimated average yearly cost to society, in the form of job loss, government assistance, physical and mental health costs, and **gambling** treatment is about $1,200 per pathological gambler, and about $715 per problem gambler.

s Small-business owners lose business when big **casinos** come to town. In Atlantic City, eating establishments dropped from 311 to 66 in 19 years.

If the goal of Proposition A is to improve our economy and our general well being, we can be certain it will not work.

"Righteousness exalts a nation; but sin is a reproach to any people." (Proverbs 14:34)

We cannot build a strong island on a sinful foundation.

If we want a vibrant island economy we must do it the old-fashioned way, with slow and steady work, not with get-rich-quick schemes.

If we pass Proposition A, our families will live to regret it.

Helen Middlebrooke is a homemaker from Toto.


---- INDEX REFERENCES ----


NEWS SUBJECT:      (Social Issues (GSOC); Political/General News (GCAT); Society/Community/Work (GCOM))

INDUSTRY:          (**Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 435

10/3/04 PACIFICDAILY 19
END OF DOCUMENT


Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/2/04 PACIFICDAILY 15                                                    Page 1


10/2/04 Pac. Daily News (Hagatna, Guam) 15
2004 WL 88972668

                         Pacific Daily News, Hagatna
          (c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

                            Saturday, October 2, 2004

                                 Opinion; A

                   Questions can help settle **casino** debate

                              Eric Forbes
                              Freelance OK

The new pastor was upset that few people in his parish were coming to confession,
and that those who did come had a weak understanding of sin. So he decided to
write a list of as many sins as he could remember and pass them out to the people,
hoping this would bring the people to repentance.  The next day, the same pastor
was seen going house to house asking for that list back from the people. "Father,
why the change of heart?"

He replied, "Instead of convicting their consciences, I discovered I was giving
some of them ideas!"

We've all had experiences where we discovered in the end that the solution was
worse than the problem. Voters are facing just such a question this coming
November. Will Proposition A be a blessing or a burden? Asking good questions
about it will hopefully prevent us from rushing headlong into a decision we will
later regret.

If Proposition A passes, will the cost of addressing possible social problems
offset the desired increased government revenue from **casinos**? Any income
anticipated by licensing fees and taxes on **casinos** could pale in comparison with
increased costs of police surveillance and security in Tumon and other possible
**casino** locations. Add to this the possible increase in additional welfare, MIP,
Medicare and Medicaid costs for workers in certain businesses adversely affected
by **casino gambling** who have lost their jobs.

Seventy-five percent of welfare benefits is locally funded and 50 perfect of
Medicare and Medicaid comes out of GovGuam's pocket. Public Health and Mental
Health may have to expand their programs to help local residents adversely
affected by **casino gambling**, and the costs associated with bankruptcies and the
like may certainly go up.

A second good question to ask is if **casino gambling** will affect the mix of
tourists we presently get on Guam. Will **casino gambling** drive away as many
tourists as it may attract? Guam's tourist industry attracts a certain demographic

             Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

at present. If Guam becomes known as a **casino gambling** resort, a significant slice of that demographic may look elsewhere next holiday. Can we safely assume that the number of tourists coming to Guam for the **gambling** will be large enough to offset the number of tourists avoiding Guam because of the presence of **gambling**?

No one seems to have hard data on this, but the question ought to be asked before we discover the answer the hard way.

Here's another. What changes can be anticipated in the spending patterns of Guam's tourists and what impact could that have on our economy? Lodging at a **casino** hotel concentrates income within that hotel. Besides sleeping there, **gambling** tourists tend to stay inside **casino** hotels and to eat there. This means less of a trickle effect for outside restaurants, outside entertainment venues, retailers and the wholesalers who supply them, sports and recreation businesses and the transportation companies who shuttle tourists to these different destinations.

And then there's this question: Are the provisions concerning the appropriation of government income from **casinos** described in Proposition A inorganic? Does it conflict with the Organic Act of Guam, which gives the power and authority to appropriate public funds to the Guam Legislature? Proposition A instructs the Guam Legislature how to appropriate the income among specific beneficiaries, most of them government entities.

Does this not chip away at the independence of each Legislature to exercise its power to make appropriations as spelled out in the Organic Act?

Fr. Eric Forbes is a Capuchin priest

by vocation and a student of Chamorro culture and language by avocation.

Write him at palepdn@yahoo.com.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 621

10/2/04 PACIFICDAILY 15

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



10/1/04 PACIFICDAILY 29                                                     Page 1


10/1/04 Pac. Daily News (Hagatna, Guam) 29
2004 WL 88972637

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Friday, October 1, 2004

Opinion; A

Guam will benefit in first year from investment in the **casino** industry

Readers

Ceferino Sucaldito's Voice of the People letter, **"Gambling** problems to overwhelm
island" (Sept. 15) makes for an interesting but misleading read. Firstly,
Sucaldito opens his letter by listing the costs involved with setting up the Guam
**Casino** Gaming Control Commission. He rightly points out that the salaries that the
commissioners will receive, along with the initial operating budget, amount to
approximately $1.16 million in the first year of operation. What he fails to do is
explain that the law also provides for that revenue by assessing license fees from
**casino** applicants.  To apply for a gaming license, a potential licensee must pay a
non-refundable amount of $200,000. If the application is granted, an additional
fee of $300,000 is payable. Let's say that in the first year, four **casino** licenses
(at $500,000 each) are granted (10 licenses are authorized, but that does not mean
10 have to be given). This will bring in nearly $2 million to the commission.

The investment in the **casino** industry in the first year is going to benefit the
people of Guam. ... Based upon estimates provided by the world's top **casino**
operators, Guam would generate today about $100 million in gaming revenue. A $100
million **casino** industry would generate several thousand jobs and a whole sector of
new businesses needed to support the **casinos**. The tax on just the **casino** revenues
alone is set at 9 percent for the first two years, 10 percent for the third and
fourth years, and 11 percent thereafter.

Guam's **casino** hotels are projected to contribute $20 million dollars in tax
revenue by the third year of operation. Let's weigh both sides then. An initial
cost of $500,000 in year one, which generates a tax revenue of $20 million in the
third year, with $10 million going toward improving Guam's infrastructure, and the
remaining $10 million going toward schools, village improvements, nonprofit
groups, etc. That is not a bad investment, particularly because we don't pay for
it. The tax is not on local residents but is paid for by willing **casino** customers
who come from Japan, Korea and hopefully other markets.

Finally, Sucaldito's letter asks what is to prevent individuals from ruining their
lives in the **casinos**. We all are appalled at people ruining their lives, but (what
about) when the hotels collectively laid off more than 4,000 workers and
bankruptcy rates hit all-time highs? What about those peoples' lives, and what

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

about all those people ruining their lives at pachinko parlors, cockfights, illegal card houses or even bingo?

