LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Defendants
Guam Election Commission and
Gerald A. Taitano

FILED
DISTRICT COURT OF GUAM
DEC - 7 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.,<br><br>    Defendants. | CIVIL CASE NO. 04-00045<br><br>**AFFIDAVIT OF GERALD A. TAITANO, EXECUTIVE DIRECTOR OF THE GUAM ELECTION COMMISSION** |
| JAY MERRILL, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION; et al.,<br><br>    Defendants. | CIVIL CASE NO. 04-00046 |

GUAM,     ) ss.:
CITY OF TAMUNING )

I, **GERALD A. TAITANO**, individually and as Executive Director of the Guam Election Commission (hereafter "GEC"), do hereby depose and say:

**ORIGINAL**

1. I am the Executive Director of the Guam Election Commission, I am over the age of majority, and I am competent to testify to the facts alleged in this Affidavit.

2. I was acting in my official capacity as Executive Director during all periods of time relevant to the aforementioned and enumerated cases.

3. I implemented Public Law 27-108 which was "An Act To Cure Defects In Compliance With 3 GCA §17509 and 17511 and to add §17509.1". In summary, P.L. 27-108 provided that the ballot pamphlets regarding the initiative entitled "An Initiative to Establish the Guam Casino Gaming Control Commission Act" (hereafter "Proposal A"), does not need to contain a complete text of the initiative measure to be submitted to the voters.

4. P.L. 27-108 further requires that complete text copies of the Proposal A be transmitted to various listed governmental agencies and locations.

5. That I, or the GEC Staff at my direction, caused to be transmitted, copies of the complete text of Proposal A to the following: all nineteen (19) village Mayors at their respective mailboxes located at the Mayor's Council, Hagatna, Guam; all fifteen (15) Senators, the Attorney General of Guam, the Office of the Public Auditor, every branch of the Guam Public Library System, the Robert F. Kennedy Library at the University of Guam, and the Guam Territorial Law Library.

6. Furthermore, the complete text of the Proposal A was made available via the GEC's Website, (www.guamelection.org.), and copies were made available at the GEC office to any registered voter upon request.

2

7. The GEC did not publish in the Pacific Daily News, regarding the availability of copies of the Measure, because no funds had been appropriated by the Legislature to accomplish said publication.

8. The availability of the complete text of Proposal A was made known to the public through the numerous and various news reports generated by the various media, at that point in time.

9. Upon information and belief, the complete text of Proposal A was also made available at the website for the proponents of Proposal A, Citizens for Economic Diversity (CFED) and for the opponents, Citizens Opposing Proposition A (COPA) website.

10. Attached herewith as Exhibit "1" is a true and accurate copy of the Memorandum dated October 26, 2004 from the Executive Director, GEC, to all Senators, 27th Guam Legislature, all village Mayors, the Attorney General of Guam, the Guam Public Auditor, and the respective librarians for the Nieves M. Memorial Library (Hagatna), Agat Public Library, Barrigada Public Library, Dededo Public Library, Merizo Public Library, Yona Public Library, Robert F. Kennedy Library (UOG) and the Guam Territorial Law Library, evidencing the GEC's transmittal of the complete text of Proposal A to all entities required under Public Law 27-108.

Further affiant sayeth naught.

**GERALD A. TAITANO, Executive Director**

SUBSCRIBED AND SWORN to before me this 6th day of December, 2004.

_____
Notary Public

CCC:me
P047251.CCC

```
LINDA A. QUITUGUA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 15, 2008
825 South Marine Drive
Tamuning, Guam 96913
```

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777




# GUAM ELECTION COMMISSION
## Kumision Ileksion Guåhan
P.O. Box BG • Hagåtña, Guam 96932
Tel: (671) 477-9791/3 • Fax: (671) 477-1895

MEMORANDUM

Date: October 26, 2004

From: Executive Director, Guam Election Commission

To: Hon. Vicente C. Pangelinan, Speaker, 27th Guam Legislature
Hon. Frank B. Aguon, Jr., Vice Speaker, 27th Guam Legislature
Hon. Tina Muna Barnes, Senator, 27th Guam Legislature
Hon. Joanne M.S. Brown, Senator, 27th Guam Legislature
Hon. F. Randall Cunliffe, Senator, 27th Guam Legislature
Hon. Carmen Fernandez, Senator, 27th Guam Legislature
Hon. Mark Forbes, Senator, 27th Guam Legislature
Hon. Lawrence F. Kasperbauer, Senator, 27th Guam Legislature
Hon. Robert Klitzkie, Senator, 27th Guam Legislature
Hon. Lou Leon Guerrero, Senator, 27th Guam Legislature
Hon. Jesse A. Lujan, Senator, 27th Guam Legislature
Hon. John M. Quinata, Senator, 27th Guam Legislature
Hon. Rory J. Respicio, Senator, 27th Guam Legislature
Hon. Toni Sanford, 27th Guam Legislature
Hon. Ray Tenorio, Senator, 27th Guam Legislature
All Village Mayors
Attorney General of Guam
Guam Public Auditor
Librarian, Nieves M. Memorial Library, Hagatna
Librarian, Agat Public Library
Librarian, Barrigada Public Library
Librarian, Dededo Public Library
Librarian, Merizo, Public Library
Librarian, Yona Public Library
Librarian, Robert F. Kennedy Library, University of Guam
Librarian, Guam Territorial Law Library

The attached copy of Proposal A, an Initiative to Establish the Guam Casino Gaming Control Commission Act, is forwarded to your office to be made available to the general public. Mayors are asked to post a copy of the Proposal A Initiative in their offices. A copy of the Proposal A Initiative is posted and available at our GEC website "www.guamelection.org". Further, hard copies of the Proposal A Initiative are available one per registered voter at our office in Hagatna.

Please call me at 477-9791 thru 4 if you have any questions.

Very respectfully,

Gerald A. Taitano
Executive Director

Attachment

*delivered to above - 10/26/04 S*

**EXHIBIT "A"**