LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:  (671)  646-2001
Facsimile:  (671)  646-0777

FILED
DISTRICT COURT OF GUAM

DEC - 7 2004 ✓

MARY L. M. MORAN
CLERK OF COURT

79

Attorneys for Defendants
Guam Election Commission and
Gerald A. Taitano

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, ) | CIVIL CASE NO. 04-00045 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| THE GUAM ELECTION COMMISSION, ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| JAY MERRILL, et al., ) | CIVIL CASE NO. 04-00046 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE GUAM ELECTION COMMISSION; ) et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I certify that on December 7, 2004, I caused the foregoing Affidavit of Gerald A.

Taitano, Executive Director of the Guam Election Commission and Guam Election

Commission and Gerald A. Taitano's Opposition Brief to Plaintiff Merrill's Motion for

*ORIGINAL*

Summary Judgment, served on the following individuals:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr. Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Marytr Street
Hagatna, Guam 96910

Therese M. Terlaje, Esq.
Legal Office
Guam Legislature Building
Hagatna, Guam 96910

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

Rodney J. Jacob, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive
Tamuning, Guam 96913

Douglas B. Moylan, Esq.
Office of the Attorney General
Ste. 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 7th day of December, 2004.

CESAR C. CABOT

P047252.CCC

Attorneys at Law

LAW OFFICES OF

CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777