LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:  (671)  646-2001
Facsimile:  (671)  646-0777

Attorneys for Defendants
Guam Election Commission and
Gerald A. Taitano




## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, | CIVIL CASE NO. 04-00045 |
| Plaintiff, | |
| vs. | **JOINDER IN MOTION TO REMAND** |
| THE GUAM ELECTION COMMISSION, et al., | |
| Defendants. | |
| JAY MERRILL, et al., | CIVIL CASE NO. 04-00046 |
| Plaintiff, | |
| vs. | |
| THE GUAM ELECTION COMMISSION; et al., | |
| Defendants. | |

The Guam Election Commission and Gerald A. Taitano, hereby joins in the motion to remand filed by the Legislature of Guam.

The Attorney General unilaterally removed this action without obtaining the Guam Election Commission, Gerald A. Taitano or any other Defendants' consent. Because the Attorney General acted without consent from any Defendants, removal was improper as stated in the Legislature's brief. See Lapides v. Bd. of Regents of Univ. Sys. Of Ga., 535 U.S. 613, 620 (2002) ("removal requires the consent of all defendants") (citing Chicago, R.I. & P.R. Co. v. Martin, 178 U.S. 245, 248 (1900)).

Dated this 7th day of December, 2004.

LAW OFFICES OF CESAR C. CABOT, P.C.
Attorneys for Guam Election Commission
and Gerald A. Taitano

By: *[signature]*
CESAR C. CABOT

P047253.CCC