LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Defendants
Guam Election Commission and
Gerald A. Taitano



FILED
DISTRICT COURT OF GUAM
DEC 08 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GUAM ELECTION COMMISSION, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. 04-00045 <br><br><br> **CERTIFICATE OF SERVICE** |
| JAY MERRILL, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GUAM ELECTION COMMISSION; ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. 04-00046 |

I certify that on December 9, 2004, I caused the foregoing Joinder in Motion to Remand, served on the following individuals:

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law

BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
Legal Office
Guam Legislature Building
Hagatna, Guam 96910

Rodney J. Jacob, Esq.
Calvo & Clark, LLP
655 South Marine Corps Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr. Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Marytr Street
Hagatna, Guam 96910

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

Douglas B. Moylan, Esq.
Office of the Attorney General
Ste. 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 9th day of December, 2004.

_____
CESAR C. CABOT

P047254.CCC