SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO AND CLARK, LLP
Attorneys at Law
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
DEC 21 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br>Plaintiff, <br><br>-v- <br><br>THE GUAM ELECTION COMMISSION, et. al. <br><br>Defendants. | CIVIL CASE NO. 04-00045 <br><br>(Superior Court of Guam <br>Civil Case No. CV1103-04) |
| JAY MERRILL, et. al., <br><br>Plaintiffs, <br><br>-v- <br><br>THE GUAM ELECTION COMMISSION, et. al. <br><br>Defendants. | CIVIL CASE NO. 04-00046 <br><br>(Superior Court of Guam <br>Civil Case No. CV1111-04) <br><br>**CERTIFICATE OF SERVICE** |

ORIGINAL

The undersigned hereby certifies that a true and correct copy of Defendant Felix P. Camacho, Governor of Guam's (1) *The Governor of Guam's Supplement to His Opposition to Plaintiffs' Motion for Summary Judgment;* and (2) *Declaration of Daniel M. Benjamin in Support of the Governor of Guam's Supplement to His Opposition to Plaintiffs' Motion for Summary Judgment* were served via Hand Delivery on December 21, 2004, to the following:

Thomas L. Roberts, Esq.
**DOOLEY, ROBERTS & FOWLER, LLP**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913

Cesar C. Cabot, Esq.
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913

Therese M. Terlaje, Esq.
**OFFICE OF THE LEGISLATIVE COUNSEL**
155 Hesler Place
Hagatña, Guam 96910

Office of the Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatña, Guam 96910

Joaquin C. Arriola, Jr., Esq.
**ARRIOLA, COWAN AND ARRIOLA**
Suite 201, C&A Professional Building
259 Martyr Street
Hagatña, Guam 96910

Dated this 21st day of December, 2004.

OFFICE OF THE GOVERNOR OF GUAM
CALVO AND CLARK, LLP
Attorneys at Law

By: _____
**DANIEL M. BENJAMIN**