Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM
DEC 23 2004
MARY L.M. MORAN
CLERK OF COURT



IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>             Plaintiff,<br>vs.<br><br>THE GUAM ELECTION COMMISSION, *et al.*,<br><br>             Defendants. | CIVIL CASE NO. 04-00045 |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>             Plaintiffs,<br>vs.<br><br>THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM,<br><br>             Defendants. | CIVIL CASE NO. 04-00046<br><br>**PLAINTIFF LOURDES P. AGUON-SCHULTE'S PROVISIONAL JOINDER IN PLAINTIFF MERRILL'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT** |

To prevent any misunderstandings, Plaintiff Lourdes P. Aguon-Schulte hereby gives notice that she joins in the November 23, 2004 motion for summary judgment filed by

Plaintiff Lourdes P. Aguon-Schulte's Provisional Joinder
In Plaintiff Merrill's Motion For Summary
Judgment And Request For Oral Argument
*Aguon-Schulte v. Guam Election Commission, et al.*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. 04-00046
Page 2


Plaintiff Jay Merrill on his own behalf and on behalf of all others similarly situated. Plaintiff Lourdes P. Aguon-Schulte's lawsuit is not a class action.

DOOLEY ROBERTS & FOWLER LLP


Dated: December 23, 2004      By: _____
**THOMAS L. ROBERTS**
Attorneys for Plaintiffs

Plaintiff Lourdes P. Aguon-Schulte's Provisional Joinder
In Plaintiff Merrill's Motion For Summary
Judgment And Request For Oral Argument
*Aguon-Schulte v. Guam Election Commission, et al.*
*Merrill, etc., et al. v. Guam Election Commission, et al.*
Civil Case No. 04-00046
Page 3

## CERTIFICATE OF SERVICE

I, **THOMAS L. ROBERTS**, hereby declare that on December 23, 2004, I caused a copy of **Plaintiff Lourdes P. Aguon-Schulte's Joinder in Plaintiff Merrill's Motion For Summary Judgment and Request for Oral Argument** to be served upon the following:

> Cesar C. Cabot, Esq.
> 2nd Floor, BankPacific Building
> 825 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Shannon J. Taitano, Esq.
> Office of the Governor
> Post Office Box 2674
> Hagatna, Guam 96932
>
> Calvo & Clark
> 655 South Marine Corps Drive
> Tamuning, Guam 96913
>
> Office of the Attorney General
> Suite 2-200E, Guam Judicial Center
> 120 West O'Brien Drive
> Hagåtña, Guam 96910

Dated this 23rd day of December 2004.

_____
**THOMAS L. ROBERTS**