DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION, *et al.*, <br><br> Defendants. | CIVIL CASE NO. 04-00045 |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GUAM ELECTION COMMISSION; GERALD A. TAITANO, in his capacity as the Executive Director of THE GUAM ELECTION COMMISSION, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature); FELIX P. CAMACHO, in his official capacity as the GOVERNOR OF GUAM, <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> **PLAINTIFF LOURDES P. AGUON-SCHULTE'S PROVISIONAL JOINDER IN PLAINTIFF JAY MERRILL'S OPPOSITION TO MOTION FOR REMAND** |

//

//

To prevent any misunderstandings, Plaintiff Lourdes P. Aguon Schulte joins in Jay Merrill's opposition to Guam Legislature's motion to remand.

Respectfully submitted this 23rd day of December 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
THOMAS L. ROBERTS
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, **THOMAS L. ROBERTS**, hereby declare that on December 23, 2004, I caused a copy of Plaintiff Lourdes P. Aguon-Schulte's Joinder In Plaintiff Jay Merrill's Opposition To Motion For Remand to be served upon the following:

Cesar C. Cabot, Esq.
2nd Floor, BankPacific Building
825 South Marine Corps Drive
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
Office of the Governor
Post Office Box 2674
Hagatna, Guam 96932

Calvo & Clark
655 South Marine Corps Drive
Tamuning, Guam 96913

Office of the Attorney General
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagåtña, Guam 96910

Dated this 23rd day of December 2004.

_____
**THOMAS L. ROBERTS**