On behalf of
*I LIHESLATURAN GUÅHAN*

LEGISLATIVE COUNSEL
155 Hesler Place
Hagåtña, Guam 96910
Telephone: 472-3253 Facisimile: 472-3525

**FILED**
DISTRICT COURT OF GUAM

JAN 12 2005 nb

**MARY L.M. MORAN**
**CLERK OF COURT**

93

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>          Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>          Defendants. | Civil Case No. CIV04-00045<br><br>(Superior Court of Guam Civil Case No. CV1103-04) |
| JAY MERRILL, etc, et al.,<br><br>          Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>          Defendants. | Civil Case No. CIV04-00046<br><br>(Superior Court of Guam Civil Case No. CV1111-04)<br><br>**SUBSTITUTION OF COUNSEL** |

Co-Defendant, *I LIHESLATURAN GUÅHAN* substitutes, as their attorney of record David J. Highsmith in the above entitled matter in place and in lieu of Law Offices of Therese M. Terlaje, each of the undersigned consenting thereto.

Dated: 1/11/05

_____
Mark Forbes, Speaker
*I LIHESLATURAN GUÅHAN*

1   The foregoing Substitution is acknowledged and agreed to this ___3rd___ day of January,
2   2005.

3                           LAW OFFICES OF THERESE M. TERLAJE, P.C.
4
5                           _____
                            Therese M. Terlaje
6
7
8   The foregoing Substitution is acknowledged and agreed to this ___12th___ day of January,
9   2005.
10
11
12   _____
     David J. Highsmith
13

-2-
Case 1:04-cv-00046    Document 97    Filed 01/12/2005    Page 2 of 4

| | |
|---|---|
| 1 | On behalf of<br>*I LIHESLATURAN GUÅHAN* |
| 2 | |
| 3 | LEGISLATIVE COUNSEL<br>155 Hesler Place |
| 4 | Hagåtña, Guam 96910<br>Telephone: 472-3253 Facisimile: 472-3525 |

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>   Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>   Defendants. | Civil Case No. CIV-0004<br><br>(Superior Court of Guam Civil Case No. CV1103-04) |
| JAY MERRILL, etc, et al.,<br><br>   Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>   Defendants. | Civil Case No. CIV-00046<br><br>(Superior Court of Guam Civil Case No. CV1111-04)<br><br>**CERTIFICATE OF SERVICE** |

   I certify that on January 12, 2005, I caused the foregoing Substitution Of Counsel to be served on the following individuals:

Thomas L. Roberts
DOOLEY, ROBERTS & FOWLER, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Cesar Cabot, Esq.
Bank Pacific Bldg., 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913

Shannon J. Taitano, Esq.
OFFICE OF THE GOVERNOR
Adelup, Guam 96910

Joaquin C. Arriola, Jr., Esq.
ARRIOLA, COWAN & ARRIOLA
Ste. 201, C & A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910

Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagatna, Guam 96910

Dated this 12th day of January, 2005.

**OFFICE OF THE LEGISLATIVE COUNSEL**
**MINA' BENTE OCHO NA LIHESLATURAN GUAHAN**

_____
DAVID J. HIGHSMITH
On behalf of
*I LIHESLATURAN GUÅHAN*