
FILED
DISTRICT COURT OF GUAM
JAN 24 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00046**  **DATE: 1/24/2004**  **TIME: 9:58 a.m.**

**CAPTION: JAY MERRILL, ET AL - vs - THE GUAM ELECTION COMMISSION, ET AL**

*************************************************************************************

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**  **Law Clerk: Judith Hattori**
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:58:27 - 10:55:28   **CSO: F. TENORIO**

*********************************** **APPEARANCES** ***********************************

**COUNSEL FOR PLAINTIFF(s):**  **COUNSEL FOR DEFENDANT(s):**

TIM ROBERTS    ROBERT WEINBERG - Office of the Attorney General of Guam

CEASAR CABOT - Guam Election Commission & Gerald Taitano

MICHAEL PANGELINAN - Felix Camacho, Governor of Guam

**OTHERS PRESENT**

JOAQUIN ARRIOLA, JR. - Lina'la' Sin Casino - Proposed Intervener

*************************************************************************************

**PROCEEDINGS:    SCHEDULING CONFERENCE**

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties clarified that there are five outstanding motions before the Court. Parties agreed that because of the dispositive nature of some of the motions, the Court should rule on such motions prior to setting this matter for trial.

The Court set the Motion for Remand and Motion regarding representation for hearing on February 18, 2005 at 10:30 a.m. Oppositions due by February 4, 2005 and any replies to the opposition by February 11, 2005.

The Court adopted Judge Maraman's ruling regarding Mr. Arriola's motion to intervene and stated that pending a decision on the motion, Mr. Arriola will be permitted to file any pleading he feels is appropriate on behalf of his client. Mr. Arriola also requested that the Court Order parties to serve him with all previous pleadings not provided to him. - Granted.

The Court stated that it will set the appropriate deadlines and hearing dates for the remaining motions and a trial date, after and depending upon the ruling made on the two motions to be heard on February 18th.

COURTROOM DEPUTY: _____