LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:  (671) 646-2001
Facsimile:  (671) 646-0777

Attorneys for Defendants, Guam Election Commission
and Gerald A. Taitano



FILED
DISTRICT COURT OF GUAM
FEB 14 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GUAM ELECTION COMMISSION, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 04-00045 |
| JAY MERRILL, etc., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE GUAM ELECTION COMMISSION, ) <br> et al., ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 04-00046 <br><br> **CERTIFICATE OF SERVICE** |

I certify that on February 14, 2005, I caused a copy of the Supplemental Brief of the

Guam Election Commission and Gerald A. Taitano's in Opposition to Attorney General's

ORIGINAL

Lourdes P. Aguon -Schulte v. GEC, et al.
Civil Case No. 04-00045 and
Jay Merrill, et al., v. GEC, et al.,
Civil Case No. 04-00046
Supplemental Brief of the Guam Election Commission
and Gerald A. Taitano In Opposition to
Attorney General's Motion to Strike
Page 2 of 5

Motion to Strike, to be served on the following individuals:

Douglas B. Moylan, Esq.
Office of the Attorney General
Ste. 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr. Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Marytr Street
Hagatna, Guam 96910

Rodney J. Jacob, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive
Tamuning, Guam 69913

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

Dated this 14th day of February, 2005.

_____
CESAR C. CABOT

CCC:me
P057326.CCC