DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
FEB 18 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-04-00046   DATE: 2/18/2005   TIME: 10:34 a.m.
Consolidated Case No. CV-04-00045

100

**CAPTION: JAY MERRILL, ET AL - vs - THE GUAM ELECTION COMMISSION, ET AL**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Court Reporter: Veronica Flores                                     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:34:40 - 12:41:41                CSO: J. Lizama

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**            **COUNSEL FOR DEFENDANT(s):**

TIM ROBERTS                              ROBERT WEINBERG - Assistant Attorney General of Guam

                                         CEASAR CABOT - Guam Election Commission & Gerald Taitano

                                         MICHAEL PANGELINAN - Felix Camacho, Governor of Guam

OTHERS PRESENT

JOAQUIN ARRIOLA, JR. - Lina'la' Sin Casino - Proposed Intervener / Amicus

***

**PROCEEDINGS:** - MOTION TO STRIKE APPEARANCES OF PRIVATE COUNSEL
                 - MOTION TO REMAND

( X ) MOTIONS ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTIONS ___Granted ___Denied ___Settled ___Withdrawn _X_ Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Attorney General Moylan, Assistant Attorney General Robert Weinberg, Michael Pangelinan and Cesar Cabot argued their respective positions to the Court.