| | | |
|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Read Instructions on Back.* | **FOR COURT USE ONLY**<br>**DUE DATE:** |

| 1. NAME<br>DANIEL M. BENJAMIN, ESQ., CALVO & CLARK, LLP | 2. PHONE NUMBER<br>646-9355 | 3. DATE<br>March 3, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>655 South Marine Drive, Suite 202 | 5. CITY<br>Tamuning | 6. STATE<br>Guam | 7. ZIP CODE<br>96913 |
| 8. CASE NUMBER<br>CV04-00046 /CV04-00045 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/18/05 | 11. TO 2/18/05 |
| 12. CASE NAME<br>JAY MERRILL, ET AL V. THE GUAM ELECTION COMM | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY HAGATNA | 14. STATE GUAM |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
**TRANSCRIPT OF COMPLETE HEARING HELD 2/18/05 from 10:30 a.m. to 2/18/05 12:41 pm**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
MAR - 4 2005
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | ☐ | NO. OF COPIES | | 161 |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/
19. DATE March 3, 2005

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| ORDER RECEIVED | DATE 3/04/05 BY wm |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE |

(Previous editions of this form may also be used.) ORIGINAL - COURT COPY  YELLOW - TRANSCRIPT COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY