SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, <br><br> Plaintiff, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00045 <br><br> (Superior Court of Guam <br> Civil Case No. CV1103-04) |
| JAY MERRILL, et. al., <br><br> Plaintiffs, <br><br> -v- <br><br> THE GUAM ELECTION COMMISSION, et. al. <br><br> Defendants. | CIVIL CASE NO. 04-00046 <br><br> (Superior Court of Guam <br> Civil Case No. CV1111-04) <br><br> **CERTIFICATE OF SERVICE** |



The undersigned hereby certifies that a true and correct copy of Defendant Felix P. Camacho, Governor of Guam's *Opposition to Attorney General's Objections to Magistrate's Findings and Recommendations* was served via Hand Delivery on April 12, 2005, to the following:

    Thomas L. Roberts, Esq.
    **DOOLEY, ROBERTS & FOWLER, LLP**
    Suite 201, Orlean Pacific Plaza
    865 South Marine Drive
    Tamuning, Guam 96913

    Cesar C. Cabot, Esq.
    BankPacific Building, 2nd Floor
    825 South Marine Drive
    Tamuning, Guam 96913

    Office of the Attorney General of Guam
    Guam Judicial Center, Suite 2-200E
    120 West O'Brien Drive
    Hagatña, Guam 96910

    Joaquin C. Arriola, Jr., Esq.
    **ARRIOLA, COWAN AND ARRIOLA**
    Suite 201, C&A Professional Building
    259 Martyr Street
    Hagatña, Guam 96910

Dated this 12th day of April, 2005.

                        OFFICE OF THE GOVERNOR OF GUAM
                        CALVO & CLARK, LLP
                        Attorneys at Law

                        By: _____
                                MICHAEL A. PANGELINAN