LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for Defendants
Guam Election Commission and
Gerald A. Taitano



FILED
DISTRICT COURT OF GUAM
APR 14 2005
MARY L.M. MORAN
CLERK OF COURT
108

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.,<br><br>Defendants. | CIVIL CASE NO. 04-00045<br><br>**JOINDER IN OPPOSITION TO ATTORNEY GENERAL'S OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |
| JAY MERRILL, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION; et al.,<br><br>Defendants. | CIVIL CASE NO. 04-00046 |

The Guam Election Commission and Gerald A. Taitano, through undersigned counsel, hereby join in the *Opposition to Attorney General's Objections to Magistrate's Findings and Recommendations* filed by the Office of the Governor of Guam, dated <u>April</u>

Lourdes P. Aguon-Schulte v. GEC, et al.,
Civil Case No. 04-00045
Jay Merrill, et al., v. GEC, et al.
Civil Case No. 04-00046
Joinder in Opposition to Attorney General's
Objections to Magistrate's Findings and
Recommendations
Page 2 of 2

<u>12, 2005</u>.

Dated this 13th day of April, 2005.

                                                             LAW OFFICES OF CESAR C. CABOT, P.C.
                                                             Attorneys for Guam Election Commission
                                                             and Gerald A. Taitano

                                      By:   _____
                                                       CESAR C. CABOT

CCC:me
P057389.CCC

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law
BankPacific Building, Second Floor • 825 South Marine Corps Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777