SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
MICHAEL A. PANGELINAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00045<br><br>(Superior Court of Guam<br>Civil Case No. CV1103-04) |
| JAY MERRILL, et. al.,<br><br>Plaintiffs,<br><br>-v-<br><br>THE GUAM ELECTION COMMISSION, et. al.<br><br>Defendants. | CIVIL CASE NO. 04-00046<br><br>(Superior Court of Guam<br>Civil Case No. CV1111-04)<br><br>**CERTIFICATE OF SERVICE** |



**FILED**
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

The undersigned hereby certifies that a true and correct copy of Defendant Felix P. Camacho, Governor of Guam's *Notice of Errata* was served via Hand Delivery on April 13, 2005, to the following:

> Thomas L. Roberts, Esq.
> **DOOLEY, ROBERTS & FOWLER, LLP**
> Suite 201, Orlean Pacific Plaza
> 865 South Marine Drive
> Tamuning, Guam 96913
>
> Cesar C. Cabot, Esq.
> **LAW OFFICES OF CESAR C. CABOT**
> BankPacific Building, 2nd Floor
> 825 South Marine Drive
> Tamuning, Guam 96913
>
> Office of the Attorney General of Guam
> 247 West O'Brien Drive
> Hagatña, Guam 96910
>
> Joaquin C. Arriola, Jr., Esq.
> **ARRIOLA, COWAN AND ARRIOLA**
> Suite 201, C&A Professional Building
> 259 Martyr Street
> Hagatña, Guam 96910

Dated this 15th day of April, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law

By: _____
MICHAEL A. PANGELINAN
