LAW OFFICES OF CESAR C. CABOT, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone:    (671) 646-2001
Facsimile:    (671) 646-0777

Attorneys for Defendants, Guam Election Commission
and Gerald A. Taitano



**FILED**
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT
110

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE, ) | CIVIL CASE NO. 04-00045 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE GUAM ELECTION COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| JAY MERRILL, etc., et al., ) | CIVIL CASE NO. 04-00046 |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| THE GUAM ELECTION COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

I certify that on April 14, 2005, I caused a copy of the Joinder in Opposition to

Attorney General's Objections to Magistrate's Findings and Recommendation, to be served



**Lourdes P. Aguon -Schulte v. GEC, et al.**
**Civil Case No. 04-00045 and**
**Jay Merrill, et al., v. GEC, et al.,**
**Civil Case No. 04-00046**
**Certificate of Service**
**Page 2 of 5**

on the following individuals:

Douglas B. Moylan, Esq.
Office of the Attorney General
Ste. 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96910

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Ste. 201, Orlean Pacific Plaza
865 S. Marine Corps Drive
Tamuning, Guam 96913

Joaquin C. Arriola, Jr. Esq.
Arriola, Cowan and Arriola
Ste. 201, C&A Professional Building
259 Marytr Street
Hagatna, Guam 96910

Rodney J. Jacob, Esq.
Calvo & Clark, LLP
655 S. Marine Corps Drive
Tamuning, Guam 69913

Shannon J. Taitano, Esq.
Office of the Governor
Adelup, Guam 96910

Dated this 14th day of April, 2005.

**CESAR C. CABOT**

CCC:me
P057392.CCC

Attorneys at Law

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor ● 825 South Marine Corps Drive ● Tamuning, Guam 96913
Telephone: (671) 646-2001 ● Facsimile: (671) 646-0777