ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, GERALD A. TAITANO, in his official capacity as the Executive Director of the Guam Election Commission, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature) and FELIX P. CAMACHO, in his official capacity as the Governor of Guam,<br><br>Defendants. | CIVIL CASE NO. 04-00045<br><br>(as removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| JAY MERRILL, on his own behalf and on behalf of all other similarly situated voters desirous of casting a vote in favor of Proposal A at a fair and legal election,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, GERALD A. TAITANO, in his official capacity as the Executive Director of the Guam Election Commission, I MINA' BENTE SIETE NA LIHESLATURAN GUAHAN (The 27th Guam Legislature) and FELIX P. CAMACHO, in his official capacity as the Governor of Guam,<br><br>Defendants. | CIVIL CASE NO. 04-00046<br><br>(as removed from the Superior Court of Guam Civil Case No. CV-1111-04)<br><br>**ORDER** |

This matter comes before the Court on Defendants' Motion to Remand and the Attorney

General's Motion to Strike Appearance by and Pleadings of Private Counsel. These motions were referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order No. 04-00016 on December 12, 2004.[1] Docket No. 63. The Magistrate Judge reviewed the submissions and held oral argument on February 18, 2005. Thereafter the Magistrate Judge filed his Findings and Recommendations on March 15, 2005. Docket No. 102. On March 29, 2005 the Attorney General's filed objections to the Findings and Recommendations. Docket No. 104.

   The Attorney General states that the Magistrate Judge's recommendation and findings in effect eviscerate the authority of the Attorney General with "respect to litigation decisions of agencies and instrumentalities of the Government of Guam." *See* Docket No. 104, p.2. This Court does not agree. The Magistrate Judge's analysis does not eviscerate the Attorney General's authority as much as he seeks to define the balancing act required of the Attorney General in representing the needs of public with those of elected officials and/or governmental agencies. There are those instances, when the Attorney General may need to step aside and let independent counsel represent elected officials and/or public agencies when the Attorney General is also seeking to represent and protect the public's interests.

   Under 28 U.S.C. § 636(b)(1)(C), the Court may accept, reject or modify in whole or in part the Magistrate Judge's recommendation, but must make a *de novo* determination as to any portion of the recommendation has been filed. Having thoroughly considered the entire case and relevant law, the Court hereby adopts the Magistrate's Findings and Recommendations in full. Accordingly, the defendants' Motions to Remand is GRANTED and the Attorney General's Motion to Strike the Appearances of the Private is DENIED. In addition all remaining motions

///
///
///
///

---

[1] At the time of the hearing there were several motions pending before the Magistrate Judge. He decided to consider and rule on the two motions discussed herein first since a decision on those matters could obviate the need to consider the remaining motions.

pending are considered moot and will not be further considered by this Court.

SO ORDERED this \_\_10\_\_ day of May, 2005.

                                                */s/ David O. Carter*
                                                District Judge David O. Carter[*]
                                                United States District Judge

Notice is hereby given that this document was entered on the docket on MAY 1 0 2005.
No separate notice of entry on the docket will be issued by this Court.
    Mary L. M. Moran
    Clerk, District Court of Guam

By: _____ MAY 1 0 2005
    Deputy Clerk        Date

---

[*] The Honorable David O. Carter, United States District Judge for the Central District of California, sitting by designation.