



Douglas B. Moylan
Attorney General of Guam
Robert M. Weinberg
Assistant Attorney General
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| LOURDES P. AGUON-SCHULTE,<br><br>Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>Defendants. | **Civil Case No. 04-00045**<br><br>(removed from the Superior Court of Guam Civil Case No. CV-1103-04) |
| JAY MERRILL, etc., et al.<br><br>Plaintiff,<br><br>vs.<br><br>THE GUAM ELECTION COMMISSION, et al.<br><br>Defendants. | **Civil Case No. 04-00046**<br><br>(removed from the Superior Court of Guam Civil Case No. CV-1111-04)<br><br>**NOTICE OF APPEAL** |

ORIGINAL

**PLEASE TAKE NOTICE** that the Attorney General of Guam hereby files Notice of

Appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the District

Court, Territory of Guam, dated May 10, 2005, David O. Carter, United Sates District Judge

presiding, adopting in full the Findings and Recommendations of the Magistrate Judge dated and filed March 16, 2005.[*]

Respectfully submitted this ___7___ th day of June, 2005.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

**Robert M. Weinberg**
Assistant Attorney General

---

[*] The district court's Order adopting the magistrate judge's recommendations and findings erroneously refers to the date of filing of the recommendations as March 15, 2005.

2

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party(ies) with a copy of the foregoing by first class mail, postage prepaid, or by hand delivery to:

Thomas L. Roberts, Esq.
Dooley, Roberts & Fowler, LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
(671) 646-1222
(671) 646-1223 (fax)

Cesar Cabot, Esq.
Cesar Cabot, P.C.
BankPacific Building, Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
(671) 646-2001
(671) 646-0777 (fax)

Shannon Taitano, Esq.
Office of the Governor of Guam
Ricardo J. Bordallo Governor's
Complex
Adelup, Guam 96910
(671) 472-8931
(671) 477-4826 (fax)

Rodney J. Jacob, Esq.
Michael A. Pangelinan, Esq.
Daniel M. Benjamin
Calvo and Clark, LLP
655 South Marine Drive, Suite 202
Tamuning, Guam 96913
(671) 646-9355
(671) 646-9403

Joaquin C. Arriola, Jr., Esq.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
P.O. Box X
Hagåtña, Guam 96932
(671) 477-9730/3
(671) 477-9734

this ___7___th day of June, 2005.

Robert M. Weinberg
Assistant Attorney General

3