The gaming commission would have the ability to place blacklists to prevent problem gamblers from entering the **casinos** and, most important, the **casinos** will be contributing as much as $450,000 in the first year of operation to programs to assist problem gamblers.

On Nov. 2, voters will have the power to make a change that will infuse our economy with new revenue and jobs. Sucaldito wrote that "you take a chance and legalize **casinos** and hope you don't regret it, or make a wise decision and vote no on Prop A." To that quote, I would like to say (as a caller to a local radio station recently said), "If you do what you've always done, you'll only get what you've got."

JAY R. MERRILL

Citizens for Economic Diversity

Yigo


---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:    GU; West

Word Count: 584

10/1/04 PACIFICDAILY 29

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/30/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88972599

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, September 30, 2004

Local; A

Island split on Prop A

Gene Park
Staff

By Gene Park   Pacific Daily News

epark@guampdn.com

Proponents of legalized **casino gambling** on Guam have a lot of work to do to
convince Joleen Flores Finona.

Other forms of **gambling**, such as cockfighting, put a strain on the small business
owner's first marriage. Although **casino** gaming may increase business for her,
Finona said the risk of social ills outweighs whatever economic benefits **casinos**
may bring.

**"Gambling** was detrimental to my first marriage," said Finona, owner of Yummy
Bouquet, a candy gift store that relies on tourist traffic for some of its
business. "I'm not supporting it because, although it may be good for business, it
will weaken our moral values."

But another member of the business community, James McFerran, has changed his view
from being against to now being for a **casino** industry on Guam.

The latest **casino** proposal, in the form of Proposition A, will be on the ballot in
the November General Election.

"I think this is the best (initiative) we've ever had on the issue, and probably
the best we're likely going to get," said McFerran, sales manager at Advance
Management Inc., voicing his personal opinion and not that of the company for
which he works.

He said he voted against previous **casino** legislation because it did not offer
regulations he felt confident enough in, such as a government-appointed gaming
regulatory commission.

Proposition A also limits licensing of **casinos** to hotels with 100 or more rooms.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

People at the forefront of the anti- and pro-**casino** campaigns were able to reach out to a large segment of the private sector through the Guam Chamber of Commerce's general membership meeting at the Hilton Guam Resort & Spa yesterday.

As the Nov. 2 General Election draws near, both sides of the issue will have at least two public forums to debate the controversial proposal - one sponsored by KUAM and the other by the Guam Humanities Council and the Pacific Daily News.

Guam Election Commission Executive Director Gerald Taitano gave a brief time line of the proposition. Taitano said the initiative will be on the front page of the nonpartisan ballot in November, and will read, "Shall Prop A … be adopted by the voters of Guam? Vote yes or no."

Taitano pleaded with the Chamber members to encourage their employees to vote and to make a difference in public policy.

Jay Merrill, a consultant for pro-**casino** group Citizens for Economic Diversity, said with the campaign winding down to the Nov. 2 election, he welcomes any opportunity for open discussion.

"The more people understand the truth about the act, the more people are going to understand it's a good thing," Merrill said.

Jackie Arriola Marati, chairwoman for anti-**casino** group Communities Opposing PROP A, pleaded with the business community not to vote for the initiative.

"This campaign is all about taking advantage of a situation when our economy is on the verge of a rebound," Marati said in reference to CFED's campaign. "The **casino gambling** pill. I'll take the pill today and everything will be alright tomorrow."

Merrill, also chairman of Market Research & Development Inc., said despite tourist arrivals exceeding a million this year, hotel occupancy remains low because of the increased number of rooms.

"We can't wait for the federal government or the military to bail us out," Merrill said. "Guam is involved in a downward investment spiral."

Monte Mesa, general manager of Guam Premier Outlets, said Guam should focus on the retail industry, which he argues is a "larger, cleaner and safer industry."

Finona agrees with CFED's assertion that the local economy is not at an ideal point. Guam saw more than 1,000 private-sector jobs disappear between June 2003 and the same month this year, according to a recent local labor department report.

However, the promise of an economic "quick fix" isn't enough to change her opinion.

"The economy's bad, but there are other ways to work on fixing it," Finona said, adding that when poker machines were legal on Guam, she often saw children being left alone in cars. "I really think it will happen again. A lot of people will have foreclosures. I tried it once, and it's just too addicting."

Merrill stressed that the law does not legalize poker machines, and with the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

regulations the proposition offers, "people running like lemmings" to the **casino** will not happen.

WHAT'S NEXT

s "Community Caucus" is a forum sponsored by KUAM and Guam Premier Outlets. The forum is scheduled for 1 p.m. Saturday at Guam Premier Outlets in Tamuning.

s "Win, Lose or Draw: Our community discussion on gaming" is a forum sponsored by the Guam Humanities Council and the Pacific Daily News. The forum will be held from 6 to 9 p.m. Oct. 6 at the SandCastle in Tumon.

TO LEARN MORE

PROPOSITION A

s To learn more about Proposition A, call Citizens for Economic Diversity at 647-CFED (2333) or visit its Web site, www.guamgaming.com.

OPPOSITION

s To learn more about Communities Opposing Prop A, call 472-COPA (2672) or visit its Web site at www.copaguam.com.

Photos by Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com

Con: Communities Opposing Proposition A Chairwoman Jackie Arriola Marati speaks at the Guam Chamber of Commerce meeting at the Hilton Guam Resort & Spa, yesterday.

Pro: Citizens for Economic Diversity consultant Jay Merrill answers a question at the Guam Chamber of Commerce meeting at the Hilton Guam Resort & Spa, yesterday.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language: EN

OTHER INDEXING:    GU; West

Word Count: 940

9/30/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/30/04 Pac. Daily News (Hagatna, Guam) 19
2004 WL 88972610

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, September 30, 2004

Opinion; A

Guam's economy needs **casinos**

Readers

Guam's economy is in a severe slump. Increased taxes and failing infrastructure
have put pressure on a community struggling to maintain its standard of living.
Daily we read media reports that our schools lack financial support, sometimes no
water, classrooms without air conditioning, concerns about text books: these are
practically daily headlines. The latest is about 120 students on a waiting list to
attend a public high school! So Norman Analista's comment (Sept. 17 Pacific Daily
News) that "living conditions and opportunities are getting better" refers to
what?

Guam's unemployment rate is currently around 14 percent. That's about 14,000
people without jobs. "Opportunities are getting better," Norman states. What
opportunities?

Prop A offers solutions. The creation of jobs when a new industry opens its doors
is a given. Add the additional infrastructure needed to support **casinos**, and you
have myriad job openings, not just in the **casino**, but in all manner of supporting
businesses supplying the **casino** with goods and services.

**Casino** opponents say that **casinos** will take away from small businesses on Guam.
The reality is that **casinos** will simply be another part of visitors' overall Guam
experience. I certainly don't believe visitors will enter the **casinos** and not come
out to eat or to shop at the many retail stores we will continue to promote.

Rather than seeing **casinos** as a threat, Guamanians should look at the
opportunities created by this new entertainment medium.

Another hotly debated topic at the moment is trust. I agree with COPA that the
level of trust in our elected leaders is at an all-time low. But this should not
relate to the commission.

Commissioners will be appointed, just as our judiciary is. They will undergo
thorough background checks. They must be U.S. citizens and Guam residents for at
least five years. They cannot have held elected or appointed office in the federal
or local government for the previous two years. They are accountable and, if

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

deemed unfit and/or not performing in accordance with the law, may be removed from office by the attorney general, by a majority of the commissioners or by a motion of the public auditor. If any commissioner or commission employee is convicted of a felony, they automatically forfeit their position.

Accountability brings me to my next point. Though most of us can say that we are responsible, there are some (1 percent) in our society who struggle with self-control. The 1980s poker parlor experience was an example of uncontrolled gaming and the social problems that went with it. The poker machines were located in small establishments with little security and no control. Taxes were not collected and there were no restrictions. There is no comparison between this and controlled **casino** gaming.

It is interesting that Norman has concerns about **casino** gaming causing bankruptcies on the island. Bankruptcies have hit an all-time high on Guam. No **casinos** and increasing bankruptcies. Where is the connection?

LOU AGUON-SCHULTE

Tumon

---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West; **Gambling**

Word Count: 508

9/30/04 PACIFICDAILY 19

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/29/04 Pac. Daily News (Hagatna, Guam) 10
2004 WL 88972578

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, September 29, 2004

Business; A

Chamber to host talk on Prop A

Staff

Pacific Daily News  With the vote on **casino gambling** a little more than a month
away, the Guam Chamber of Commerce is helping to generate discussion on the pros
and cons of opening up the island to **casinos.**

The chamber will host speakers who will talk about the two sides of the issue, as
well as procedural matters that the Guam Election Commission can address.

Expected to speak at the chamber's general membership meeting at noon today at the
Hilton Guam Resort & Spa:

s Jackie Marati, chairwoman of Communities Opposing Prop A.

s Jay Merrill, consultant for Citizens for Economic Diversity.

s Gerald Taitano, election commission executive director.

Citizens for Economic Diversity has gathered enough voter signatures to allow
Proposition A to be on the ballot in the General Election in November.

The proposal would allow **casinos** in hotels with 100 or more rooms if they get
**casino** licenses from a would-be gaming commission.

Pro-**casino** supporters tout the proposal as an economic boost that will create jobs
on the island.

Organizations against it are warning that **casino gambling** will drain money from
local families and discourage family-oriented tourists from visiting Guam.

IF YO GO

s Call the chamber office, 472-6311/8001, or e-mail gchamber@guamchamber.com.gu no
later than 9 a.m. today.

s The chamber's general membership meeting will be at 11:30 a.m. today in the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

9/29/04 PACIFICDAILY 10                                              Page 2

Marianas Ballroom, Hilton Guam Resort & Spa.

Pacific Daily News

---- INDEX REFERENCES ----

INDUSTRY:              (Lodgings (I665); Hotels/Restaurants/**Casinos** (I66))

REGION:               (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:   EN

OTHER INDEXING:    GU; West

Word Count: 259

9/29/04 PACIFICDAILY 10

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/27/04 Pac. Daily News (Hagatna, Guam) 14
2004 WL 88972535

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Monday, September 27, 2004

Opinion; A

Right attitude would be useful in determining feasibility of **casinos**

Joe Murphy
Freelance OK

Everybody on Guam, it seems, has an opinion on the gaming industry. There is an election coming up in a few weeks to give the people an opportunity to be heard on the subject. I think that the "No's" will prevail, for several reasons. First, and foremost, voters simply don't have faith in our government in their ability to govern the industry.

Secondly, the majority of people I've talked to aren't happy about the lengthy law put before the voters.

Also, the church, an important power here, is against **casinos**. And finally, Guam is a very conservative place. Nobody wants to rock the boat despite the poor economic conditions of the government. We are set in our ways, and our ways just don't include **casinos**.

I find that a little strange. I speak not as a gambler, but as a man who probably has visited more **casinos** than most of the people on Guam. I've been to Vegas. I used to live at Lake Tahoe. I know Reno very well. I've been to **casinos** in Winnemucca, South Korea, Macau, Australia, the Philippines, even in Cambodia. I've been to **casinos** at Indian reservations in Wisconsin, and last year I went to a beautiful **casino** in California, not far from Sacramento.

I find all these **casinos** to be brightly lighted and entertaining, most with piles of exotic food at reasonable prices. I consider them all as a form of entertainment, not as a place just to gamble. I like the shows and music associated with the **casinos**. You need to walk into a **casino** with the right attitude like, I'm going to spend $20 or $100 for entertainment and that's it.

Unfortunately, Guam's elite doesn't think that way. They think the average person on Guam doesn't have the willpower to limit their expenditures at the **casinos**. That's a pretty low opinion.

What the islanders fail to see is that gaming has changed its face and it is all a completely different ball game. An example of this is the Trump 29 **Casino** in

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

California's Mojave Desert, 132 miles from the closest large city.

This facility is owned by the Twenty-nine Palms American Indian tribe. Only 15 years ago, Americans who wanted the excitement of gaming had two choices: Nevada or Atlantic City. A 1987 Supreme Court ruling said that Indian tribes could open **casinos**. The industry is now booming. All but three states – Utah, Hawaii and Tennessee – have some form of **gambling**. Americans now wager $60 billion per year – about $36 billion at **casinos** alone. There are now more than 800 **casinos** now spanning the nation. The Narragansett Indian tribe just released plans for a $450-million resort **casino** that includes a 500-room hotel that will create thousands of jobs and generate millions for the tribe.

Biloxi, Miss., was flattened by Hurricane Camille in 1969. This tiny city has blossomed into the **gambling** capital of the South. Nine floating **casinos** have replaced the old shrimp boats. The number of hotel rooms more than quadrupled to 18,000. Visitors flock to Biloxi for deep-sea fishing, gaming and the historic charms.

Negative people on Guam claim that **casinos** would jeopardize our present tourism industry. That wasn't so in Biloxi. Visitors have jumped from one million a year to 12 million since 1992. The population of the Biloxi-Gulfport area has more than doubled to 368,000. "Gaming is the engine driving our economy," said a city spokesman. More than $50 million was invested in new schools. Taxes from gaming make up more than a third of the annual city budget of $120 million.

It is the same thing in Macau, where a few months ago the flashy Sands Macau **casino** opened. At 3 p.m. on opening day, more than 15,000 gathered in a sort of stampede. The new **casino** cost $240 million.

The strange part of Guam's reluctance is that the people here love to gamble – on bingo, dog racing and chicken fights. For some reason, the idea of a large, well-lighted, well-managed **casino** with great food and wonderful entertainment apparently doesn't appeal to them.

Do you ever get the feeling that we're going to be left behind?

Joe Murphy is a former editor

of the Pacific Daily News. Write him at jomurph@netpci.com.


---- INDEX REFERENCES ----


NEWS SUBJECT:       (Acquisitions/Mergers/Takeovers (C181); Ownership Changes (C18); Corporate/Industrial News (CCAT); Content Types (NCAT); Factiva Filters (NFACT); FCP Industry News Filter (NFCPIN))


INDUSTRY:           (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:             (Guam (GUAM); Pacific Island Countries (PACISZ))

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

9/27/04 PACIFICDAILY 14                                               Page 3

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 754

9/27/04 PACIFICDAILY 14

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/17/04 Pac. Daily News (Hagatna, Guam) 28
2004 WL 88972029

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Friday, September 17, 2004

Opinion; A

## Casino gambling will hurt Guam economy, community

Norman Analista
Freelance OK

My stance on the issue of legalizing **casino gambling** is not negotiable, so don't waste your breath on me. I'm convinced that The Guam **Casino** Gaming Commission Act, or Proposition A, will not solve the island's economic problems or provide any other benefits. My support goes to the efforts of the Catholic Church, together with nonprofit group Lina'la Sin **CasiNo**, and the newly formed organization COPA, or Citizens Opposed to Prop A. They're working in concert to ensure residents are aware of Prop A's effects.

Many business leaders, community figureheads and concerned citizens oppose Prop A because it's a poorly written law. If examined closely enough, it displays signs of potentially destroying our island's rebounding economy and our precious quality of life.

If you still need more research to draw your conclusions, please review the following excerpts from COPA's position paper, written by the COPA group and explained to me by Jackie Marati, the organization's spokeswoman.

First, Prop A will compromise our economic development. The tourism industry and the military generate more than $1.2 billion per year. It's likely that **casinos** will draw spending away from a broad range of businesses, whether tourist-related or not. Restaurants, retailers, banks and insurance companies will take a hit. Furthermore, COPA believes **casinos** will send profits off island.

Plus, "surveys have shown that a vast majority of tourists would not come to Guam if **casinos** were allowed or preferred not to stay in a **casino**. Japanese are among the lowest gaming spenders in the world," explained Marati. And "there will be a net loss of jobs in our community as our visitor industry is once again challenged, and only low-paying **casino** jobs will be available."

We can't afford to take this unnecessary risk on our No. 1 industry!

Second, the proposal is a bad law that will increase public distrust in our political and governmental processes.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

"**Casino gambling** will supposedly be controlled by commissioners who are political appointees, possibly fueling corruption and increasing public distrust, frustration and disappointment with our government. The commission will have virtually unlimited control and enforcement powers with no real oversight or accountability," Marati said.

In the Pacific Daily News, Lou Aguon-Schulte, campaign coordinator for Citizens for Economic Diversity, stated that pay is $100,000 per commissioner because the officials have to divest themselves from any business and the high qualifications required for commissioners require that they be paid very well.

Our government struggles with the enforcement of existing laws - how can we expect it to control **casino gambling**? Control is a buzzword that proponents loosely use.

Examine the Tinian Dynasty Hotel, which opened in 1998. "After just five years, so-called controls are now being relaxed so that Tinian can stay competitive. Fees are being lowered from $200,000 per license to just $5,000. The CNMI government and the Tinian gaming commission are at odds in court, and **casino** employee age requirements are being lowered from 21 to 18," Marati said.

And third, Prop A will increase Guam's social problems, negatively affecting the quality of life for us all.

Guam's poker machine experience has taught us numerous lessons. Children were neglected while parents gambled away earnings. Loan defaults skyrocketed and other vices associated with **gambling** - such as organized crime, prostitution, and drug or alcohol abuse - increased on island. These are frightening repercussions!

Proponents of Prop A will have you believe that we're vulnerable and in desperate need of this quick fix. But Guam has once again welcomed more than 1 million tourists and the military continues to invest in the island. Living conditions and opportunities are getting better. We don't need **casino gambling**!

When you come across the initiative on the Nov. 2 ballot, please make the smart choice and vote "no" to Prop A.

Norman Analista, 29, is a former news anchorman and a

second-generation Filipino. Write him at analista@vzpacifica.net.


                              ---- INDEX REFERENCES ----


INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

                    Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

9/17/04 PACIFICDAILY 28                                                     Page 3

Word Count: 680

9/17/04 PACIFICDAILY 28

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/16/04 Pac. Daily News (Hagatna, Guam) 4
2004 WL 88971997

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, September 16, 2004

Local; A

# Bishop brings anti-**casino** petition to pope

Natalie J. Quinata
Staff

By Natalie J. Quinata  Pacific Daily News

nquinata@guampdn.com

Archbishop Anthony S. Apuron met with Pope John Paul II in a private meeting in Rome Tuesday and presented the pope with about 5,966 signatures from Catholics and others on Guam who oppose **casino gambling.**

The archbishop asked the pope to pray for the island as the Catholic community unites to oppose Proposition A, which would legalize **casinos** on the island. The proposal will be on the ballot in the Nov. 2 General Election.

Apuron met with the pope in Rome early Tuesday morning as part of a visit that occurs every five years. The visits give archbishops from different regions of the world a chance to report on the state of their respective dioceses.

Apuron is one of the key figures in the campaign against Proposition A, proposed by Citizens for Economic Diversity. Communities Opposing PROP A, or COPA, which consists of religious, business and political leaders on Guam, is spearheading the opposition.

The church's opposition to **casinos** on Guam is rather aggressive because of the island's significantly strong family value system, Father David Quitugua of the Archdiocese of Agana said.

Quitugua did acknowledge that such stance has raised some questions about whether the church is being too aggressive in trying to influence voters' decisions.

Quitugua, however, said that the local Catholic Church's actions are justified for the community's sake.

"We are citizens, too, and the issue can affect us as well," he said.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Case 1:04-cv-00046   Document 79-3   Filed 12/07/2004   Page 32 of 51

"We don't just stand by when we know that the family is threatened," Quituqua said yesterday.

Quituqua referred to **casino gambling** locations, such as Las Vegas, and explained that many of the problems that the city faces, such as suicides and divorces, may be effects of **casino gambling**.

Citizens for Economic Diversity has stated that **casinos** will raise between $20 million and $30 million in tax revenue for Guam during the first few years of a **casino** industry's development, create jobs and help attract more visitors to the island.

The pro-**casino** group has stated that **casinos** will be allowed only in hotels with 100 rooms or more and that **casino** tax revenue will be set aside to address social problems associated with **casino gambling**.

Quituqua said when Guam had video poker machines, there were incidents of child abandonment and "family breakdown," problems that must be taken into consideration when voters decide on the **casino** issue.

The archdiocese stands firm in its belief that there will be negative repercussions, such as suicides and bankruptcies, that must be avoided, Quituqua said.

Quituqua said: "It's not just money were dealing with here, it's also people, and we take this very seriously."

TO THE POINT

s Archbishop Anthony S. Apuron met with Pope John Paul II earlier this week to share his concern over Proposition A, which would legalize controlled **casino gambling** on Guam.

WHOM TO CALL

PROPOSITION A

s To learn more about Proposition A, call Citizens for Economic Diversity at 647-CFED (2333) or visit the Web site, which has a summary of the initiative at www.guamgaming. com.

OPPOSITION

s To learn more about the anti-**casino gambling** group Communities Opposing Prop A, call 472-COPA (2672). For more information on Lina'la Sin **CasiNo**, or "life without **casinos**," call Vice Chairwoman Benit Camacho-Dungca at 477-7503.

---- INDEX REFERENCES ----

NEWS SUBJECT:      (Religion (GREL); Political/General News (GCAT); Society/Community/Work (GCOM))

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 576

9/16/04 PACIFICDAILY 4

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/15/04 Pac. Daily News (Hagatna, Guam) 21
2004 WL 88971976

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, September 15, 2004

Opinion; A

**Gambling** problems to overwhelm island

Readers

(There are) two main things I feel the proponents of Prop A want to make us be
aware of. One is the legalization of this so-called needed industry, the **casinos**.
The other is the establishment of a new, so-called controlled, expensively funded,
long-term employing and high-salaried government agency named the Guam **Casino**
Gaming Control Commission.  If approved, the governor will appoint five
commissioners to this agency. One commissioner will receive a controlled annual
wage of $100,000. The remaining four will receive a controlled annual wage of
$95,000 with a controlled employment contract ranging from three to five years.

In addition, this gaming commission will then hire one executive secretary and one
attorney. Each will receive a controlled annual wage of $90,000. In addition, this
commission will require the government of Guam to set aside a controlled initial
operating budget of $500,000.

All together, (this) will cost this economically strapped government $1.16 million
dollars at least for the first year of operation of this gaming commission.

In addition, upon the discretion of these commissioners, they can hire additional
employees to help on ongoing operations. No set dollar figure is mentioned
concerning the wages of the additional employees. All of this can change whenever
this new government agency garners enough revenue to be self-supporting.

I noticed after venturing deeper into the contents of this initiative that one of
the commissioners and the secretary are required to be a certified government
financial manager, certified fraud examiner or a certified public accountant. The
commission's attorney must be admitted into the bar and must have practiced at
least five years on Guam. Why is it that only three individuals are required to
have a formal education on law, business and finance, while the other
commissioners get paid the same?

Other items I noticed concerning this initiative is that there are no statements
of how problem gamblers are to be identified. What plan is the gaming commission
going to initiate in preventing these individuals from ruining their lives? I
truly feel that it is ignorant to say that it is not my problem that people lose

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

9/15/04 PACIFICDAILY 21                                                                  Page 2

their homes, file for divorce, be thrown into prison, lose their jobs or commit
suicide because of their addiction to **gambling** (see  www.azccg.org/about_**gambling**
/action_escp.html).

Because these problems can affect individuals close to us, it most likely becomes
our problem. On Nov. 2, the voters are asked to vote yes or no on Prop A. So, you
take a chance and legalize **casinos** and hope you don't regret it, or make a wise
decision and vote no on Prop A.

I truly believe that when **casinos** are legalized and established and the **gambling**
problems begin to overwhelm us, **casinos** would be very difficult to get rid of.

CEFERINO N. SUCALDITO

Agat


                              ---- INDEX REFERENCES ----


INDUSTRY:            (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:             (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:     GU; West

Word Count: 486

9/15/04 PACIFICDAILY 21

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/10/04 Pac. Daily News (Hagatna, Guam) 3
2004 WL 88972277

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Friday, September 10, 2004

Local; A

Students protest against Proposition A

Masako Watanabe
Staff

Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com  Tamuning: St. Anthony's
Catholic School students Maria Chong, 8, right, her sister Samantha Chong, 10, and
others demonstrate against Proposition A at the ITC intersection in Tamuning
yesterday. The initiative, which would legalize **casino gambling** on Guam, will be
decided by voters during the General Election on Nov. 2.

(PHOTO)

---- INDEX REFERENCES ----

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:   GU; West

Word Count: 70

9/10/04 PACIFICDAILY 3
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



9/7/04 PACIFICDAILY 1                                                    Page 1

9/7/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88972198

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Tuesday, September 7, 2004

Local; A

Leaders to fight **casinos**

Katie Worth
Staff

By Katie Worth  Pacific Daily News

kworth@guampdn.com

The debate over whether **casinos** should be allowed on Guam kicked into high gear
yesterday, when a group of business, government and religious leaders announced
they will fiercely campaign against the **gambling** initiative.

They said **casino gambling** will compromise the island's economy and disintegrate
its quality of life.

In response, those pushing for **casino gambling** on Guam said they are glad the
opponents will be engaging in the discussion so the community will be able to make
an educated decision come November.

The **casino** proponents did not concede an inch in their conviction that the **gambling**
initiative would improve the island's economy, and in turn, its quality of life.

Voters have just eight weeks to weigh such arguments before they cast their votes
in favor of or against Proposition A. The initiative will appear on the Nov. 2
ballot.

A straw poll taken from eight precincts during Saturday's primary election showed
that of 120 people who offered an opinion, 80 supported Proposition A.

Yesterday, the organization Communities Opposing PROP A, or COPA, held a press
conference in which they accused Proposition A's supporters of "conning" and
"deceiving" Guam residents with promises of a "quick fix" for the economy.

The organization's chairwoman and spokeswoman, local bank executive Jackie Arriola
Marati, said COPA believes the exact opposite of an economic fix will happen if
the **gambling** initiative happens. Instead, it would instigate a long-term downturn
in the island's economy and quality of life, she said.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

The anti-**casino** campaign comes about one month after Citizens for Economic Diversity announced its own campaign to promote the initiative. The group said it planned to spend about $100,000 in the campaign.

Yesterday, Jose Cruz, president of the nonprofit group Lina'la Sin **CasiNo**, under which COPA is operating, said Lina'la also plans to spend at least $75,000 to combat the proposition.

Along with a widespread, multimedia ad campaign, COPA leaders said residents can expect anti-**casino** marches, vigils, talks at schools and fund-raising efforts to defeat the **gambling** initiative.

Among the leaders of the anti-**casino** campaign are Marati and attorney Jay Arriola, siblings whose mother, a former senator, led campaigns against **gambling** initiatives in the 1970s and 1980s. Other COPA members are: Bruce Kloppenburg, owner of Kloppenburg Enterprises Inc.; DFS Guam representatives; First Hawaiian Bank; SandCastle Entertainment Center; GameWorks; Archbishop Anthony S. Apuron; and political leaders Speaker Ben Pangelinan, D-Barrigada, Sen. Jesse Lujan, R-Tamuning, and former Supreme Court of Guam Chief Justice Benjamin Cruz, a senatorial candidate.

'Playing with dynamite'

Though Citizens for Economic Diversity, or CFED, has projected that legalized **gambling** on Guam could mean $20 million to $30 million in tax revenue for Guam over the first few years, COPA members contested such assertions.

The advent of legalized **casino gambling**, Marati said, would have a negative financial impact on the island, potentially staving off military and Japanese tourists who come to Guam for the island's wholesome, family-oriented image.

**"Casino gambling** is not the hafa adai spirit," she said.

Though the military has not taken an official stance on the matter, Marati said COPA believes the military could turn away from Guam, preferring to send its members and families somewhere more "wholesome."

Kloppenburg said he doesn't believe **casino gambling** would improve tourism. Though Kloppenburg is a member of the Guam Visitors Bureau, the Guam Chamber of Commerce and the Japan Guam Travel Association, he spoke only on behalf of himself and his company. He disagreed with the argument that **casino gambling** would bring more Japanese tourists to Guam.

"I think the economic impact would be catastrophic," he said, adding that it's "playing with dynamite" to try to change the demographics of Guam's visitors.

Calculations

Anti-**casino** advocates also argued a lot of the money made on the **casinos** will not be put back into the Guam's economy. On a chalkboard with the words "Who really benefits?" written across the top, the group had broken down their assessment of the cost of the **casinos**.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

By their calculations, out of every $1 million made by the **casinos**, $910,000, or 91 percent, would go to the **casino**. About $9,000 would be slated to go to education and another $4,500 would go to programs dealing with abuse - not nearly enough, argued Arriola, to pay for the costs associated with introducing **casinos** to the community.

Arriola also said the term "controlled **gambling**" was deceptive.

"You gotta ask yourself, controlled by whom?" he said.

The answer to that, he said, is a handful of political appointees. He said the initiative creates a five-member commission, each member of which will be paid $100,000 annually. Of all the taxes levied to the **casinos**, half will go to the commission, he said.

**Casino** proponents called their proposal "controlled" **casino** gaming in part because a **casino** will be allowed only in hotels with 100 rooms or more.

According to the **casino** proposal, the tax on gaming revenue will be set at 9 percent for the first two years; 10 percent for the third and fourth years; and 11 percent thereafter.

**Casino** tax rates across the nation vary, from Nevada's 8 percent to New Mexico's 25 percent to Illinois' 61 percent.

Proponents of Proposition A argue the benefits will outweigh the costs.

Lou Aguon-Schulte, campaign coordinator for Citizens for Economic Diversity, said "over the last few years" about 18,000 residents have moved from Guam because their jobs were downsized and businesses closed.

" ... If we can grow the economy, these people will return home."

She said CFED's research has indicated that **casino gambling** would bring "in excess of 4,000 new jobs."

As for the pay for commissioners, she said the pay is $100,000 per commissioner because the commissioners have to divest themselves from any business, and the high qualifications required for commissioners require that they be paid very well.

She challenged COPA's contention that quality of life will disintegrate with legalized **casino gambling** and that the economy is improving well enough.

"We wouldn't be here if things were in fact good here on Guam," she said.

But the COPA members said they believe the real winners in legalized **casino gambling** would be the **casinos**, whose profits would be sent off island.

"The devil's in the details," Marati said, saying the initiative's fine print make it obvious that Guam would gain little from the proposal.

The **casino** tax revenue would not even approach the amount needed to deal with the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

social problems stemming from **casino gambling**, she added.

The legislative speaker, who attended yesterday's meeting, argued that nearly half the island's residents would be affected negatively by **casinos**.

He said statistics indicate that in areas where **gambling** is legal, about 1 percent will become addicted to **gambling** and 10 percent will develop problems that affect their finances.

If 10 percent, or about 15,000, of Guam's population develop such problems, and each person had a family of an average of four people, then about 60,000 people would ultimately be hurt by the **gambling** problems that would develop in their families, Pangelinan said.

**Gambling** is also known to contribute to increased domestic violence and family-related stress, according to COPA's statement. Other social ills might include increased organized crime, prostitution and drug or alcohol abuse, as well as loan defaults and bankruptcy, it states.

These are the types of concerns Archbishop Apuron said have prompted him to support the anti-**casino-gambling** cause. He said he has supported anti-**gambling** causes when previous versions of legalized **gambling** bills were decided.

"I am against this again because I am afraid of its evil effects," he said. "I plead with you, … please say no to **casino gambling**."

ABOUT THE GAMING INITIATIVE

s The group's proposal will limit **casino** operations to hotels with 100 or more rooms.

s The initiative also would establish the Guam **Casino** Gaming Control Commission as an autonomous corporation of the government of Guam to regulate and monitor gaming on the island.

s The governor, with legislative advice and consent, would appoint the full-time, five-member Guam **Casino** Gaming Control Commission.

WHOM TO CALL

PROPOSITION A

s To learn more about Proposition A, call Citizens for Economic Diversity at 647-CFED (2333)

OPPOSITION

s To learn more about the anti-**casino gambling** group, Communities Opposing Prop A, call 472-COPA (2672). For more information on Lina'la Sin **CasiNo**, "life without **casinos**," call Vice Chairwoman Benit Camacho-Dungca at 477-7503.

Rachel Beaton/For Pacific Daily News

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Who benefits?: While making his point against Proposition A, attorney Jay Arriola explains the costs associated with **casino gambling.**

Rachel Beaton/For Pacific Daily News

Opponents: Archbishop Anthony Apuron, fourth from left, and other local leaders speak during the Communities Opposing Prop A press conferences yesterday in Hagåtña.

---- INDEX REFERENCES ----

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912); Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 1510

9/7/04 PACIFICDAILY 1

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



8/11/04 Pac. Daily News (Hagatna, Guam) 1
2004 WL 88971293

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Wednesday, August 11, 2004

Local; A

Group launches gaming campaign

Theresa Merto
Staff

By Theresa Merto  Pacific Daily News

tmerto@guampdn.com

Citizens for Economic Diversity plans to spend about $100,000 to push a proposal
that would legalize controlled **casino** gaming on Guam.

During a press conference held yesterday at the Hilton Guam Resort & Spa, the
group talked about its plans to inform the general public of Proposition A through
various avenues - from print advertisements to holding town meetings and debates.
The initiative will be on the November General Election ballot.

While the committee has begun distributing educational material, Gov. Felix
Camacho on Monday instructed the Bureau of Budget and Management Research to
transfer $25,000 to the Guam Election Commission, which will be used for
educational pamphlets on the proposition, according to governor's spokeswoman
Erica Perez.

"We think this is going to be the largest, most talked-about issue on the ballot
coming up," said Jay Merrill, a consultant for Citizens for Economic Diversity.
"We are estimating it is going to be about $100,000 overall, that's what we raised
so far. We are in there with all the candidates trying to raise money in order to
make this process work."

Merrill, also chairman for Market Research & Development Inc., said the idea to
bring controlled gaming to the island will be "good for Guam."

"For that to be true, we have to provide some evidence and reasons why that's the
case. So we are trying to do all that we can as a private group to present
information as honestly and as straightforwardly as we can," Merrill said. "We are
not here simply because we like to run campaigns. We are here because we are
trying to respond to what we know to be a dire need in the community."

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

But opponents to the proposition said that the disadvantages far outweigh the benefits.

"We have (said), as the people of Guam have said many times over, that we do not want the use of **gambling** on our island," said Benit Camacho-Dungca, the vice chairwoman of the anti-**casino gambling** group, Lina'la Sin **CasiNo**, which means "life without **casinos**."

"It will cause the break of the family. While people are spending a lot of time in **casino** halls, children are being neglected or spouses or elders are being neglected. Whatever little money people have on this island to use, is going to be directed to this hand-selected (people)."

"And what is sad about it, is they want to make a business on this island for their profit at the expense of the people," Camacho-Dungca said. "If people read the proposal, they are going to find out that this diversity group is going to ask the people of Guam to fund the initiation and the implementation of their proposal."

Camacho-Dungca said any organization or resident who would like to learn more about the anti-**casino-gambling** group can contact Lina'la Sin **CasiNo**.

Creating jobs

Merrill said there aren't enough jobs on island, people are leaving for better opportunities elsewhere and schools are in disrepair.

"We've been at this for two and a half years, and over that period of time **we have** not seen very much improvement in the way in which all of our lives are going," Merrill said.

"There is no new revenue source that has been identified to try and help alleviate the situation. We have one, and that's what this campaign is about - to let the people of Guam know that this is an option that needs to be seriously considered."

The proposal, he said, will help diversify Guam's appeal as a tourism destination, create at least 2,000 new, better-paying jobs and increase the tax base.

According to the committee, the tax on gaming revenue will be set at 9 percent for the first two years; 10 percent for the third and fourth years; and 11 percent thereafter. By the third year of operation, Guam's **casino** hotels are projected to contribute about $20 million in tax revenue, according to the committee's statistics.

When asked whether the tax revenue was low compared to other states, Merrill said, "It is much higher than, let's say, Nevada and it is much higher than locations in the midwest. There are others that are higher."

**Casino** tax rates across the nation vary, from Nevada's 8 percent to New Mexico's 25 percent to Illinois' 61 percent.

Merrill said the committee consulted with "experts, both in the industry and the legal community, and also representatives from the federal government" before

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

arriving at Guam's proposed tax rate.

He said if the tax on gaming revenue was higher, it could do one of two things. Merrill referred to what's called "widespread gaming," where gaming facilities are set up everywhere and difficult to regulate.

"It squeezes the amount of payout that goes to the people playing it. So it is not very attractive to gamble there," Merrill said. "And secondly, it squeezes the amount of profit that the operators can make."

Merrill said 11 percent is about what Guam currently charges hotels for occupancy tax, and that it is about mid-level in the United States with regard to what gaming taxes are.

'New money'

Dave Tydingco, the Guam Hotel & Restaurant Association president and a consultant to the Citizens for Economic Diversity, said tourists need more attractions.

"This is one element of the attractions that will bring additional guests to Guam," Tydingco said.

"The other issue (we'll) need to take a look at from a global competitive perspective is that all our neighboring top competitors - Okinawa, Tokyo, Bali, Singapore - all these destinations are now considering and will implement within the next three years gaming as a form of entertainment for their guests to come and enjoy."

Jireena Blas, 48, of Agana Heights said she fully supports the proposition.

"Our economy is really doing badly. We lost thousands of jobs with the military exodus and it just seems that our problems are becoming progressively worse. There aren't enough jobs here on Guam. There is a need for new money," Blas said.

"I am not a gambler. I don't believe in **gambling** but if this is going to be new money for the economy, new money to circulate in terms of capital improvement for the island of Guam - I say 'yes' to Proposition A."

TO THE POINT

s Citizens for Economic Diversity has launched its $100,000 campaign to push for controlled **casino** gaming on Guam in the months leading up to the election.

ABOUT THE GAMING INITIATIVE

s The Citizens for Economic Diversity's **casino**-gaming initiative will establish a **casino** industry on Guam. The initiative will be on the November General Election ballot.

s The group's proposal will limit **casino** operations to hotels with 100 or more rooms.

s The initiative also would establish the Guam **Casino** Gaming Control Commission as

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

an autonomous corporation of the government of Guam to regulate and monitor gaming
on the island.

THE COMMISSION

s The governor, with legislative advice and consent, would appoint the full-time,
five-member Guam **Casino** Gaming Control Commission.

s Each commissioner must be a U.S. citizen and a Guam resident for at least five
years. One commissioner will serve a term of five years, one commissioner will
serve a term of four years and three commissioners will serve a term of three
years.

s No more than three commissioners may be of the same sex.

s No felons may serve on the commission.

s One of the commissioners must be a certified public accountant, a certified
fraud examiner or a certified government financial manager.

s The governor appoints the chairman and the commissioners will annually elect a
vice chairman, treasurer and secretary. All commissioners would serve full time
and are not allowed to have other business or employment.

WHOM TO CALL

PROPOSITION A

s To learn more about Proposition A, call the Citizens for Economic Diversity at
647-CFED (2333)

OPPOSITION

s To learn more about the anti-**casino gambling** group, Lina'la Sin **CasiNo,** which
means "life without **casinos,**" call Vice Chairwoman Benit Camacho-Dungca at
477-7503.

Ric A. Eusebio/Pacific Daily News/reusebio@guampdn.com

Press conference: Jay Merrill, chairman of Market Research and Development Inc.,
and a consultant for Citizens for Economic Diversity, left, speaks at a press
conference at the Hilton Guam Resort & Spa in Tumon yesterday. The group plans to
build up its push for legalized **casino gambling** as the November General Election
draws near.

---- INDEX REFERENCES ----

INDUSTRY:        (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:          (Guam (GUAM); Pacific Island Countries (PACISZ))

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

8/11/04 PACIFICDAILY 1                                    Page 5

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 1445

8/11/04 PACIFICDAILY 1
END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Westlaw.



factiva.
Dow Jones & Reuters

6/3/04 Pac. Daily News (Hagatna, Guam) 10
2004 WL 60588294

Pacific Daily News, Hagatna
(c) Copyright 2004, Pacific Daily News, Hagatna. All Rights Reserved.

Thursday, June 3, 2004

Business; A

Campaigns to start rolling

Gene Park
Staff

Groups for, against **gambling** gearing up  By Gene Park

Pacific Daily News

epark@guampdn.com

For the past several months, the two most outspoken groups on the question of
legalizing **casino gambling** on Guam have been relatively quiet, but not anymore.

The Citizens for Economic Diversity and Lina'la Sin **CasiNo** are gearing up for
their separate campaigns as the November General Election draws near.

Both groups have decided on July to start their campaigns on the initiative that
would legalize **casinos** on the island.

The pro-gaming Citizens for Economic Diversity has gotten a head start as it
hosted a media event yesterday with guest speaker Fredric Gushin, founder and
managing director of New Jersey-based Spectrum Gaming Group LLC.

Spectrum Gaming Group is an international gaming consulting firm with offices in
New Jersey, Nevada, Hong Kong and Bangkok, Thailand.

"It's a very good piece of (initiative)," Gushin said. "The second critical step
is, of course, having the implementation and what we call the will to regulate."

"It's beyond debate that effective regulation has been a catalyst for gaming
development," Gushin said.

The Guam Hotel and Restaurant Association, which supports the **casino** initiative,
invited Gushin to Guam, said David Tydingco, GHRA president.

Gushin stressed that the government and the proposed five-member Guam **Casino**
Gaming Control Commission should be as separate as possible. He recommended

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

retired judges and accountants as possible candidates to the commission.

"Politics and **casino** do not mix," Gushin said. "It's like TNT - it explodes at some point."

Gushin also said the initiative's **casino** revenue tax rate is similar to the rates in Nevada and New Jersey. The Guam initiative's proposed tax ranges from 9 percent of **casinos**' gross revenues during the first and second years to 11 percent after the fourth year.

**Casino** tax rates vary across the United States. Nevada and New Jersey have among the lowest **casino** tax rates - with Nevada at 8 percent and New Jersey at 9.3 percent. Illinois has a **casino** tax rate of 61.4 percent, while Rhode Island has a **casino** tax rate of 51 percent, according to the New York-based gaming consulting firm Christiansen Capital Advisors LLC. A gaming tax review in December 2003 showed **casino** tax rates averaged around 20 to 30 percent in most states, according to the firm.

Gushin said a smaller percentage of taxes on **casino** revenue would attract **casino** investors to Guam.

"There should be more economic studies done, but it's an excellent start," Gushin said. "It seems to me that the creation of jobs and the resulting revenue will be satisfied with the relatively low tax rate."

Jose Cruz, chairman of the anti-**casino** group Lina'la Sin **CasiNo**, said **casino** tax rates in big cities like Las Vegas are not comparable to Guam because a small percentage in Las Vegas will generate more tax money than in a smaller economy like Guam's.

"You're talking about greater numbers that make greater sense in those cities," Cruz said.

But with Guam, Cruz voiced concern that a low tax rate on **casinos** might not be enough to address the island's public-safety needs.

Cruz said the Lina'la Sin **CasiNo** has its own education campaign, coordinated with various church groups around the island, and is scheduled to begin in July.

He said the group will visit villages with seminars to share its position against the gaming initiative.

"We may not have a long list of investors," Cruz said. "But our investors are the people. It is the island community that we should be most concerned about."

Gordon Chu, Citizens for Economic Diversity president, said although the group has been quiet for the past several months, it has a number of events and seminars lined up through November to inform residents about the initiative.

TO THE POINT

s Groups for and against **casino gambling** gear up for their campaigns before the November General Election as one pro-gaming group hosts a consultant who said the

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

gaming initiative is solid.

ABOUT THE INITIATIVE

s The Citizens for Economic Diversity's **casino** gaming initiative will limit **casino** operations to hotels with 100 or more rooms.

s The initiative also would establish the Guam **Casino** Gaming Control Commission as an autonomous corporation of the government of Guam to regulate and monitor gaming on the island.

THE COMMISSION

s The governor, with legislative advice and consent, would appoint the full-time, five-member Guam **Casino** Gaming Control Commission.

s Each commissioner must be a U.S. citizen and a Guam resident for at least five years. One commissioner will serve a term of five years, one commissioner will serve a term of four years and three commissioners will serve a term of three years.

s No more than three commissioners may be of the same sex.

s No felons may serve on the commission.

s One of the commissioners must be a certified public accountant, a certified fraud examiner or a certified government financial manager.

s The governor appoints the chairman and the commissioners will annually elect a vice chairman, treasurer and secretary. All commissioners would serve full time and are not allowed to have other business or employment.

ON THE NET

s To read the initiative, log on to the Citizens for Economic Diversity Web site: www.guamgaming.com

REQUEST A COPY

s You can request a copy of the initiative from the Guam Election Commission. Call the commission at 477-9791-3.

Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

Guest speaker: Fredric Gushin, founder and managing director of the New Jersey-based Spectrum **Gambling** Group, speaks at the Palace Hotel yesterday about Guam's **casino gambling** initiative, which is up for a vote in the November General Election.

---- INDEX REFERENCES ----

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

6/3/04 PACIFICDAILY 10                                            Page 4

INDUSTRY:          (Lodgings (I665); **Gambling** Industries (I97912);
Hotels/Restaurants/**Casinos** (I66))

REGION:            (Guam (GUAM); Pacific Island Countries (PACISZ))

Language:  EN

OTHER INDEXING:    GU; West

Word Count: 975

6/3/04 PACIFICDAILY 10

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.